IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-762-JJF |
| ) | |
| DEXTER AXLE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to D. Del. L.R. 83.7, Dean A. Monco and Brad R. Bertoglio of the law firm of Wood Phillips, 500 West Madison Street, Suite 3800, Chicago, IL 60661-2562 are hereby substituted as lead counsel for plaintiff Lippert Components, Inc. ("Lippert") in place of James R. Sobieraj of Brinks Hofer Gilson & Lione, NBC Tower, Suite 3600, 455 North Cityfront Plaza Drive, Chicago, IL 60611-5599, who is withdrawing his appearance as counsel for Lippert. Thomas C. Grimm and Leslie A. Polizoti of the law firm Morris, Nichols, Arsht & Tunnell LLP remain as Delaware counsel for Lippert.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm

OF COUNSEL:

Dean A. Monco
Brad R. Bertoglio
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL  60661-2562
(312) 876-1800

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com

January 16, 2007
667405