# United States District Court

DISTRICT OF **DELAWARE**

| | |
|---|---|
| LIPPERT COMPONENTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEXTER AXLE COMPANY, )<br>)<br>Defendant. ) | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 06 - 762 -JJF |

TO: DEXTER AXLE COMPANY
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801


**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEY:

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO                            12/13/06
_____      _____
CLERK                                             DATE

*Signature*
_____
BY DEPUTY CLERK

STATE OF DELAWARE    )
                     ) SS.
NEW CASTLE COUNTY    )

On January 16, 2007, at approximately 1:40 p.m., service of the attached Summons, along with a copy of the Complaint, Civil Cover Sheet, Lippert's Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1, and Notice of Availability of a U.S. Magistrate Judge, was made upon defendant Dexter Axle Company, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. Service was accepted by Scott LaScala, who is authorized to accept service.

_____
Aaron Johnston

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 16th day of January, 2007.

_____
Notary Public

DEBORAH ANN LEMKE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 3, 2008

676734