IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-762 |
| | ) | |
| DEXTER AXLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which defendant **Dexter Axle Company** shall answer, move, or otherwise respond to the complaint in the above action is extended through and including February 25, 2007.

| | |
|---|---|
| **GREENBERG TRAURIG, LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| | |
| /s/ Donald J. Detweiler | /s/ Thomas C. Grimm |
| Donald J. Detweiler (I.D. #3087) | Thomas C. Grimm (I.D. #1098) |
| Titania R. Mack (I.D. # 4120) | Leslie A. Polizoti (I.D. #4299) |
| The Nemours Building | 1201 North Market Street |
| 1007 North Orange Street, Suite 1200 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| 302-661-7000 | 302-658-9200 |
| *detweilerd@gtlaw.com* | *Tgrimm@mnat.com* |
| | |
| *Attorneys for Dexter Axle Company* | *Attorney for Plaintiffs* |

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge