IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-762-JJF |
| | ) | |
| DEXTER AXLE COMPANY, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

## LIPPERT'S REPLY TO DEXTER'S COUNTERCLAIMS

Plaintiff Lippert Components, Inc. ("Lippert"), for its Reply, hereby responds separately to each of the allegations of Defendant Dexter Axel Company ("Dexter") counterclaims, served February 26, 2007, as follows:

1. Lippert admits the allegations contained in paragraph 1 of Dexter's counterclaims.

2. Lippert admits the allegation contained in Paragraph 2 in Dexter's Counterclaims.

### STATEMENT OF FACTS

3. Lippert realleges and incorporates herein by reference the allegations made in its Complaint.

4. Lippert admits the allegations contained in Paragraph 4 of Dexter's Counterclaims.

5. Lippert admits the allegations contained in Paragraph 5 of Dexter's Counterclaims.

6. Lippert admits the allegations contained in paragraph 6 of Dexter's Counterclaims.

7. Lippert admits that it has charged Dexter in the present action with direct infringement, contributory infringement and inducement to infringe the patent-in-suit. Lippert denies each and every remaining allegation set forth in paragraph 7 of Dexter's counterclaims.

8. Lippert admits that there is an actual and justiciable controversy between Dexter and Lippert with respect to the alleged infringement, invalidity and/or unenforceability of the claims of the '715 patent.

9. Lippert denies the allegations contained in Paragraph 9 of Dexter's Counterclaims.

10. Dexter denies each of the allegations made in paragraph 10 of Dexter's Counterclaims, including each and every subpart therein.

**FIRST COUNTERCLAIM FOR RELIEF-DECLARATORY JUDGEMENT**

11. Lippert incorporates by reference its answers to paragraphs 1-10, inclusive, set forth above.

12. Lippert denies each and every allegation contained in Paragraph 12 of Dexter's counter claims.

**REQUEST FOR RELIEF**

Lippert prays that all relief requested by Dexter's Counterclaims be denied, that Lippert be granted the relief requested in its Complaint, and that the Court grant such other relief as the Court finds just.

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Thomas C. Grimm*

                            _____
                            Thomas C. Grimm (#1098)
                            Leslie A. Polizoti (#4299)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
                            (302) 658-9200
                            tgrimm@mnat.com
                            lpolizoti@mnat.com

OF COUNSEL:

Dean A. Monco
Brad R. Bertoglio
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL  60661-2562
(312) 876-1800

March 12, 2007
759672

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Donald J. Detweiler
>Titania R. Mack
>GREENBERG TRAURIG, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 12, 2007 upon the following individuals in the manner indicated:

**BY HAND**

>Donald J. Detweiler
>Titania R. Mack
>GREENBERG TRAURIG, LLP
>1007 North Orange Street, Suite 1200
>Wilmington, DE  19801

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

759672