IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-762 - JJF |
| | ) |
| DEXTER AXLE COMPANY, | ) |
| | ) DEMAND FOR JURY TRIAL |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Brian A. Carpenter, Esquire, of the law firm of Greenberg Traurig, LLP, to represent the Defendant.

Dated: March 20, 2007

_____
Donald J. Detweiler (No. 3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Tel.: (302) 661-7000

Attorneys for Defendant

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am admitted, practicing, and in good standing as a member of the Bar of the States of Colorado and Texas, the U.S. Patent and Trademark Office, U.S. District Court for the Districts of Colorado and the Eastern and Northern Districts of Texas, the U.S. Court of Appeals for the Fifth, Tenth and Federal Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Brian A. Carpenter
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6571

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2007

_____
Joseph J. Farnan
United States District Court Judge