IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-762-JJF |
| | ) | |
| DEXTER AXLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Dean A. Monco and Brad R. Bertoglio to represent plaintiff in this matter. In accordance with Standing Order for District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
*Attorneys for Plaintiff*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Illinois, United States District Court for the Northern District of Illinois, U.S. Court of Federal Claims, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court, and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: April 10, 2007

Dean A. Monco
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL  60661-2562
Phone: (312) 876-1800
Fax: (312) 876-2020

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Illinois, United States District Court for the Northern District of Illinois, U.S. Court of Appeals for the Federal Circuit, and am registered to practice before the U.S. Patent and Trademark Office, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office concurrent with the filing of this motion.

Date: April 9, 2007

Brad R. Bertoglio
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562
Phone: (312) 876-1800
Fax: (312) 876-2020

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Donald J. Detweiler
> Titania R. Mack
> GREENBERG TRAURIG, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 13, 2007 upon the following individuals in the manner indicated:

### BY HAND

> Donald J. Detweiler
> Titania R. Mack
> GREENBERG TRAURIG, LLP
> 1007 North Orange Street, Suite 1200
> Wilmington, DE  19801

### BY FACSIMILE

> George G. Matava
> Brian A. Carpenter
> Stephen B. Perkins
> GREENBERG TRAURIG, LLP
> 1200 17th Street, Suite 2400
> Denver, CO  80202

_/s/ Thomas C. Grimm_
Thomas C. Grimm (#1098)
tgrimm@mnat.com

783535