IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-762 (JJF) |
| | ) | |
| DEXTER AXLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Dexter Axle Company ("Dexter") states pursuant to Fed. R. Civ. P. 7.1 that Dexter is a Delaware corporation that is a wholly-owned subsidiary of Tomkins Industries, Inc., a Delaware corporation. No publicly traded company owns more than 10% of Dexter's stock.

By way of clarification, Tomkins Industries, Inc., is wholly owned, through an additional series of non-public entities, by Tomkins PLC ("Tomkins"), a public company organized under the laws of the United Kingdom. Tomkins' American Depository Receipts are traded on the New York Stock Exchange under the trading symbol TKS.

Dated: May 7, 2007

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
Donald J. Detweiler (# 3087)
Titania R. Mack (# 4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

OF COUNSEL:

George G. Matava
Brian A. Carpenter
Stephen B. Perkins
Greenberg Traurig LLP
1200 Seventeenth St., Suite 2400
Denver, Colorado 80202
(303) 572-6500 - Telephone
(303) 572-6540 - Facsimile

***Attorneys for Defendant***
***Dexter Axle Company***

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Defendant, Dexter Axle Company, for the above-captioned action, and that on the 7th day of May 2007, caused copies of the *Rule 7.1 Disclosure Statement* to be served upon the parties listed below in the manner indicated.

VIA HAND DELIVERY:
Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

VIA U.S. MAIL:
Dean Monco, Esq.
Brad Bertoglio, Esq.
Wood Phillips
500 West Madison Street, Suite 3800
Chicago, IL 60661

Donald J. Detweiler (# 3087)

*DEL 86181542v1 5/7/2007*