IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-762-JJF |
| | ) |
| DEXTER AXLE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's Rule 26(a)(1) Initial Disclosures* were caused to be served on May 30, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Donald J. Detweiler
Titania R. Mack
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

detweilerd@gtlaw.com
mackt@gtlaw.com

**BY E-MAIL**

George G. Matava
GREENBERG TRAURIG, LLP
matavag@gtlaw.com

Brian A. Carpenter
GREENBERG TRAURIG, LLP
carpenterb@gtlaw.com

Stephen B. Perkins
GREENBERG TRAURIG, LLP
perkinsst@gtlaw.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com

OF COUNSEL:

Dean A. Monco
Brad R. Bertoglio
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL  60661-2562
(312) 876-1800

Dated:  May 30, 2007

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Donald J. Detweiler
>Titania R. Mack
>GREENBERG TRAURIG, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 30, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL AND HAND DELIVERY**

Donald J. Detweiler
Titania R. Mack
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

detweilerd@gtlaw.com
mackt@gtlaw.com

**BY E-MAIL**

George G. Matava
GREENBERG TRAURIG, LLP
matavag@gtlaw.com

Brian A. Carpenter
GREENBERG TRAURIG, LLP
carpenterb@gtlaw.com

Stephen B. Perkins
GREENBERG TRAURIG, LLP
perkinsst@gtlaw.com

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

844428