IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-762 - JJF |
| | ) |
| DEXTER AXLE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## AMENDED NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendants' Rule 26(a)(1) Initial Disclosures* were served on May 30, 2007 upon the following persons via U.S. mail, postage prepaid. I also hereby certify that the aforementioned document was served via email upon the persons listed below on May 31, 2007.

| | |
|---|---|
| Thomas C. Grimm<br>Leslie A. Polizoti<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Dean A. Monco<br>WOOD PHILLIPS<br>500 West Madison Street<br>Suite 3800<br>Chicago, IL 60661-2562<br>DAMonco@woodphillips.com |

DATED:   June 4, 2007

By: /s/ Donald J. Detweiler
    Donald J. Detweiler (#3087)
    Titania R. Mack (#4120)
    The Nemours Building
    1007 North Orange Street, Suite 1200
    Wilmington, Delaware 19801
    302-661-7000 - Telephone
    302-661-7360 - Facsimile

    Attorneys for Defendant