IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-cv-762-JJF |
| | ) |
| DEXTER CHASSIS GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 DISCLOSURE STATEMENT**

Defendant Dexter Chassis Group, Inc. ("Dexter Chassis") states pursuant to Fed. R. Civ. P. 7.1 that Dexter Chassis is a Michigan corporation that is a wholly-owned subsidiary of Dexter Axle Acquisition Corporation ("DAAC"), a Delaware corporation. No publicly traded company owns more than 10% of Dexter Chassis' stock.

By way of clarification, DAAC is wholly-owned by Tomkins Industries, Inc., a Delaware corporation that is wholly owned, through an additional series of non-public entities, by Tomkins PLC ("Tomkins"), a public company organized under the laws of the United Kingdom. Tomkins' American Depository Receipts ("ADR") are traded on the New York Stock Exchange under the trading symbol TKS.

Dated: June 14, 2007

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: _____
Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

and

George G. Matava
Brian A. Carpenter
Greenberg Traurig LLP
1200 Seventeenth St., Suite 2400
Denver, Colorado 80202
(303) 572-6500 - Telephone
(303) 572-6540 - Facsimile

*Attorneys for Defendant*
*Dexter Chassis Group, Inc.*

## CERTIFICATE OF SERVICE

I, Donald J. Detweiler, being duly sworn according to law, deposes and says that he is employed by Greenberg Traurig, LLP, which is counsel for Defendant, Dexter Chassis Group, Inc., for the above-captioned action, and that on the 14th day of June 2007, caused copies of the *Rule 7.1 Disclosure Statement* to be served upon the parties listed below in the manner indicated.

| VIA HAND DELIVERY | VIA U.S. MAIL |
|---|---|
| Thomas C. Grimm | Dean A. Monco |
| Leslie A. Polizoti | Wood Phillips |
| Morris, Nichols, Arsht & Tunnell LLP | 500 West Madison Street |
| 1201 N. Market Street | Suite 3800 |
| Wilmington, DE 19801 | Chicago, IL 60661-2562 |

Dated: June 14, 2007

_____
Donald J. Detweiler (No. 3087)

DEL 86185159v1 6/14/2007