IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-762-JJF |
| | ) |
| DEXTER CHASSIS GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

RECEIVED JUN 1 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties exchanged on **May 30, 2007** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **August 15, 2007**.

3. **Discovery.**

    (a) Initial exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **July 29, 2007**.

    (b) Maximum of **25** interrogatories, including contention interrogatories, for each side.

    (c) Maximum of **75** requests for admission by each side.

    (d) Maximum of **12** depositions by plaintiff(s) and **12** by defendant(s), excluding expert depositions. Depositions shall not commence until the discovery required by

Paragraph 3(a, b and c) is completed. All fact discovery shall be completed by **January 15, 2008.**

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) on any issue on which the party bears the burden of proof shall be served by **February 15, 2008.** Rebuttal reports and/or reports on which the party does not bear the burden of proof shall be served by **March 17, 2008.**

(f) Any party desiring to depose an expert witness shall notice and complete said deposition no later than **April 15, 2008,** unless otherwise agreed in writing by the parties or ordered by the Court.

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourts.gov.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before **January 31, 2008.**

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before

May 6, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman.** A Markman Hearing will be held on ~~November 1, 2007~~ TBD. Briefing on the claim construction issues shall be completed as follows: Each party shall exchange a list of terms believed to require construction by **August 8, 2007.** Each party shall exchange proposed constructions of the disputed terms by **August 15, 2007,** and subsequently confer to determine whether any proposed constructions can be agreed upon. Opening briefs concerning the construction of disputed terms shall be filed by **September 14, 2007.** Response briefs shall be filed by **October 5, 2007.** The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9.      **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference. The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

6/22/07
DATE

UNITED STATES DISTRICT JUDGE

851289