IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LIPPERT COMPONENTS, INC., :
:
      Plaintiff, :
:
v. : Civil Action No. 06-762-JJF
:
DEXTER CHASSIS GROUP, INC., :
:
      Defendant. :

<u>**O R D E R**</u>

WHEREAS, pursuant to Fed. R. Civ. P. 16 and D. Del. L.R. 16.2 (a) and (b) the Court entered a Rule 16 Scheduling Order in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Markman Hearing will be held on **Thursday, November 15, 2007 at 1:00 p.m.** Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

2) A Pretrial Conference will be held on **Thursday, September 4, 2008 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

should be available during the 120 day period for trial.


July 13, 2007
DATE

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE