IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06-762 - JJF |
| | ) | |
| DEXTER CHASSIS GROUP, INC., | ) | DEMAND FOR JURY TRIAL |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that true and correct copies of the following were served on

July 26, 2007 upon the following persons in the manner indicated.

- First Set Of Interrogatories To Plaintiff Lippert Components, Inc.
- First Set Of Requests For Production Of Documents To Plaintiff Lippert Components, Inc.

| HAND DELIVERY & ELECTRONIC MAIL | VIA FACSIMILE, ELECTRONIC MAIL & |
|---|---|
| Thomas C. Grimm, Esq. | FIRST CLASS MAIL |
| Leslie A. Polizoti, Esq. | Dean A. Monco, Esq. |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WOOD PHILLIPS |
| 1201 N. Market Street | 500 West Madison Street |
| Wilmington, DE 19801 | Suite 3800 |
| tgrimm@mnat.com | Chicago, IL 60661-2562 |
| lpolizoti@mnat.com | DAMonco@woodphillips.com |

DATED:   July 26, 2007

By: _Antonio Mack_
Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

Attorney for the Defendant

*DEL 86184232v3 7/26/2007*