IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEXTER CHASSIS GROUP, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-762-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Lippert Components' First Set of Interrogatories to Defendant Dexter Chassis Group, Inc.*, and (2) *Lippert Components' First Set of Requests for Production of Documents and Things to Defendant Dexter Chassis Group, Inc.* were caused to be served on July 30, 2007 upon the following in the manner indicated:

**VIA E-MAIL & HAND DELIVERY**

Donald J. Detweiler
Titania R. Mack
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

detweilerd@gtlaw.com
mackt@gtlaw.com

**VIA E-MAIL & FEDERAL EXPRESS**

George G. Matava
Brian A. Carpenter
Stephen B. Perkins
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202

matavag@gtlaw.com
carpenterb@gtlaw.com
perkinsst@gtlaw.com

- 2 -

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Thomas C. Grimm* |
| | _____ |
| | Thomas C. Grimm (#1098) |
| | Leslie A. Polizoti (#4299) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| | tgrimm@mnat.com |
| | lpolizoti@mnat.com |
| OF COUNSEL: | |
| Dean A. Monco | |
| Brad R. Bertoglio | |
| WOOD PHILLIPS | |
| 500 West Madison Street | |
| Suite 3800 | |
| Chicago, IL  60661-2562 | |
| (312) 876-1800 | |
| July 30, 2007 | |
| 844428 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered receipients.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 30, 2007 upon the following individuals in the manner indicated:

**VIA E-MAIL & HAND DELIVERY**

Donald J. Detweiler
Titania R. Mack
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

detweilerd@gtlaw.com
mackt@gtlaw.com

**VIA E-MAIL & FEDERAL EXPRESS**

George G. Matava
Brian A. Carpenter
Stephen B. Perkins
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202

matavag@gtlaw.com
carpenterb@gtlaw.com
perkinsst@gtlaw.com

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

844428