IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06cv762-JJF |
| | ) | |
| DEXTER CHASSIS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEXTER CHASSIS GROUP, INC.'S OPENING CLAIM CONSTRUCTION BRIEF

Brian A. Carpenter
carpenterb@gtlaw.com
George G. Matava
matavag@gtlaw.com
**GREENBERG TRAURIG LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
 And

Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

Attorneys for Defendant, DEXTER
CHASSIS GROUP, INC.

Dated: September 14, 2007

# TABLE OF CONTENTS

I.     INTRODUCTION ......................................................................................................1

II.    DEXTER'S PROPOSED CLAIM CONSTRUCTION...................................................3

III.   THE LAW GOVERNING CLAIM CONSTRUCTION ..................................................6

       A.    The Importance of Intrinsic Evidence ..........................................................6

       B.    The Construction of Means-Plus-Function Under Section 112(6) .....................8

IV.    CONSTRUCTION OF THE DISPUTED CLAIM LIMITATIONS.....................................8

       A.    The Interpretation of "slidably mounted" ......................................................8

       B.    The Interpretation of "slide plate" ...............................................................14

       C.    The Interpretation of "slidably [slidingly] advanceable".................................15

       D.    The Interpretation of "slidably advancing".....................................................16

       E.    The Interpretation of "slide-out room" ........................................................16

       F.    The Interpretation of "moveable member" ....................................................17

V.     CONCLUSION.......................................................................................................20

# TABLE OF AUTHORITIES

**Cases**

*Accumed LLC v. Stayken Corp.*
   483 F.3d 800, 809, n.2 (Fed. Cir. 2007) ..................................................................7

*Arlington Indus., Inc. v. Bridgeport Fittings, Inc.,*
   345 F.3d 1318, 1325 (Fed. Cir. 2003)......................................................................4

*Frank's Casing Crew & rental Tools, Inc. v. Weatherford Int'l.,*
   389 F.3d 1370, 1376 (Fed. Cir. 2004).....................................................................8

*Kemco Sales, Inc. v. Control Papers Co., Inc.*
   208 F.3d 1352, 1361 (Fed. Cir. 2000).....................................................................8

*Markman v. Westview Instruments, Inc.,*
   517 U.S. 370, 372 ...................................................................................................6

*Mas-Hamilton Group v. LaGard, Inc.,*
   156 F.3d 1206, 1213, 1214, 1215 (Fed. Cir. 1998)................................................17

*The Massachusetts Inst. of Tech. and Elecs. for Imaging, Inc. v. Abacus Software,*
   462 F.3d 1344, 1354 (Fed. Cir. 2006)................................................................8, 17

*Ormco Corp. v. Align Technology, Inc.*
   463 F.3d 1299, 1306 (Fed. Cir. 2006)..............................................................7, 9, 14

*Phillips v. AWH Corp.,*
   415 F.3d 1303, 1312-1314, 1317, 1319, 1321 (Fed. Cir. 2005) *(en banc),*
   *cert. denied,* 74 U.S.L.W. 3464, 3471 (U.S. Feb. 21, 2006) (No. 05-602)..............4, 7, 9, 14

*Lava Trading, Inc. v. Sonic Trading Management, LLC,*
   445 F.3d 1348 (Fed. Cir. 2006)...............................................................................2

*Terlep v. Brinkemann Corp.,*
   418 F.3d 1379, 1382 (Fed. Cir. 2005)......................................................................7

*Union Pacific Res. Co. v. Chesapeake Energy Corp.,*
   236 F.3d 684, 692 (Fed. Cir. 2001).........................................................................18

*Wilson Sporting Goods Co. v. Hillerich & Bradsby Co.,*
   442 F.3d 1322 (Fed. Cir. 2006)................................................................................2

**Other Authorities**

THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE, FOURTH EDITION (2006) ..............12

MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY,  4th Ed. (2007)...........................................................13

MERRIAM-WEBSTER UNABRIDGED COLLEGIATE DICTIONARY (Online)....................................................13

RANDOM HOUSE UNABRIDGED DICTIONARY, SECOND EDITION (Random House, Inc. 1993) .......12, 13, 15

WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, (1996)..................12

WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY OF THE ENGLISH LANGUAGE, UNABRIDGED,
       SECOND EDITION (1978)..................................................................................................................13

Defendant Dexter Chassis Group, Inc. ("Dexter") hereby sets forth its construction of disputed limitations of the asserted claims of U.S. Patent No. 5,791,715 (the "'715 Patent," attached as Exhibit A).

## I.     INTRODUCTION

Lippert Components, Inc. ("Lippert") sued Dexter for infringement of multiple claims of the '715 Patent by Dexter's sale of a very simple device, a mechanism for extending an extendable room on a recreational vehicle.[1]  Such extendable rooms are very old and well known in the art.  For example, the patents cited on the face of the '715 Patent date as far back as 1940.  In this crowded field, the '715 Patent claimed a very particular design for the extension mechanism, one that utilized a particular type of motion, sliding, and also claimed a particular mounting position on the sill of the opening for the extendable room of an RV.  The mechanism disclosed and claimed in the '715 Patent is shown in the following Figure 2:

_____

[1] Dexter seeks a declaration that these Claims of the '715 Patent are not infringed and/or are invalid



**Fig.2.**

The slide plate 23 slides across the rails (21 and 22), with the surface of each in constant contact.

Lippert contends that the claims of the '715 Patent cover far more than the inventor disclosed to

the Patent Office. Both Lippert's commercial embodiment as well as Dexter's products use

rollers to support the extendable room. The use of rollers was well known in the art. *See e.g.*

Exhibit B, United States Patent No. 2,225,319 (See rollers 44). The current version of Dexter's

product that has been accused of infringement ("Accused Product") (with right side removed) is

as follows[2]:

---

[2]    "While a trial court should certainly not prejudge the ultimate infringement analsysis by
construing claims with an aim to include or exclude an accused product or process, knowledge of
that product or process provides meaningful context for the first step of the infringement
analysis, claim construction." *Wilson Sporting Goods Co. v. Hillerich & Bradsby Co.*, 442 F.3d
1322, 1326; 1331 (Fed. Cir. 2006); *Lava Trading, Inc. v. Sonic Trading Management, LLC*, 445
F.3d 1348, 1350 (Fed. Cir. 2006).



As shown, the extendable portion (A) is supported by rollers (B). No surface of the extendable portion (A) contacts the stationary structure (C), nor does any surface of the extendable portion (A) move in continuous, surface to surface contact with the stationary structure (C). Rather, as is within every person's common experiences a roller only momentarily contacts a surface as it rotates. There is no sliding between a roller (B) and the surface of the extendable portion (A).

The claims of the '715 Patent are limited to mechanisms that rely on sliding between a surface of the slide plate or slide member (23) and a surface of the rails (21 and 22). *See* Fig. 2 above. Lippert contends that rolling equates to sliding. This position is untenable. In common vernacular, for example, a car can roll through an intersection or slide through an intersection. A runner slides into second base, while a log rolls down a hill. Rolling and sliding are two different types of motion, which difference Lippert ignores. As shown below, "slide" means "to move along in constant contact with a stationary surface."

## II.    DEXTER'S PROPOSED CLAIM CONSTRUCTION

Dexter requests that the following disputed claim terms should be construed. In addition, the parties have reached agreement as to the claim terms shown in the Stipulated Order

Concerning the Construction of Undisputed Claim Terms and related Motion filed
contemporaneously herewith.   In construing these terms, no word or phrase should be
interpreted in a vacuum, but should be interpreted in the context of the surrounding claim
language as well as the other claims. *Phillips v. AWH Corp.*, 415 F.3d 1303, 1314 (Fed. Cir.
2005) (*en banc*), *cert. denied*, 74 U.S.L.W. 3464, 3471 (U.S. Feb. 21, 2006) (No. 05-602);
*Arlington Indus., Inc. v. Bridgeport Fittings, Inc.*, 345 F.3d 1318, 1325 (Fed. Cir. 2003).  While
the disputed terms are set forth in the following table in isolation, they must be interpreted in the
context of the surrounding claim language.  The following is a summary of the parties' respective
proposed claim constructions, which were exchanged pursuant to this Court's order:

| CLAIM TERMS | DEXTER'S PROPOSED CONSTRUCTION | LIPPERT'S PROPOSED CONSTRUCTION |
|---|---|---|
| slidably mounted<br><br>Claim 1,<br>Claim 7,<br>Claim 13,<br>Claim 17,<br>Claim 18,<br>Claim 21,<br>Claim 22 | The verb "slide" means "to move along in constant contact with a stationary surface."<br><br>"Slidably" is the adverb formed from the verb "slide" as defined above.   In the context of these claims, as a modifier to "mounted," which in turn modifies the moveable member or slide plate, "slidably" means that the moveable member or slide plate must be mounted to the stationary member or rail so that it is capable of moving along in constant contact with a surface of the stationary member or rail. | "Attached in a manner that permits smooth, continuous movement of a moveable member with respect to a stationary member." |
| slide plate<br><br>Claim 7,<br>Claim 13,<br>Claim 21,<br>Claim 22 | A plate that moves along in constant contact with a stationary surface. | "A structure that is flat, which is capable of smooth, continuous movement. |
| slidably [slidingly] advanceable<br><br>Claim 7, | "Slidably" and "slidingly" should be construed as synonyms.  In each of these claims, these phrases modify "slide-out room." | "Capable of smooth, continuous manner with respect to a stationary member." |

| CLAIM TERMS | DEXTER'S PROPOSED CONSTRUCTION | LIPPERT'S PROPOSED CONSTRUCTION |
|---|---|---|
| Claim 13 (slidingly), Claim 21, Claim 22 | In the context of these claims, "slidably advanceable" means that the slide-out room is capable of being moved forward through the slide-out opening while in constant contact with a stationary surface. | |
| slidably advancing<br><br>Claim 3,<br>Claim 9 | In the context of Claim 3, "slidably advancing" means that the drive means must move the moveable member forward with respect to the stationary member with the respective surfaces of these members in constant contact.<br><br>In the context of Claim 9, "slidably advancing" means that the drive means must move the slide plate forward with respect to the rail with the respective surfaces of the plate and rail in constant contact. | "A moveable member moving in a smooth continuous manner with respect to a stationary member." |
| slide-out room<br><br>All claims referenced above | A room that moves along relative to a stationary surface in constant contact with the stationary surface. | "A room that is capable of retractable movement through an opening in the side of another room." |
| moveable member slidably mounted relative to said stationary member and adapted for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out room opening<br><br>Claim 1, | While the term "means" is not used, this term is subject to Section 112(6). The claimed function is "for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out room opening." Hence, this term must be construed as a slide plate, and equivalents thereof. In addition, the slide plate must be "slidably mounted relative to the stationary member" as recited in the Claims.<br><br>The phrase "moveable member" is not found in the specification. To | "A structural component capable of being moved." |

| CLAIM TERMS | DEXTER'S PROPOSED CONSTRUCTION | LIPPERT'S PROPOSED CONSTRUCTION |
|---|---|---|
| Claim 3, Claim 17, Claim 18 | the extent that the Court construes this limitation as a structural limitation, the claims containing this phrase are invalid for indefiniteness and/or failure to meet the written description requirement. Without waiver of the above defenses, to the extent that the Court construes this phrase as a structural limitation, the phrase "moveable member" must be construed to mean "a slide plate." | |

The primary dispute between the parties is whether the word "slide" or "slidably" specifies a particular type of interface between two surfaces that move with respect to one another. Lippert seeks to obfuscate the fact that "slide" describes a particular type of relative movement between two objects, that is, the surfaces must be in constant contact. Lippert's definition ignores the meaning of the word "slide" that specifies and restricts the nature of the interface between two surfaces. Lippert seeks a broad interpretation of "slide" so that it can then improperly argue infringement by the Accused Product, which utilizes rollers and does not have any surface that moves in constant contact with a "stationary member" or "rail."

### III.    THE LAW GOVERNING CLAIM CONSTRUCTION

#### A. The Importance of Intrinsic Evidence

Claim construction is a matter of law exclusively within the province of the court. *Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 372 (1996). "The construction of claims is simply a way of elaborating the normally terse claim language in order to understand and explain, but not to change, the scope of the claims." *Terlep v. Brinkemann Corp.*, 418 F.3d 1379, 1382 (Fed. Cir. 2005). The seminal case on claim construction is the *en banc* opinion of *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005).

In *Phillips*, the court confirmed the long established rule that, absent the inventor's own lexicography, the words of a claim are to be given their ordinary and customary meaning as viewed by a person of ordinary skill in the art as of the effective filing date. *Id.* at 1312-13. Furthermore, in *Phillips* the court

> rejected an approach in which a broad dictionary definition is adopted and then whittled down only if contradicted by the specification, 415 F.3d at 1321, we did not prohibit the use of dictionaries in claim construction, nor did we define at what point in the claim construction analysis they may be consulted.

*Accumed LLC v. Stayken Corp.*, 483 F.3d 800, 809, n. 2 (Fed. Cir. 2007). As is the case here, where a specification does nothing more than describe a preferred embodiment using the same terms as found in the claims without further explanation, the court may appropriately look to dictionary definitions to determine the plain and ordinary meaning of claim terms. *Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299, 1306 (Fed. Cir. 2006).

A court should begin the claim interpretation "process by reviewing the same resources as would [a person of ordinary skill in the art], *viz.* the patent specification and the prosecution history." *Phillips*, 415 F.3d at 1317. (quotation omitted). Extrinsic evidence is "evidence external to the patent and prosecution history," and, while useful to shed light on the art, it is less significant in claim interpretation than the intrinsic record of the specification and prosecution history. *Phillips*, 415 F.3d at 1317 (citations omitted).

> "[u]ndue reliance on extrinsic evidence poses the risk that it will be used to change the meaning of claims in derogation" of the "indisputable public records consisting of the claims, the specification and the prosecution history," thereby undermining the public notice function of patents.

*Id.* at 1319. In any event, extrinsic evidence must be considered in the context of intrinsic evidence. *Id.*

**B. The Construction of Means-Plus-Function Limitations Under Section 112(6)**

Section 112(6) allows a patentee to describe a limitation by its function as opposed to its structure. 35 U.S.C. § 112 ¶ 6 (2004). However, the patentee is limited to the structure disclosed in the specification that is clearly linked to that function. There are three steps to interpreting a "means-plus-function" limitation. First, a court must determine whether a limitation is subject to 35 U.S.C. § 112 ¶ 6. *Kemco Sales, Inc. v. Control Papers Co., Inc.*, 208 F.3d 1352, 1361 (Fed. Cir. 2000). When the word "means" is not used, there is a presumption that the term is not subject to interpretation under Section 112(6). *The Massachusetts Inst. of Tech. and Elecs. for Imaging, Inc. v. Abacus Software*, 462 F.3d 1344, 1354 (Fed. Cir. 2006). "However, a limitation lacking the term 'means' may overcome the presumption against means-plus-function treatment if it is shown that 'the term fails to recite sufficiently definite structure' or else recites 'function without reciting sufficient structure for performing that function.'" *Id.* The second step is to identify the claimed function. *Frank's Casing Crew & Rental Tools, Inc. v. Weatherford Int'l. Inc.*, 389 F.3d 1370, 1376 (Fed. Cir. 2004). Finally, once the function is identified, the court must identify the corresponding structure in the specification that is necessary for performing the claimed function. *See Id.* at 1377-78.

## IV.    CONSTRUCTION OF THE DISPUTED CLAIM LIMITATIONS

### A. The Interpretation of "slidably mounted"

Each of the independent claims of the '715 Patent (Claims 1, 7, 13, 17, 18, 21 and 22) includes the limitation that a moveable member or slide plate is "slidably mounted" to a stationary member or rail to advance or slidably advance a slide-out room through a slide-out opening. The following seven independent claims recite "slidably mounted" as follows:

Claims 1, 17, and 18:

8

(c)    a moveable member slidably mounted relative to said stationary member and adapted for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out opening.

Claims 7, 21, and 22:

(c)    a slide plate slidably mounted to said rail and adapted for securement of the slide-out room thereto such that the slide out room is slidably advanceable through the slide-out room opening.

Claim 13:

(d)    a slide plate slidably mounted to said first and second rails and adapted for securement of the slide-out room thereto such that the slide-out room is slidingly advanceable through the slide-out room opening.

The words "slidably" and "mounted" are common, non-technical terms that would lend

themselves to being defined by a general purpose dictionary. *Phillips*, 415 F. 3d at 1314. While

the court should first look to the specification for guidance as to the meaning of claim language,

where the specification does no more than use a word without defining it to describe preferred

embodiments, the court may appropriately look to dictionary definitions. *See Ormco Corp.*, 463

F.3d at 1306. (using dictionary definition of "geometries" where the word was not defined in the

specification).  Here, the specification uses the phrase "slidably" in reference to a surface of a

slide plate mounted to move relative to and in constant contact with the surface(s) of a

supporting rail or rails or stationary member.

The term "slidably mounted" only appears twice in the specification of the '715 Patent.

Each appearance is in the Summary of the Invention portion of the specification.  The first is as

follows:

The mechanism comprises at least one stationary member, a support bracket secured to a front end of the stationary member and a slidable member slidably mounted relative to the stationary member. The front end of the stationary member is adapted to be supported on the upper surface of the sill by the support bracket. The slide-out room is securable to the slidable member for slidable advancement through the slide-out room opening.  '715 Patent, Col. 2. ll. 35 – 36.

The preceding paragraph stated that "[t]he present invention comprises a slide-out mechanism." '715 Patent, Col. 2,, I. 21. Hence, the quoted paragraph is directed to "the mechanism" of the invention, and is hence applicable to all claims.

The second use of "slidably mounted" appears in the third paragraph under the "Summary of the Invention" section:

> In a preferred embodiment the stationary member comprises two rails spaced apart in parallel alignment. The support bracket is secured to and extends between the two rails and slidable member comprises a slide plate slidably mounted to the two rails and extending therebetween.

Col. 2, ll. 45 – 49.

Neither of these passages provides any definition of "slidably mounted." The sole passage providing anything approaching a definition of "slidably mounted" is the following passage describing "slidably secured," an expression which is synonymous with "slidably mounted" and is used in describing Figure 7:



**Fig.7.**

Figure 7 was described as follows:

> As shown in Fig. 7, with respect to the second rail 22, opposite sides of the slide plate 23 generally wrap around outer sides 86 and 87 of the rails 21 and 22 respectively and across bottoms 88 and 89 thereof to *slidably secure* the slide plate 23 to the rails 21 and 22. In particular, opposite sides of the slide plate 23 include side plates 90 and 91 and bottom plates 92 and 93 respectively. The side

10

> plates 90 and 91 extend across respective outer side 86 and 87 of the rails 21 and
> 22 and the bottom plates 92 and 93 extend across the bottoms 88 and 89 thereof.

'715 Patent, Col. 5, ll. 49 – 58 (emphasis added).  This passage describes the slide plate 23

concentrically wrapped around and conformed to the contour of three of the four surfaces of the

stationary rails (21 and 22).  Thus, the passage describes how the slide plate is mounted to the

rail, and compels the conclusion that the movement of the slide plate relative to the rail is a

sliding movement, that is, the surface of the slide plate passes in continuous contact over the

surface of the rails.

     The specification of the '715 Patent contains an additional passage that compels the

conclusion that a sliding movement involves constant, surface-to-surface contact.  The written

description acknowledges that other slide-out mechanisms exist to achieve slidable movement

between a stationary member and a moveable member.  Although it refers to "other systems

known in the art," the inventor only bothered to specifically mention one other structure, a "tube

within a tube" structure:

> Further, it is foreseen that the slide-out mechanism 19 could comprise a wide
> variety of structure in which one member is stationary and a second member, to
> which slide-out room 2 is to be attached, is mounted for slidable movement
> relative to the stationary member, such as *a tube within a tube* or other systems
> known in the art or which may be hereafter developed.

'715 Patent, Col. 8, ll. 26 – 32 (emphasis added).   The preferred embodiment discussed in Fig. 7

set forth above is virtually "a tube within a tube structure," as the slide plate 23 wraps around the

tubular rails on three of four sides of each rail.  The inventor apparently contemplated that the

slide plate would include tubes completely surrounding the tubular rails.  Nevertheless, the

slidable movement of both identified structures would comprise continuous, surface-to-surface

contact between the slide plate and the rails.

     More importantly, even though the above quoted language also recites "other systems

known in the art," no alternative structures such as rollers were identified.  This omission is more

telling when one considers that the inventor filed a document, known as an Information
Disclosure Statement, on the same date that the application was filed. Ex. C. In this Information
Disclosure Statement, the application identified a number of patents in which the extendable
room was supported by rollers. *See, e.g.*, as a partial list: Ex. B, '319 Patent to Rollo; Ex. D,
'057 Patent (rollers 88, 92); Ex. E '666 Patent (rollers 22). The applicant knew about rolling
mechanisms, yet apparently chose not to disclose them as alternatives to the claimed slide plate
mechanism, while at the same time disclosing the alternative "tube within a tube" system.
Hence, it is appropriate to conclude that the applicant purposefully chose by the use of the term
"slidably mounted" to exclude mechanisms that utilize rolling movement to move an extendable
room between an extended and retracted position. One skilled in the art viewing the
specification and file history would conclude that the claims are limited to sliding mechanisms to
the exclusion of rolling mechanisms.

To summarize, the specification and file history indicate that "slidably mounted" and
"slidably secured" mean that the moveable member or slide plate is in direct contact with the
stationary member or slide plate, and that the surfaces of the moveable member or slide plate
move across in continuous contact with the surfaces of the support member or rail. This
meaning is also in accord with the common dictionary definition of "slide."

The definition of "slide" is "1. to move along in continuous contact with a smooth or
slippery surface: to *slide down a snow-covered hill*." Ex. F, RANDOM HOUSE UNABRIDGED
DICTIONARY, Second Edition, p. 1978 (Random House, Inc. 1993); *accord*, Ex. G, THE
AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE, Fourth Ed., p. 1636 (2006); Ex.
H, WEBSTER'S ENCYCLOPEDIC UNABRIDGED DICTIONARY OF THE ENGLISH LANGUAGE, p. 1798
(1996). "Slide" is also defined by Webster's as "1. to move along in constant frictional contact
with some surface or substance; as, the boxes slide across the deck, the car slid to a stop." Ex. I,

12

WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY OF THE ENGLISH LANGUAGE UNABRIDGED, p. 1707, 2nd Ed. (1978). As shown by these definitions, and the examples therein, as well as by our common experiences, sliding is a particular type of motion that is different from other types such as rolling. For example, the verb "roll" means "1. to move along a surface by revolving or by turning over and over as a ball or wheel. 2. to move or be moved on wheels . . ." Ex. F, Random House, p. 1667. The difference between "sliding" and "rolling" is highlighted by the following definition of "roll": "*vi* 1a: to move along a surface by rotation without sliding." Ex. J, MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY, p. 1080, 4th Ed. (2007); *accord,* Ex. K, MERRIAM-WEBSTER UNABRIDGED COLLEGIATE DICTIONARY (Online) at http://unabridged.merriam-webster.com/cgi-bin/collegiate.

 For the slide plate or moveable member to roll with respect to the stationary member or rails, rollers would be required. Roller are not disclosed or claimed in the '715 Patent. A car may roll through and intersection or it may slide through an intersection, as when one skids on ice. Sliding refers specifically to two surfaces in constant contact while moving relative to each other. The claims of the '715 Patent could have been written without the adverb "slidably" modifying "mounted", but they were not. "Slidably" is an adverb derived from the verb "slide" as defined above. "Slide" means "to move along in constant contact with a stationary surface." In the context of these claims, "slidably" means that the slide plate (moveable member) must be mounted to the stationary member or rail so that it is capable of moving along in constant contact with a surface of the stationary member or rail.

 The phrase "slidably mounted" describes and limits the way in which the slide plate (or moveable member, which as set forth below should be interpreted as slide plate) interacts with the stationary member or rail. That is, the moveable member or slide plate is not fixed to the stationary member, but must be capable of a specific type of movement, sliding.

Lippert may rely on other dictionary definitions.   However, gone are the days when a claim term is given every possible dictionary meaning divorced from the specification.  *See Ormco*, 436 F.3d at 1306; *Phillips* at 1321 (over-ruling the *Texas Digital* line of cases).   Instead, the claim terms are to be interpreted in the context of the specification and prosecution history, and dictionaries may be consulted to the extent that they do not contradict the intrinsic evidence. *See Ormco*, 436 F.3d at 1306.  As discussed above, "slidably mounted" encompasses the manner in which the "moveable member" or "slide plate" interreacts with the "stationary member" or "rail."  The inventor could have remained silent, and just said "mounted."  Instead, the inventor claimed a particular type of motion ("sliding") and thus restricted the interface as a further limitation.  The only structures shown in the specification involve relative movement of one surface across another while in continuous contact.   Hence, Dexter's proposed interpretation is true to the intrinsic evidence and supported by reputable dictionary meanings.

## B.     The Interpretation of "slide plate"

The term "slide plate" appears in Claims 7, 13, 21, and 22.  In the specification, the terms "slide plate" and "slide member" are both labeled as element 23.  *See* '715 Patent, Col. 4, l. 10. The slide plate 23 is shown above in Figure 7, and is further described at Column 5, ll. 49 – 58 as follows:

> As shown in FIG. 7, with respect to the second rail 22, opposite sides of the slide plate 23 generally wrap around outer sides 86 and 87 of the rails 21 and 22 respectively and across bottoms 88 and 89 thereof to slidably secure the slide plate 23 to the rails 21 and 22. In particular, opposite sides of the slide plate 23 include side plates 90 and 91 and bottom plates 92 and 93 respectively. The side plates 90 and 91 extend across respective outer side 86 and 87 of the rails 21 and 22 and the bottom plates 92 and 93 extend across the bottoms 88 and 89 thereof.

As discussed above in connection with "slidably mounted," the slide plate is "slidably secured", that is, "slidably mounted," to the rails 21 and 22 by having sides that wrap around the rails.  As discussed above, "slide" in the context of this patent means "to move along in constant contact

with a stationary surface." Hence, in the context of these claims, all which include the limitation "rail," the word "slide" as a modifier to plate means: a plate that moves along in constant contact with a stationary surface, which in the context of these claims, is a surface of the rail.

## C. The Interpretation of "slidably [slidingly] advanceable"

"Slidably advanceable" and "slidingly advanceable" appear in Claims 7, 13 (slidingly), 21, and 22. In each of these claims, these phrases modify "slide-out room." Neither "slidably advanceable" nor "slidingly advanceable" appears in the specification outside of the claims, although similar phrases do appear as follows:

> The slide-out room is securable to the slidable member for slidable advancement through the slide-out room opening.

'715 Patent, Col. 2, l. 38 – 40. No other uses of "slidably" or "slidingly" in connection with "advance" appear, although other examples of "advance" in connection with the slide out room exist, such as:

> Similarly, weather stripping or seals 149 may be secured to an outer surface of the inner sealing flange 135 to form a weather tight seal when the slide-out room 2 is advanced to the extended position.

'715 Patent, Col. 7, ll. 47 – 51. "Slidably" and "slidingly" should be construed as synonyms. These words are merely the adverbs formed from "slide" and are used as modifiers to "advanceable." "Advance" simply means "to move or bring forward." Ex. F. Random House, p. 28. As shown above, the usage of "advance" in the specification is in accord with this dictionary definition. In the context of these claims, "slidably advanceable" means that the slide-out room is capable of being moved forward through the slide-out opening while in constant contact with a stationary surface.

15

### D.    The Interpretation of "slidably advancing"

"Slidably advancing" appears in dependant Claims 3 and 9 as the recited function for the means-plus-function term "drive means." "Slidably advancing" appears in the specification as follows:

> The electric motor 106, the transmission 107, the drive shaft assembly 105, spur gears 102 and 103 and the rack gears 96 and 97 generally comprise a drive assembly or means for slidably advancing the slide plate 23 relative to the rails 21 and 22 both forward and rearward.

'715 Patent, Col. 6, ll. 34 – 38. In view of this passage and the interpretation of "slide" and "advance" set forth above, in the context of Claim 3, "slidably advancing" means that the drive means must move the moveable member forward with respect to the stationary member with the respective surfaces of these members in continuous contact. In the context of Claim 9, "slidably advancing" means that the drive means must move the slide plate forward with respect to the rail with the respective surfaces of the plate and rail in continuous contact.

### E.    The Interpretation of "slide-out room"

"Slide-out room" first appears in the preamble of the Claims, and it is incorporated into the body of all the claims. In construing these claims and the term "slide-out room," the Court should recognize that the Claims are directed to an "apparatus for selectively extending and retracting a slide-out room," not a "slide-out room" itself. As described in the specification, the "slide-out room includes outer panel 130, side panels 131 and 132, floor panel 133, outer sealing flange 134 and inner sealing flange 135." '175 Patent, Col. 7, ll. 8 – 10. The slide-out room is "secured to the slide-out mechanism 19" (Col. 7, l. 22), and more specifically, secured to the "slide plate 23." Col. 7, 12 – 15. The room slides out, via the slide out plate, of the wall of the travel trailer. Thus, the term "slide-out room" in the context of the '715 Patent and in view of the interpretation of the word "slide" and "slidably" presented above, means "a room that moves along relative to a stationary surface in constant contact with the stationary surface."

16

F.    The Interpretation of "moveable member"

Independent Claims 1, 17, and 18 include the following term:

moveable member slidably mounted relative to said stationary member and adapted for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out room opening.

The word "means" is not used in this limitation. When the word "means" is not used, there is a presumption that the term is not subject to interpretation under Section 112(6). *The Massachusetts Institute of Technology*, 462 F.3d at 1354 (Fed. Cir. 2006). "However, a limitation lacking the term 'means' may overcome the presumption against means-plus-function treatment if it is shown that 'the term fails to recite sufficiently definite structure' or else recites 'function without reciting sufficient structure for performing that function.'" *Id.* "The generic terms 'mechanism,' 'means,' 'element,' and 'device,' typically do not connote sufficiently definite structure." *Id.* (holding that "colorant selection mechanism" did not connote sufficient structure, and, therefore, interpreted is subject to Section 112(6)).

The case of *Mas-Hamilton Group v. LaGard, Inc.*, 156 F.3d 1206, 1213 14 (Fed. Cir. 1998) is particularly analogous to this case. In *LaGard*, the court construed the following limitation: "a *moveable link member* for holding the lever out of engagement with the cam surface before entry of a combination and for releasing the lever after entry of the combination." *Id.* at 1214. The court reasoned that there was no evidence that the phrase "moveable link member" had any well understood meaning in the art, and, in view of the function recited in the claim, found that "[s]uch language is precisely what is intended by the statutory phrase in section 112, ¶ 6... ." *Id* at 1215. The court also interpreted "lever moving element" as subject to Section 112(6).

Likewise, in this case "moveable member" has no well understood meaning in the art. Indeed, the inventor did not even see fit to use it in the specification, which in and of itself raises

17

doubts of definiteness under Section 112(2).[3]  This clause contains two limitations, one, that the

"moveable member" be "slidably mounted relative to said stationary member," and second, the

functional limitation "and adapted for securement of the slide-out room thereto such that the

slide-out room may be advanced through the slide-out room opening."  The difference between

"adapted for" and "for" is a distinction without meaning.  In view of the failure of the inventor to

even use the term "moveable member" in the specification, the only way to avoid invalidity for

indefiniteness under Section 112(2) is to interpret this limitation as subject to Section 112(6).

The claimed function is "for securement of the slide-out room thereto..."  The structures

identified in the specification for performing this function is the slide plate 23, as shown by the

following:

> The slide-out room 2 includes outer wall panel 130, side panels 131 and 132, floor
> panel 133, outer sealing flange 134 and inner sealing flange 135. The bed frame
> 125 includes side panels 141 and 142, head panel 43, foot panel 144, top panel
> 145 and bottom panel 146. *The bottom panel 146 is adapted to be supported on
> and secured to the slide plate 23.* The bottom panel 146 may be secured to the
> slide plate 23, between the rails 21 and 22, by screws or the like. A front portion
> of the bottom panel 146 is positioned under and secured to a rear portion of the
> floor panel 133 of the slide-out room 2 by screws or the like. The portions of the
> side panels 141 and 142 of the bed frame 125 which extend rearward of the slide-
> out room 2, extend below the bottom panel 146 and almost to the floor 15 of the
> trailer 1 when secured to the slide-out mechanism 19.

---

[3]      A patent's specification "shall conclude with one or more claims particularly
pointing out and distinctly claiming the subject matter which the applicant regards as his
invention." 35 U.S.C. § 112 ¶ 2.  The test for definiteness is whether one skilled in the art would
understand the bounds of the claim when read in light of the specification. *Union Pacific Res.
Co. v. Chesapeake Energy Corp.*, 236 F.3d 684, 692 (Fed. Cir. 2001).  The inquiry as to
definiteness focuses on whether "the claims, as interpreted in view of the written description,
adequately perform their function of notifying the public of the patentee's right to exclude."
*Solomon v. Kimberly-Clark Corp.*, 216 F.3d 1372, 1379 (Fed. Cir. 2000).  Compliance with §
112 ¶ 2 is a question of law. *Solomon v. Kimberly-Clark Corp.*, 216 F.3d 1372, 1377 (Fed. Cir.
2000).

'715 Patent, Col. 7, ll. 7 – 22 (emphasis added).  Hence, "moveable member" should be construed subject to Section 112(6) as limited to a slide plate, and equivalents thereof.[4]  In addition, the slide plate must be "slidably mounted relative to the stationary member" as recited in the Claims and interpreted above.[5]

---

[4] Lippert may respond by arguing that "stationary member" is used in the claims.  First, at least the inventor used "stationary member" in the specification as a synonym for "rail."  *See* '715 Patent, Col. 8, ll. 33-39 ("each rail or stationary member").  To the extent that "stationary member" does not mean "rail," the term is invalid for indefiniteness.  It cannot be interpreted as subject to Section 112(6) because, in contrast to "moveable member," in which the inventor did use the tell-tale word "for" followed by a claimed function, no such function is claimed in the limitation "stationary member."

[5] The phrase "moveable member" is not found in the specification.  To the extent that the Court construes this limitation as a structural limitation, the claims containing this phrase are invalid for indefiniteness and/or failure to meet the written description requirement.  Without waiver of the above defenses, to the extent that the Court construes this phrase as a structural limitation, the phrase "moveable member" must be construed to mean "a slide plate."

## V.    CONCLUSION

For all of these reasons, Dexter respectfully requests that the Court adopt Dexter's proposed claim construction as set forth herein.

Dated: September 14, 2007

Respectfully submitted,

GREENBERG TRAURIG, LLP

George G. Matava
Brian A. Carpenter
Greenberg Traurig LLP
1200 Seventeenth St., Suite 2400
Denver, Colorado 80202
(303) 572-6500 - Telephone
(303) 572-6540 - Facsimile

By: _____

Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, Delaware 19801
302-661-7000 - Telephone
302-661-7360 - Facsimile

*Attorneys for Defendant*
*Dexter Chassis Group, Inc.*

20

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were caused to be served on September 14, 2007 upon the following individuals by U.S. Mail, First-Class, postage pre-paid and by courtesy e-mail to:

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnel, LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Dean A. Monco
Brad R. Bertoglio
Wood Phillips
500 West Madison Street
Suite 3800
Chicago, IL  60661-2562

Donald J. Detweiler (No. 3087)

DEN 96301187v11 9/14/2007

21

# EXHIBIT
# A



US005791715A

# United States Patent [19]

## Nebel

[11] Patent Number: **5,791,715**

[45] Date of Patent: **Aug. 11, 1998**

[54] **EXTENSION MECHANISM FOR TRAVEL TRAILER SLIDE-OUT ROOMS**

[76] Inventor: **Michael W. Nebel**, Route 3, Box 6-A, Smith Center, Kans. 66967

[21] Appl. No.: **754,872**

[22] Filed: **Nov. 22, 1996**

[51] Int. Cl.⁶ ....................................................... **B60P 3/35**

[52] U.S. Cl. ............................ **296/26**; 296/171; 296/175; 52/67

[58] Field of Search ................................... 296/165, 170, 296/171, 172, 175, 176, 26, 27; 52/67

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 32,262 | 10/1986 | Stewart . |
| 2,225,319 | 12/1940 | Rollo . |
| 2,606,057 | 8/1952 | Johnson . |
| 2,820,666 | 1/1958 | Grochmal . |
| 3,512,315 | 5/1970 | Vitalini ..................................... 52/67 |
| 3,572,809 | 3/1971 | Buland ..................................... 296/26 |
| 4,312,159 | 1/1982 | Paul . |
| 4,500,132 | 2/1985 | Yoder . |
| 5,237,782 | 8/1993 | Cooper . |
| 5,332,276 | 7/1994 | Blodgett, Jr. . |
| 5,333,420 | 8/1994 | Eden . |
| 5,491,933 | 2/1996 | Miller . |
| 5,577,351 | 11/1996 | Dewald, Jr. et al. .................... 296/171 |
| 5,620,224 | 4/1997 | DiBiagio et al. ....................... 296/165 |

### OTHER PUBLICATIONS

Drawings of Slideout Mechanism #1, Peterson Industries, Inc., Smith Center, Kansas, showing slide–out mechanism which was on sale and in public use more than one year prior to the filing date of this application. (No Date).

Drawings of Slideout Mechanism #2, Peterson Industries, Inc., Smith Center, Kansas, showing slide–out mechanism which was on sale and in public use more than one year prior to the filing date of this application. (No Date).

*Primary Examiner*—Dean Kramer

*Attorney, Agent, or Firm*—Litman, McMahon, & Brown, L.L.C.

[57] **ABSTRACT**

A slide-out mechanism for selectively extending and retracting a slide-out room through a slide-out room opening in a wall which automatically levels or aligns the slide-out room relative to the slide-out room opening in the wall comprises at least one stationary member, a retractable member slidably secured to the stationary member, and a threshold bracket for securing and supporting a front end of the stationary member on an upper surface of a portion of the wall defining a lower edge of the slide-out room opening. A support leg is preferably secured to a rear end of the stationary member for supporting the rear end thereof. The support leg is preferably height adjustable to permit leveling of the rear end of the stationary member relative to the front end.

**24 Claims, 3 Drawing Sheets**







Fig.3.

Fig.6.

Fig.7.



Fig.4.

Fig.5.

5,791,715

| 1 | 2 |

# EXTENSION MECHANISM FOR TRAVEL TRAILER SLIDE-OUT ROOMS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to mechanisms for selectively extending and withdrawing slide-out portions of a travel trailer or the like.

### 2. Prior Art

Slide-out rooms or compartments in travel trailers, motor homes and the like have become increasingly popular. The slide-out rooms allow for increased useable space when the vehicle is parked and are retractable to accommodate width limitations while in transit.

A significant problem with currently available slide-out room mechanisms is that the manner of attachment of the mechanisms to the trailer often results in the slide-out room being mounted in a non-square orientation relative to the slide-out room hole or opening in a sidewall of the vehicle. The non-square orientation of the slide-out room relative to the slide-out room opening causes binding when the room is retracted or extended through the opening and causes problems sealing around the slide-out room.

In most travel trailers, motor homes or similar vehicles, the sidewalls of the vehicle are generally fabricated as a single piece prior to attachment to the frame of the vehicle. Because of controlled assembly conditions, the edges of the sidewalls, including the edges of a slide-out room opening formed therein, are generally square relative to one another. However, for various reasons, when the sidewalls are secured to the vehicle frame the edges of the sidewalls, and in particular the edges of the slide out room opening, may not be square with the edges of the frame or the floor supported on the frame. This is a common problem for the upper portion of the floor and frame in fifth-wheel or gooseneck type trailers.

The frames of gooseneck type trailers are rarely welded together precisely. Therefore, the frame and floor portion above the gooseneck are almost never parallel with the frame and floor portion below the gooseneck. When a sidewall is mounted to the frame, the lower edge of the portion of the sidewall below the gooseneck is generally aligned with the portion of the frame below the gooseneck such that the lower edge of the portion of the sidewall above the gooseneck is not square with the portions of the frame and floor above the gooseneck. Similarly, the edges of a slide-out room opening above the gooseneck usually are not square with the portions of the frame and floor above the gooseneck.

Most slide-out mechanisms mount directly to the frame, generally below the floor, and the slide-out room is mounted to the slide-out mechanism such that the slide-out room is generally mounted square relative to the frame and floor. When the slide-out room opening is not positioned square with the frame and the floor, the slide out room, mounted to the frame by the slide-out mechanism, does not sit or extend squarely into the slide-out room opening. The non-square orientation of the slide-out room relative to the slide-out room opening causes the slide-out room to bind relative to the slide-out room opening as the room is extended and retracted therethrough and increases the difficulty in obtaining a proper seal around the slide-out room.

Another problem associated with existing slide-out mechanisms is the stress placed on the sidewall of the vehicle through which the room is extended and retracted.

Most slide-out rooms include some form of inner sealing flange extending perpendicular to the sides and top of the slide-out room along the rear or inner end thereof. When the slide-out room is fully extended, the inner sealing flange engages and pushes against an inner surface of the sidewall of the trailer around the slide-out opening. Similarly, an outer sealing flange, present on most slide-out rooms engages and pushes against an outer surface of the sidewall of the trailer when the room is fully retracted. Over time, the repetitive exertion of these inwardly and outwardly directed forces against the sidewall results in the sidewall being pulled away from the frame.

Therefore, there is a need for a slide-out mechanism that is generally self leveling relative to the slide-out room opening and which reduces the stresses applied to the sidewall of the trailer through repeated extension and retraction of the slide-out room relative thereto.

## SUMMARY OF THE INVENTION

The present invention comprises a slide-out mechanism for selectively extending and retracting a slide-out room through a slide-out room opening in a wall which automatically levels or aligns the slide-out room relative to the slide-out room opening in the wall. A front end of the slide-out mechanism is adapted to be supported on an upper surface of a portion of the wall defining a lower edge of the slide-out room opening so as to automatically level or align the slide-out mechanism relative to the slide-out room opening. The portion of the wall defining a lower edge of the slide-out room opening may hereinafter be referred to as the sill of the slide-out room opening.

The mechanism comprises at least one stationary member, a support bracket secured to a front end of the stationary member and a slidable member slidably mounted relative to the stationary member. The front end of the stationary member is adapted to be supported on the upper surface of the sill by the support bracket. The slide-out room is securable to the slidable member for slidable advancement through the slide-out room opening. A support member is preferably secured to a rear end of the stationary member for supporting the rear end thereof. The support member is preferably height adjustable to permit leveling of the rear end of the stationary member relative to the front end.

In a preferred embodiment the stationary member comprises two rails spaced apart in parallel alignment. The support bracket is secured to and extends between the two rails and the slidable member comprises a slide plate slidably mounted to the two rails and extending therebetween. The support bracket further includes an outer lip for engaging an outer surface of the wall through which the slide-out room opening extends and inner lips for engaging an inner surface of the wall. The outer and inner lips anchor the rails to the wall.

## OBJECTS AND ADVANTAGES OF THE INVENTION

Therefore it is an object of this invention to provide a slide-out mechanism which automatically aligns a slide-out room secured thereto relative to a slide-out room opening in a wall; to provide such a mechanism which maintains the slide-out room square relative to the slide-out opening through which the slide-out room is to be advanced; to provide such a mechanism in a front end thereof is adapted to be supported across at least a portion an upper surface of a sill of the slide-out room opening; to provide such a mechanism which is adapted to engage inner and

5,791,715

**3**

outer surfaces of the wall adjacent the slide-out room opening for anchoring the mechanism thereto; to provide such a mechanism in which a rear end of the mechanism is height adjustable; to provide such a mechanism which facilitates obtaining a weather tight seal around the slide-out room in an extended or retracted alignment; to provide such a mechanism which is sold already assembled and ready for installation; to provide such a mechanism which is easy to install; to provide such a mechanism which may be installed relatively quickly; and to provide such a mechanism which is relatively inexpensive.

Other objects and advantages of this invention will become apparent from the following description taken in conjunction with the accompanying drawings wherein are set forth, by way of illustration and example, certain embodiments of this invention.

The drawings constitute a part of this specification and include exemplary embodiments of the present invention and illustrate various objects and features thereof.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a fragmentary perspective view of a fifth wheel trailer with a slide-out room shown extended through a slide-out room opening in a sidewall thereof.

FIG. 2 is a perspective view of a slide-out mechanism of the present invention shown supported across the sill of a slide-out room opening by a threshold bracket.

FIG. 3 is an enlarged and fragmentary cross-sectional view of the trailer taken along line 3—3 of FIG. 1 showing the slide-out mechanism in phantom lines beneath a bed frame which is secured to the slide-out mechanism.

FIG. 4 is an enlarged and fragmentary cross-sectional view taken along line 4—4 of FIG. 3 with portions broken away to show detail and showing the slide-out room fully extended through the slide-out opening by the slide-out mechanism.

FIG. 5 is a view similar to FIG. 4 showing the slide-out room fully retracted through the slide-out opening by the slide-out mechanism.

FIG. 6 is an enlarged and fragmentary perspective view of an end of the threshold bracket.

FIG. 7 is an enlarged and fragmentary cross-sectional view taken along line 7—7 of FIG. 2.

FIG. 8 is an enlarged and fragmentary perspective view of an adjustable leg of the slide-out mechanism.

DETAILED DESCRIPTION OF THE INVENTION

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which may be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure.

Referring to the drawings in more detail, FIG. 1 shows a portion of a fifth wheel trailer 1 having a slide-out room 2 mounted in a slide-out room opening or hole 3 in a wall 4 thereof. The slide-out room 2 is mounted relative to a portion of the wall 4 above the gooseneck 5 of the trailer 1. Referring to FIG. 4, a lower edge of the slide-out room

**4**

opening 3 is defined by an upper surface 8 of a portion of the wall 4 which may be referred to as the sill 9 of the slide-out room opening 3. The wall 4 includes inner surface 10 and outer surface 11. The slide-out room 2 is secured relative to the wall above a frame 14 and floor 15 of the trailer 1.

A slide-out mechanism 19 of the present invention is shown in FIG. 2, secured within the slide-out room opening 3 of the trailer 1. The slide-out mechanism 19 includes a support bracket or threshold bracket 20, first and second rails 21 and 22, slide plate or slide member 23, and first and second support legs 24 and 25.

The rails 21 and 22 are preferably formed from square tubing secured together in parallel and spaced apart relation. First or front ends 31 and 32 of rails 21 and 22 respectively are secured together by cross-brace 34 welded to and extending therebetween. The threshold bracket 20 is secured to the front ends 31 and 32 of the rails 21 and 22 respectively by bolting the threshold bracket 20 to the front cross-brace 34. A rear cross brace 35 is welded to and extends between second or rear ends 37 and 38 of the rails 21 and 22.

The threshold bracket 20 is sized to span the entire width of the slide-out room opening 3 and is adapted for placement across the sill 9 of the slide-out room opening 3 to support the rails 21 and 22 thereby. The threshold bracket 20 includes web 43, front depending leg or outer lip 44 and rear depending leg 45 which is bolted to the front cross brace 34. The web 43, includes a front portion 46 and a rear portion 47. When the threshold bracket 20 is positioned across the sill 9, the rear portion 47 generally extends horizontally and the front portion 46 angles slightly downward from horizontal, approximately fifteen degrees toward the front thereof.

The web 43 generally engages the upper surface 8 of the sill 9 along a front edge 48 thereof. The outer lip 44 engages the outer surface 11 of the wall 4 just below the slide-out room opening 3 and preferably spans the entire length of the slide-out room opening 3.

The web 43, across the rear portion 47 and part of the front portion 46, is slightly wider than the slide-out room opening 3 and the front lip 44 so as to generally form first and second extensions 51 and 52. First and second inner lips or shoulders 53 and 54 extend downward from the first and second extensions 51 and 52 respectively. The first and second inner shoulders 53 and 54 are spaced behind the front lip 44 a distance equal to the thickness of the wall 4 such that when the threshold bracket 20 is positioned on the sill 9 the first and second inner shoulders 53 and 54 engage the inner surface 10 of the wall 4 on opposite sides of the slide-out room opening 3.

The threshold bracket 20 is preferably formed from relatively thick steel, such as ten gauge steel, with an aluminum cover. The rigidity of the steel is sufficient to support the weight of the front end of the slide-out room mechanism 19 across the front edge 48 of the threshold bracket 20 without deflection of the bracket 20 downward. First and second triangular supports 57 and 58 (only one of which is shown in FIG. 6) may be formed along the opposite ends of the web 43, extending from the front lip 44 to the first and second inner shoulders 53 and 54 respectively. The supports 57 and 58 provide extra rigidity to the threshold bracket 20 and lower edges thereof also engage the upper surface 8 of the sill 9.

The front portion 46 of the web 43 is angled downward to facilitate the draining away of any moisture blown between the slide-out room 2 and the threshold bracket 20. The threshold bracket 20 is covered with aluminum to resist

5,791,715

5

corrosion and present a more attractive finish. The depending leg 45 of the threshold bracket 20 is spaced behind the first and second inner shoulders 53 and 54 a distance to accommodate a frame member 14 which may extend above the floor 15 depending upon the manufacturer's preference.

The first and second support legs 24 and 25 are secured proximate the rear ends 31 and 32 of the first and second rails 21 and 22 respectively. Each support leg 24 and 25 comprises a slotted flange 65, secured to and depending from the rear cross brace 35 at either end thereof proximate one of the rails 21 and 22, and a slotted angle member 66 secured to a respective slotted flange 65. The angle member includes a vertical leg 67 and a horizontal leg 68. Vertical extending slots 72 and 73 are formed in the flanges 65 and the vertical leg 67 of the angle members 66. The vertical leg 67 of the angle member 66 is secured to an associated flange 65 by a carriage bolt 75 extending through aligned slots 72 and 73. The length of the legs 24 and 25 is adjustable by sliding the vertical leg 67 of the angle member 66 relative to the flange 65 and then tightening down the carriage bolt 75. The horizontal leg 68 of each angle member 66 includes a slot 76 therein for driving a screw or the like therethrough for securing the horizontal leg 68 to the floor 15 of the trailer 1.

After the threshold bracket 20 is positioned across the sill 9 of the slide-out room opening 3, so as to support the front end of the slide-out mechanism 19 thereacross, the height of the rear ends 37 and 38 of the rails 21 and 22 respectively may be adjusted to level the rails 21 and 22 relative to the front ends 31 and 32 by adjusting the length or height of the legs 24 and 25. Independent adjustment of the height of the rear ends 37 and 38 may be necessary because the floor 15 may not be square or level relative to the slide-out room opening 3. Securing the front end of the slide-out mechanism 19 across the sill 9 using the threshold bracket 20 ensures that the front end of the slide-out mechanism is square or level with the slide-out room opening 3. The independent adjustability of the height of the legs 24 and 25 allows for adjustments in the height of the rear end of the slide-out mechanism 19 to ensure that the rear end and therefore the entire slide-out mechanism 19 is square or level with the slide-out room opening 3.

The slide plate 23 includes a top plate 80 which extends across and between the first and second rails 21 and 22. The top plate 80 includes a large cutout portion 81 to reduce the amount of material necessary. Front and rear edges or strips 82 and 83 of the top plate are bent downward to provide greater rigidity to the top plate 80.

As shown in FIG. 7, with respect to the second rail 22, opposite sides of the slide plate 23 generally wrap around outer sides 86 and 87 of the rails 21 and 22 respectively and across bottoms 88 and 89 thereof to slidably secure the slide plate 23 to the rails 21 and 22. In particular, opposite sides of the slide plate 23 include side plates 90 and 91 and bottom plates 92 and 93 respectively. The side plates 90 and 91 extend across respective outer side 86 and 87 of the rails 21 and 22 and the bottom plates 92 and 93 extend across the bottoms 88 and 89 thereof.

Rack gears 96 and 97 are mounted to the bottom plates 92 and 93 respectively on each side of the slide plate 23 and extend in axial alignment to the respective rail 21 and 22. It is foreseen that a cheaper but equally effective alternative to the rack gears 96 and 97 would be to mount to the bottom plates 92 and 93 ladder gears comprising elongate rectangular plates having a succession of holes punched therein in axial alignment and spaced apart a distance corresponding to the width of the teeth of the rack gears 96 and 97.

6

Bottom plate extenders 98 and 99 are welded to the slide plate 23 on each side thereof so as extend rearwardly from the respective bottom plate 92 and 93 in axial alignment therewith. Each bottom plate extender 98 and 99 is preferably formed from angle iron including a horizontal leg 100, which extends in axial alignment with the respective bottom plate 92 and 93 and generally forms an extension thereof, and a vertical leg 101 on an outer side thereof. The rack gears 96 and 97 each preferably extend from a front end of the slide plate 23 past a rear end thereof and across a substantial portion of the respective bottom plate extender 98 and 99. The rack gears 96 and 97 are also secured to the bottom plate extenders 98 and 99. The bottom plates 92 and 93 and the respective bottom plate extenders 98 and 99 are secured together for slidable movement relative to the rails 21 and 22.

First and second spur gears 102 and 103 are mounted in engaging relationship with the rack gears 96 and 97 respectively. The spur gears 102 and 103 are connected together by drive shaft assembly 105. The drive shaft assembly 105 is driven by a reversible electric motor 106 through transmission 107. The motor 106 and transmission 107 are mounted to an inner surface 109 of the second rail 22 by motor bracket 110.

A first end of the drive shaft assembly 105 is rotatably supported, proximate the first spur gear 102, by a first bearing 115 (not shown) which is mounted to a bearing support bracket 116 mounted to an inner surface 117 of the first rail 21. A second end of the drive shaft assembly 105, is rotatably supported, proximate the second spur gear 103, by a second bearing 118 which is mounted to the motor bracket 110.

The electric motor 106, the transmission 107, the drive shaft assembly 105, spur gears 102 and 103 and the rack gears 96 and 97 generally comprise a drive assembly or means for slidably advancing the slide plate 23 relative to the rails 21 and 22 both forward and rearward. It is foreseen that a wide variety of drive means well known in the industry could be utilized for advancing the slide plate 23 or its equivalent relative to the rails 21 and 22 or their equivalent, such as hydraulic pistons, chain drives, screw gears, scissor jacks or manual means.

As the spur gears 102 and 103 rotate to drive the slide plate 23 forward the outer lip 44 of the threshold bracket pulls against the outer surface 11 of the wall 4. As the spur gears 102 and 103 rotate to drive the slide plate rearward, the inner shoulders 53 and 54 push against the inner surface 10 of the wall 4.

Extending the rack gears 96 and 97 rearward of the rear edge 83 of the slide plate 23 permits a longer effective stroke of the slide plate 23 relative to the rails 21 and 22 while minimizing the amount of material utilized in the slide plate 23. Because the support legs 24 and 25 are mounted on the rear cross brace 35 and because the sides of the slide plate 23 only wrap around the outer sides 86 and 87 and the bottoms 88 and 89 of the rails 21 and 22 respectively, and not the inner surfaces 109 and 117 thereof, at least a portion of the slide plate 23 can be advanced past the rear ends 37 and 38 of the rails 21 and 22. This feature of the slide plate 23, which may be referred to as a bypass feature, allows for a longer stroke length of the slide-plate 23 without having to increase the length of the rails 21 and 22.

The slide-out mechanism 19, is particularly well adapted for use with slide-out rooms 2 utilized to provide expandable sleeping quarters. FIGS. 3, 4 and 5 show the slide-out mechanism 19 with a slide-out room 2 and a bed or bed

5,791,715

**7**

frame 125 secured thereto for retractable movement through the slide-out room opening 3. The slide-out room 2 and bed frame 125 are shown fully extended in FIG. 4 and fully retracted in FIG. 5. By utilizing the slide-out feature with respect to the sleeping quarters. a longer bed 125 can be utilized while providing for walking space at the foot of the bed 125 when the slide-out room 2 is fully extended.

The slide-out room 2 includes outer wall panel 130. side panels 131 and 132, floor panel 133, outer sealing flange 134 and inner sealing flange 135. The bed frame 125 includes side panels 141 and 142, head panel 143, foot panel 144, top panel 145 and bottom panel 146. The bottom panel 146 is adapted to be supported on and secured to the slide plate 23. The bottom panel 146 may be secured to the slide plate 23, between the rails 21 and 22, by screws or the like. A front portion of the bottom panel 146 is positioned under and secured to a rear portion of the floor panel 133 of the slide-out room 2 by screws or the like. The portions of the side panels 141 and 142 of the bed frame 125 which extend rearward of the slide-out room 2. extend below the bottom panel 146 and almost to the floor 15 of the trailer 1 when secured to the slide-out mechanism 19.

The head panel 143 of the bed frame 125 is secured to an inner surface of the outer wall panel 130 by screws or the like which ensures that the slide-out room 2 sits square relative to the bed frame 125. The bottom panel 146 of the bed frame 125 is preferably of the same width as the slide plate 23 such that inner surfaces of the side panels 141 and 142 engage the outer surfaces of the side plates 90 and 91 respectively of the slide plate 23 when the bed frame 125 is positioned on the slide-out mechanism 19, thereby ensuring that the bed frame 125 sits square relative to the slide-out mechanism 19. Assuming the relevant components of the slide-out mechanism 19, the slide-out room 2 and the bed frame 125 are all built square relative to each other, the slide-out room 2 should sit square or in alignment with the slide-out room opening 3, assuming the sides of the opening 3 are square and regardless of whether the opening 3 sits square or level with the frame 14 or floor 15 of the trailer 1.

Access holes or openings (not shown) may be formed in the foot panel 144 of the bed frame 125 to provide access to the adjustable support legs 24 and 25 of the slide-out mechanism 19.

Weather stripping or seals 148 well known in the art may be applied to an inner surface of the outer sealing flange 134 to form a weather tight seal when the slide-out room 2 is positioned in a retracted position. Similarly, weather stripping or seals 149 may be secured to an outer surface of the inner sealing flange 135 to form a weather tight seal when the slide-out room 2 is advanced to the extended position. The inner sealing flange 135 only extends across the sides and the top of the slide-out room 2 and not across the bottom thereof. To form a seal across the bottom of the slide-out room 2, when it is advanced to the extended position, a foam strip 150 (seen in crosssection in FIG. 5) may be secured to the lower surface of the floor panel 133 of the slide-out room 2 generally in planar alignment with the inner sealing flange 135. A layer of water repellent fabric 151 (not shown) is then secured across the lower surface of the floor panel 133 with the foam strip 150 extending therebetween. When the slide-out room 2 is advanced to the extended position, the foam strip 150 engages the upper surface of the rear portion 47 of the web 43 so as to form a seal thereby.

As the slide-out room 2 is advanced to the extended position, the gravitational force exerted on the front end thereof produces a torque on the slide-plate 23. The bed

**8**

frame side panels 132 and 133 are preferably secured to the vertical leg 100 of the bottom plate extenders 98 and 99 respectively to resist the torque on the slide-plate 23. Once the slide-out room 2 is fully extended, engagement of the inner surface 10 of the wall 4 by the inner sealing flange 135 reduces the torque on the slide-plate 23.

In addition, engagement by the inner sealing flange 135 of the inner surface 10 of the wall 4 when the slide-out room 2 is advanced to the extended position, exerts an outwardly directed force on the wall 4. Engagement of the outer surface 11 of the wall 4 by the outer lip 44 of the threshold bracket 20 holds the wall 4 in place and resists or counteracts the outwardly directed force exerted by the inner sealing flange 135. Similarly engagement by the inner shoulders 53 and 54 of the inner surface 10 of the wall 4 counteracts the inwardly directed force exerted on the wall 4 by the outer sealing flange 134 when the slide-out room 2 is fully retracted.

It is to be understood that while certain forms of the present invention have been illustrated and described herein, it is not to be limited to the specific forms or arrangement of parts described and shown. By way of example and not as a further limitation it is noted that. although the preferred embodiment of the slide-out mechanism 19 utilizes a pair of rails 31 and 32 with the slide-plate 23 slidably secured thereto, it is foreseen that the mechanism could comprise a single rail or three or more rails. Further, it is foreseen that the slide-out mechanism 19 could comprise a wide variety of structure in which one member is stationary and a second member, to which the slide-out room 2 is to be attached, is mounted for slidable movement relative to the stationary member, such as a tube within a tube or other systems known in the art or which may be hereafter developed.

Although the preferred threshold bracket 20 is shown as a single bracket extending the entire width of the slide-out room opening 3, it is foreseen that the threshold bracket 20 could comprise a wide variety of forms. For example, a flange could be welded to the ends of each rail or stationary member so as to extend horizontally relative to the rail with the flange being adapted to be fastened to the upper surface 8 of the sill 9 to support the rail thereby and secure the rail to the wall 4. The bracket could also comprise an angle iron welded to the end of each rail so as to form a downwardly opening channel with the end of the rail such that when the bracket is positioned across the sill 9, a downwardly depending leg of the angel iron engages the outer surface 11 of the wall 4, a horizontally extending leg of the angle iron engages the upper surface 8 of the sill 9, and the end of the rail engages the inner surface 10 of the wall 4.

Further it is foreseen that a wide variety of support legs or members could be used for supporting the rear ends 37 and 38 of the rails 21 and 22 above the floor 15 including support means such as threaded rods with pivotal feet, the rods being threadingly secured to the rails 21 and 22 or rear cross-brace 35. It is also foreseen that in some applications it may not be necessary to utilize a support member for supporting the rear end of the rail or stationary member. It may be possible support the stationary member only at a front end thereof.

What is claimed and desired to be secured by Letters Patent is as follows:

1. An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall of a first room. a portion of the wall comprising a sill having an upper surface which defines a lower edge of the slide-out room opening. the sill extending above a floor of the first room; said apparatus comprising:

(a) at least one stationary member;

5,791,715

9

(b) means mounted proximate a first end of said stationary member for engaging the upper surface of the sill of the slide-out room opening and supporting said first end of said stationary member thereby; and

(c) a moveable member slidably mounted relative to said stationary member and adapted for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out room opening.

2. The apparatus as in claim 1 further comprising:

(a) a height adjustable support member secured to said stationary member toward a second end thereof for supporting said second end of said stationary member.

3. The apparatus as in claim 1 further comprising:

(a) drive means secured to said stationary member for slidably advancing said moveable member relative to said stationary member.

4. The apparatus as in claim 1 wherein said first end of said stationary member is supported by the upper surface of the sill of the slide-out room opening by:

(a) a support bracket secured to said first end of said stationary member; said support bracket having an outer lip for engaging an outer surface of the wall and an inner lip for engaging an inner surface of the wall.

5. The apparatus as in claim 4 wherein:

(a) said support bracket spans the width of the slide-out room opening.

6. The apparatus as in claim 5 wherein said support bracket includes:

(a) a horizontally extending rear portion; and

(b) a front portion which slopes downward toward a front end thereof.

7. An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall of a first room, a portion of the wall comprising a sill having an upper surface which defines a lower edge of the slide-out room opening, the sill extending above a floor of the first room; said apparatus comprising:

(a) at least one rail adapted to be supported proximate a first end thereof by the upper surface of the sill of the slide-out room opening and extending perpendicular thereto;

(b) a support member secured to said rail toward a second end thereof; and

(c) a slide plate slidably mounted to said rail and adapted for securement of the slide-out room thereto such that the slide-out room is slidably advanceable through the slide-out room opening.

8. The apparatus as in claim 7 wherein:

(a) said support member supports said second end of said rail above the floor of said first room and is height adjustable for adjusting the height of said second end of said rail above the floor.

9. The apparatus as in claim 7 further comprising:

(a) drive means secured to said rail for slidably advancing said slide plate relative to said rail.

10. The apparatus as in claim 7 wherein said first end of said rail is supported by the upper surface of the sill of the slide-out room opening by:

(a) a support bracket secured to said first end of said rail; said support bracket having an outer lip for engaging an outer surface of the wall and an inner lip for engaging an inner surface of the wall.

11. The apparatus as in claim 10 wherein:

(a) said support bracket spans the width of the slide-out room opening.

10

12. The apparatus as in claim 11 wherein said support bracket includes:

(a) a horizontally extending rear portion; and

(b) a front portion which slopes downward toward a front end thereof.

13. An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall; said apparatus comprising:

(a) a first rail and a second rail each having a first end and a second end;

(b) a threshold bracket secured to said first ends of said first and second rails and extending perpendicular thereto; said threshold bracket adapted to be positioned on and supported by an upper surface of a sill of the slide-out room opening; said threshold bracket further having an outer lip for engaging an outer surface of the wall and an inner lip for engaging an inner surface of the wall;

(c) first and second support legs secured to said first and second rails respectively toward second ends thereof; and

(d) a slide plate slidably mounted to said first and second rails and adapted for securement of the slide-out room thereto such that the slide-out room is slidingly advanceable through the slide-out room opening.

14. The apparatus as in claim 13 wherein said slide plate includes:

(a) a top plate extending between and across said first and second rails;

(b) first and second side plates extending across outer sides of said first and second rails respectively;

(c) first and second bottom plates extending at least partially across bottoms of said first and second rails respectively; and

(d) first and second racks mounted to said first and second bottom plates respectively and engaged by first and second spur gears rotatably mounted to said first and second rails respectively and mounted in engaging relationship with said first and second racks.

15. The apparatus as in claim 14 wherein said slide plate further comprises:

(a) first and second bottom plate extenders secured to said first and second bottom plates respectively in axial alignment therewith and extending rearward therefrom and having portions of said first and second racks respectively secured thereto.

16. The apparatus as in claim 13 wherein said threshold bracket includes:

(a) a horizontally extending rear portion; and

(b) a front portion which slopes downward toward a front end thereof.

17. An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall; said apparatus comprising:

(a) at least one stationary member;

(b) means mounted proximate a first end of said stationary member for engaging an upper surface of a sill of the slide-out room opening and supporting said first end of said stationary member thereby;

(c) a moveable member slidably mounted relative to said stationary member and adapted for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out room opening; and

(d) a height adjustable support member secured to said stationary member toward a second end thereof for supporting said second end of said stationary member.

5,791,715

11

**18.** An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall; said apparatus comprising:

(a) at least one stationary member;

(b) means mounted proximate a first end of said stationary member for engaging an upper surface of a sill of the slide-out room opening and supporting said first end of said stationary member thereby; and

(c) a moveable member slidably mounted relative to said stationary member and adapted for securement of the slide-out room thereto such that the slide-out room may be advanced through the slide-out room opening; and

(d) a support bracket secured to said first end of said stationary member; said support bracket having an outer lip for engaging an outer surface of the wall and an inner lip for engaging an inner surface of the wall.

**19.** The apparatus as in claim **18** wherein:

(a) said support bracket spans the width of the slide-out room opening.

**20.** The apparatus as in claim **19** wherein said support bracket includes:

(a) a horizontally extending rear portion; and

(b) a front portion which slopes downward toward a front end thereof.

**21.** An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall; said apparatus comprising:

(a) at least one rail adapted to be supported proximate a first end thereof by an upper surface of a sill of the slide-out room opening and extending perpendicular thereto;

(b) a support member secured to said rail toward a second end thereof;

12

(c) a slide plate slidably mounted to said rail and adapted for securement of the slide-out room thereto such that the slide out room is slidably advanceable through the slide-out room opening; and

(d) said support member supports said second end of said rail above a floor of a first room relative to which said slide-out room extends and retracts; said support member is height adjustable for adjusting the height of said second end of said rail above the floor.

**22.** An apparatus for selectively extending and retracting a slide-out room through a slide-out room opening in a wall said apparatus comprising: (a) at least one rail adapted to be supported proximate a first end thereof by an upper surface of a sill of the slide-out room opening and extending perpendicular thereto;

(b) a support member secured to said rail toward a second end thereof;

(c) a slide plate slidably mounted to said rail and adapted for securement of the slide-out room thereto such that the slide out room is slidably advanceable through the slide-out room opening; and

(d) a support bracket secured to said first end of said rail; said support bracket having an outer lip for engaging an outer surface of the wall and an inner lip for engaging an inner surface of the wall.

**23.** The apparatus as in claim **22** wherein:

(a) said support bracket spans the width of the slide-out room opening.

**24.** The apparatus as in claim **23** wherein said support bracket includes:

(a) a horizontally extending rear portion; and

(b) a front portion which slopes downward toward a front end thereof.

* * * * *

# EXHIBIT
# B

Dec. 17, 1940.                J. E. ROLLO                2,225,319

EXTENSIBLE VEHICLE BODY

Filed Jan. 5, 1939                3 Sheets—Sheet 1



Inventor
John E. Rollo

by

Attorney

Dec. 17, 1940.                J. E. ROLLO                    2,225,319

EXTENSIBLE VEHICLE BODY

Filed Jan. 5, 1939                    3 Sheets-Sheet 2



Fig.3

Fig.4

Inventor
John E. Rollo

by

Attorney

Dec. 17, 1940.                J. E. ROLLO                    2,225,319

EXTENSIBLE VEHICLE BODY

Filed Jan. 5, 1939              3 Sheets—Sheet 3



*Fig. 8.*

*Fig. 9.*

*Fig. 10.*

*Fig. 11.*

by

Inventor
John E. Rollo

Attorney

**Patented Dec. 17, 1940**

**2,225,319**

# UNITED STATES PATENT OFFICE

2,225,319

**EXTENSIBLE VEHICLE BODY**

John E. Rollo, Denver, Colo.

Application January 5, 1939, Serial No. 249,437

4 Claims.   (Cl. 296—23)

This invention relates to vehicles and transport units designed for land, water, or air travel, and more particularly to the body portions or enclosures of such units, and has as an object to provide an improved arrangement of elements constituting such a body or enclosure adapted for convenient selective variation in size and consequent capacity.

A further object of the invention is to provide an improved laterally-extensible vehicle body enclosure.

A further object of the invention is to provide an improved combination of movable side closure assemblies with a rigid vehicle body frame to constitute a laterally-extensible body enclosure.

A further object of the invention is to provide improved means for operatively positioning, guiding, and actuating side closure assemblies in selectively extensible relation with a rigid body enclosure frame to form a vehicle body susceptible of variation in size and capacity.

A further object of the invention is to provide an improved, extensible, vehicle body particularly adapted for use on trailer units of road type.

A further object of the invention is to provide an improved vehicle body including removable and replaceable side closure assemblies interchangeable in operative relation with the body frame to selectively vary the specific character and interior arrangement of the body enclosure.

A further object of the invention is to provide an improved, laterally-extensible vehicle body enclosure susceptible of retraction to present a minimum width during transport and extensible to maximum size and interior capacity when at rest; which is weathertight in any and all of its adjusted positions; which is susceptible of adjustment by hand or power means; which is relatively simple and inexpensive of manufacture; which is adaptable for use with land, water, and air transport units; and which is of practical advantage throughout a wide range of specific uses and adaptations.

My invention consists in the construction, arrangement, and combination of elements hereinafter set forth, pointed out in my claims, and illustrated by the accompanying drawings, in which—

Figure 1 is a side elevation of an embodiment of the invention as mounted on and adapted for use with an automobile trailer unit.  Figure 2 is a vertical section taken on substantially the longitudinal median line of Figure 1.  Figure 3 is a transverse section, on an enlarged scale, taken on the indicated line 3—3 of Figure 1.  Figure 4

is a horizontal section, on an enlarged scale, taken substantially on the line 4—4 of Figure 2, a central portion of the view being omitted to conserve space.  Figure 5 is a fragmentary, detail section, on an enlarged scale, of side closure assembly guide and support means employed in the embodiment illustrated.  Figure 6 is a fragmentary, detail section of the means illustrated in and at right angles to the showing of Figure 5.  Figure 7 is a fragmentary, detail section, on a horizontal plane, illustrating the cooperative arrangement of adjacent portions of frame and side closure assembly elements.  Figure 8 is a fragmentary, detail section, on an enlarged scale, through cooperating slidable side closure panel and fixed floor portions employed in the improved unit.  Figure 9 is a fragmentary, detail view, on an enlarged scale, taken on the indicated line 9—9 of Figure 4.  Figure 10 is a plan view of the construction shown in Figure 8, certain elements of the latter figure being omitted to better illustrate otherwise concealed construction.  Figure 11 is an end view of the improved unit as laterally extended.

Practical considerations, as well as certain statutory requirements, restrict and limit the effective width of transport unit bodies, particularly those designed to traverse highways, in a manner which limits the availability of such bodies for other uses when not in transit.  This condition particularly affects truck bodies and trailer units which are designed to be immobilized for periods of time and used as dwellings, shops, and the like, and it is the primary purpose of this invention to provide a vehicle body construction such as will comply with the practical and other considerations governing its transit and yet permit of lateral extension, when desired, to adapt said body for convenient and comfortable employment as a dwelling, office, workshop, and the like.  Since the automobile trailer unit has the advantage of freeing towing vehicle for other employment when the trailer is immobilized, the invention is illustrated in association with such a unit, though it is to be understood that the principles of the invention may be similarly adapted for mounting on and employment with other specific types of vehicles.

In the construction of the improvement as shown, the numeral 10 designates a conventional, substantially rectangular, rigid frame, of conventional type, on and about which the elements comprising the complete vehicle unit are supported and arranged.  The frame 10 is preferably fabricated from suitable metallic structural ele-

**2**                                          **2,225,319**

ments, as is common practice, and, in the embodiment shown, is preferably formed with arcuate end members 11 extending oppositely from and across the narrower dimension of the frame assembly. Suitable wheels 12 are journaled for rotation in vertical planes on opposite sides of the frame 10 in any desired manner to suitably support said frame above and for travel along a supporting surface, such as a roadway, the specific mounting and arrangement of the wheels 12 relative to the frame 10 being immaterial to the instant invention, though it is preferred to mount said wheels for rotation about separate spindles suitably associated with opposite sides of the frame 10 so as to permit mounting of said frame in a plane lower than would be possible when an axle member interconnecting said wheels below said frame is employed. The wheels 12 are aligned on an axis of rotation which is positioned perpendicular to the longitudinal median line of the frame 10 and preferably more nearly one end of said frame than the other, and a hitch 13 is fixed to and projects longitudinally from one end of said frame to connect the latter, at times, with a towing vehicle.

The improved body enclosure has a rigid frame portion which is permanently secured to and carried by the frame 10, said frame portion consisting of suitably fabricated end sections 14 fixed to, extending entirely across the width of, and rising vertically from the opposite end portions of the frame 10, and a beam 15, or structurally equivalent element, spaced above the longitudinal median line of the frame 10 in bridging and rigidly interconnecting relation between midportions of the upper ends of the end sections 14. The beam 15 supports a rigid roof structure 16 which curves or is inclined laterally of the unit on opposite sides of said beam to marginal coincidence with side margins of the end sections 14, and the inner edges of said end section side margins are straight and vertically disposed to cooperate with outer margins of the roof 16 and therewith define rectangular openings above and substantially coextensive in length with side members of the frame 10. In spaced relation with and immediately above the frame 10, a suitable floor 17 is secured to and in complete covering relation with the area of said frame between the end sections 14, said floor being of any specific construction and fabrication suitable to its cooperation with other elements of the assembly as hereinafter set forth.

The side closure assemblies completing the vehicle body are identical, relatively-movable units disposed on opposite sides of and in supported and guided relation with the body frame above described. Each of said side closure units includes a vertical wall or panel 18 which is rigidly fabricated of suitable material in a size to substantially fill the side rectangular opening between the end sections 14, frame 10, and lower margin of the roof 16, a small clearance being provided between the upper margin of said panel and the lower margin of said roof, for reasons which will later appear. The panel 18 may be provided with windows 19 and a door 20, in such specific arrangement as may be desired in a given construction, and said panel may be formed with a downward extension or skirt 21 adapted to depend across and close against the outer margin of the frame 10. The panel 18 rigidly connects adjacent each of its ends with a perpendicularly-related, inwardly-extending panel 22 which is thus disposed, in a vertical plane transversely of the

vehicle body immediately within and closely adjacent the inner wall of the corresponding end section 14, said panels 22 having a width such as will cooperate with the inner walls of the end sections 14 to maintain an end closure for the body assembly when the side closure units are at the maximum limit of their lateral extension. A roof portion 23 is fixed at its outer margin to the upper margin of each panel 18 and is curved or inclined upwardly and inwardly from such connection in bridging relation between the panels 22 and in suitably spaced relation below the fixed roof 16, the curvature and disposition of the roof portion 23 being such as will position said roof portion as a weathertight extension of the roof 16 when the side closure unit is extended laterally of the vehicle body. The roof portion 23 preferably extends inwardly toward the beam 15 a distance considerably in excess of the lateral travel available to the side enclosure, so that when the latter is laterally extended, the inner extension of the roof portion 23 is lapped under the fixed roof 16 sufficiently to form a weathertight joint through which leakage is improbable. The side enclosures constructed as above described may be divided into sections by means of suitably-disposed partitions 24, and may carry such fixtures and facilities as may be desired to complete the interior arrangement of the vehicle body, it being particularly convenient to dispose beds, stoves, work-benches, cupboards, and the like, in fixed relation with the side enclosures so that such facilities move with the side enclosures as the latter are extended laterally of the body. Since the wheels 12 normally extend above the frame 10, suitable boxings 25 are provided in fixed, inwardly-extending relation with the side panels 18 to provide recesses wherein said wheels may be received and accommodated as the side enclosure units are extended laterally of the frame, said boxings 25 extending inwardly a distance sufficient to clear said wheels when the side enclosure units are at the outer limit of their lateral travel.

The side enclosure units may be variously supported, guided, and actuated for retraction and extension laterally of the rigid body frame, typical means suitable to such purpose being illustrated in the drawings and hereinafter described. As shown, a plurality of track members 26 may be rigidly secured to and in transverse relation with the frame 10 adjacent the upper margin of the latter, in such number and specific arrangement as may be suitable to the size and weight of moveable members to be carried thereby, the construction illustrated contemplating a pair of such track members 26 adjacent each end of the frame and a similar pair of said track members traversing midportions of the frame on opposite sides of the wheel positions. The track members 26 are disposed to underlie and register with complementary bearing arms 27 which are fixed at their outer ends to the panels 18 or frame members of the side enclosure units and extend inwardly therefrom in superposed alignment above the members 26, anti-friction devices, such as rollers 28, preferably being interposed between the members 26 and end arms 27 to minimize friction therebetween. This arrangement serves to slidably support the weight of the side enclosure units 70 from the frame 10, the bearing member, arm, and anti-friction assemblies being disposed intermediate the frame 10 and the fixed floor 17. Upper portions of the side enclosure units are likewise supported and guided to maintain the side panels 75

2,225,319    **3**

18 in vertical position during travel of the side enclosure units, and means suitable to such purpose are illustrated as comprising oppositely-extending, horizontal, bracket arms 29 fixed to and extending laterally of the body enclosure from a lower portion of the beam 15 to engage beneath the roof portions 23 of the side enclosure units. The arms 29 may be provided in such number and specific arrangement as may appear most expedient and desirable in a given body construction, and said arms are arranged to engage within suitable wells or recesses 30 formed for such purpose in upper portions of the side closure units beneath the roof portion 23, anti-friction devices 31 preferably being interposed between upper and lower surfaces of the arms 29 and adjacent surfaces of the recesses 30 to minimize friction therebetween. The antifriction devices 31 are preferably mounted for travel with the side enclosure units, and the latter are preferably provided with ceiling portions 32 extending inwardly in fixed relation from their panels 18 to underlie, house, and conceal the recesses 30 and elements associated therewith. The arrangement shown and described provides side enclosure units which are slidably mounted and guided for closing cooperation with opposite sides of the rigid body frame, end portions of said slidable units cooperating with the fixed end portions of the body frame and roof portions of the slidable units cooperating with the fixed roof of the body frame to maintain a weathertight enclosure irrespective of the relative position of said slidable units within their operative range. Weather strips and like sealing means may of course be associated with and disposed between relatively movable elements of the complete assembly, as is common practice, and meeting corners of the panels 18 and fixed end sections 14 are preferably stepped, as shown at 33 in Figure 7, to provide more rigid interengagement and enhanced sealing therebetween when the slidable units are in retracted position.

Actuating mechanism operable to extend and retract the side enclosure units, either independently or simultaneously, may be provided in such specific construction and arrangement as may be best adapted to a given embodiment of the invention, typical means for such purpose being illustrated and hereinafter described. In the arrangement shown, each of the side enclosure units carries a rack bar 34 in fixed, inwardly-extending relation adjacent each of its ends, said rack bars being disposed transversely and adjacent the top plane of the frame 10 beneath the fixed floor 17. Parallel with and inwardly of each long side margin of the frame 10, a shaft 35 is disposed for rotation in suitable bearings carried by said frame and in underlying relation with the rack bars 34, pinions 36 being fixed to said chafts for meshing engagement with said rack bars, so that rotation of the shaft 35 acts through its pinions 36 and the rack bars 34 engaged therebetween to slide the side enclosure unit carrying said rack bars in a direction corresponding with the direction of shaft rotation. When it is desired to actuate the enclosure units independently, the shafts 35 may be extended outwardly through one end of the frame 10 and arranged for engagement at times by a hand crank 37 whereby said shafts may be rotated, or, if power actuation is desired, a prime mover 38, such as an electric motor, compressed air, engine, or the like may be mounted on the frame 10 adjacent each shaft 35 and operatively connected

with and to impart rotation to its adjacent shaft as the prime mover is selectively actuated. In general, it is more desirable to extend and retract the side enclosure units simultaneously, for which purpose the shafts 35 are interconnected for simultaneous rotation in opposite directions, one such arrangement being illustrated as comprising a shaft 39 mounted for rotation transversely of the frame 10 and provided with oppositely disposed bevel gears 40 meshing with bevel gears 41 fixed to the shafts 35, so that rotation of either shaft 35, by means of the hand crank 37 or prime mover 38, acts through the bevel gears and shaft 39 to rotate the other shaft 35 simultaneously and in an opposite direction. Suitable means, such as a fixed roller 42 bearing against the upper surface of each rack bar 34, may be provided to maintain said rack bars in meshed engagement with their pinions 36.

By providing suitable clearance between the side enclosure unit roof portions 23 and the fixed roof 16, said side enclosure units are rendered freely removable and replaceable relative to the body frame, thereby enhancing the utility of the invention in that side enclosure units equipped with facilities for various purposes and in various arrangements may be interchangeably associated with the transport unit, it thus being convenient to adapt the vehicle, in one instance, to dwelling purposes, and in another instance as a workshop equipped with the necessary tools and benches, simply by interchanging suitably-equipped side enclosure units. Since it is practically desirable to limit extension of the side enclosure units relative to the body frame except when said units are to be completely removed, stop means are provided to engage with fixed portions of the body frame when the desired limit of extension has been reached, such stop means conveniently taking the form of depending studs 43 removably or adjustably fixed to inner margin portions of the side enclosure units for sliding engagement through and along transverse slots 45 formed in the fixed floor 17, said studs conveniently carrying rollers 44 on their lower ends for bearing engagement against fixed track members on the frame 10. By disengagement of the studs 43 from the side enclosure unit elements, said side enclosure units are freed for removal from the body frame, while engagement of the studs in their fixed relation with ends of the slots 45 serves to adequately limit lateral extension of said side enclosure units.

Since many changes, variations, and modifications in the specific form, construction, and arrangement of the elements shown and described may be had without departing from the spirit of my invention, I wish to be understood as being limited solely by the scope of the appended claims, rather than by any details of the illustrative showing and foregoing description.

I claim as my invention—

1. In a vehicle body having a transporting, rigid frame, body enclosure end and floor portions fixedly carried by said frame, a rigid beam fixedly interconnecting upper, central points of said end portions in spaced, parallel relation above and longitudinally of said frame, a roof structure wholly supported by said beam and end portions in covering relation with said floor, enclosure-completing side units slidably associated with said frame in continuing closing cooperation with said enclosure end, roof and floor portions, slidably cooperating guide and positioning means engaging between upper portions

**4**                                                                2,225,319

of said side units and said beam, and slidably cooperating supporting means engaging between lower portions of said side units and fixed elements of said frame.

2. In a vehicle body having a transportable, rigid frame, body enclosure end and floor portions fixedly carried by said frame, a rigid beam fixedly interconnecting upper, central points of said end portions in spaced, parallel relation above and longitudinally of said frame, a roof structure wholly supported by said beam and end portions in covering relation with said floor, enclosure-completing side units slidably associated with said frame in continuing closing cooperation with said enclosure end, roof and floor portions, a plurality of bracket arms fixed at their inner ends to and extending laterally in spaced relation from opposite sides of said beam beneath and independently of said roof structure, recesses in upper portions of said side units adapted to telescopically receive and slidably cooperate with said bracket arms, whereby said side unit upper portions are guided and positioned, and slidably cooperating supporting means engaging between lower portions of said side units and fixed elements of said frame.

3. In a vehicle body having a transportable, rigid frame, body enclosure end and floor portions fixedly carried by said frame, a rigid beam fixedly interconnecting upper, central points of said end portions in spaced, parallel relation above and longitudinally of said frame, a roof supported by said beam and end portions in covering relation with said floor, and enclosure-completing side units slidably associated with said frame in continuing closing cooperation with said enclosure end, roof and floor portions, guide, support and positioning means engaging between said side units and fixed members of said body enclosure, said means comprising bracket arms fixed to and extending laterally in spaced relation from opposite sides of said beam beneath and independently of said roof, recesses

in upper portions of said side units adapted to telescopically receive and slidably cooperate with said bracket arms, track members fixed transversely of said frame beneath said floor, bracket arms fixed to the side unit lower margins and extending inwardly beneath said floor in overlying relation with said track members, and anti-friction devices operatively between said last-named bracket arms and track members.

4. In a vehicle body having a transportable, rigid frame, body enclosure end and floor portions fixedly carried by said frame, a rigid beam fixedly interconnecting upper, central points of said end portions in spaced, parallel relation above and longitudinally of said frame, a roof supported by said beam and end portions in covering relation with said floor, and enclosure-completing side units slidably associated with said frame in continuing closing cooperation with said enclosure end, roof and floor portions, guide, support and positioning means engaging between said side units and fixed members of said body enclosure, said means comprising bracket arms fixed to and extending laterally in spaced relation from opposite sides of said beam, recesses in upper portions of said side units adapted to telescopically receive and slidably cooperate with said bracket arms, track members fixed transversely of said frame beneath said floor, bracket arms fixed to the side unit lower margins and extending inwardly beneath said floor in overlying relation with said track members, anti-friction devices operatively between said last-named bracket arms and said track members, transverse slots in said floor above certain of said track members, stems removably secured to inner lower corners of said side units in position to depend through said slots, and wheels on lower ends of said stems beneath said floor for rolling engagement with the track members underlying said slots.

JOHN E. ROLLO.

# EXHIBIT
# C

Express Mail TB82758   )6 US

08/754872



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

INFORMATION DISCLOSURE STATEMENT

Applicant: Michael W. Nebel

For: EXTENSION MECHANISM FOR TRAVEL TRAILER SLIDE-OUT ROOMS

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Kansas City, Missouri

Assistant Commissioner for Patents
Washington, D. C.  20231

Sir:

Applicant is aware of the following references listed on the attached PTO-1449, copies of which are enclosed:

U. S. Patents

| Patent No. | Inventor | Issue Date |
|---|---|---|
| 2,225,319 | J.E. Rollo | Dec. 17, 1940 |
| 2,606,057 | C.R.L. Johnson | Aug. 05, 1952 |
| 2,820,666 | R.S. Grochmal | Jan. 21, 1958 |
| 4,312,159 | W.A. Paul | Jan. 26, 1982 |
| 4,500,132 | C.T. Yoder | Feb. 19, 1985 |
| RE 32,262 | B.B. Stewart | Oct. 07, 1986 |
| 5,237,782 | D.R. Cooper | Aug. 24, 1993 |
| 5,332,276 | R.W. Blodgett, Jr. | Jul. 26, 1994 |
| 5,333,420 | E.J. Eden | Aug. 02, 1994 |
| 5,491,933 | M.A. Miller | Feb. 20, 1996 |

1

<u>Other Documents</u>

Drawings of Slideout Mechanism #1, Peterson Industries, Inc., Smith Center, Kansas, showing slide-out mechanism which was on sale and in public use more than one year prior to the filing date of this application.

Drawings of Slideout Mechanism #2, Peterson Industries, Inc., Smith Center, Kansas, showing slide-out mechanism which was on sale and in public use more than one year prior to the filing date of this application.

The above-listed references are, in the belief and opinion

of the undersigned, the closest art, that is required to be

disclosed under the duty of disclosure, of which the applicant is

aware as of the date of execution of the Declaration in the

above-captioned application.

Respectfully submitted,

*Nov 18 1996*
Date

*Michael W. Nebel*
Michael W. Nebel, Inventor

2

Express Mail TB827586496 US

Sheet 1 of 1

| Form PTO-1449 ,U.S. DEPARTMENT OF COMMERCE (Modified)    PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 96,294 | SERIAL NO. 08/754872 |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | APPLICANT  Michael W. Nebel | |
| (Use several sheets if necessary) (37 CFR 1.98(b)) | FILING DATE | GROUP  3102 |

*(MAIL ROOM stamp: NOV 22 1996 PAT & TRADEMARK OFFICE)*

**U.S. PATENT DOCUMENTS**    *Part of Paper #2*

| EXAMINER INITIAL | DOCUMENT NUMBER | DATE | PATENTEE | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| DJK | 2,225,319 | 12/17/40 | J.E. Rollo | | | |
| DJK | 2,606,057 | 08/05/52 | C.R.L. Johnson | | | |
| DJK | 2,820,666 | 01/21/58 | R.S. Grochmal | | | |
| DJK | 4,312,159 | 01/26/82 | W.A. Paul | | | |
| DJK | 4,500,132 | 02/19/85 | C.T. Yoder | | | |
| DJK | RE 32,262 | 10/07/86 | B.B. Stewart | | | |
| DJK | 5,237,782 | 08/24/93 | D.R. Cooper | | | |
| DJK | 5,332,276 | 07/26/94 | R.W. Blodgett, Jr. | | | |
| DJK | 5,333,420 | 08/02/94 | E.J. Eden | | | |
| DJK | 5,491,933 | 02/20/96 | M.A. Miller | | | |

**FOREIGN PATENT OR PUBLISHED FOREIGN PATENT APPLICATION**

| | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES  NO |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**OTHER DOCUMENTS** (Including Author, Title, Date, Relevant Pages, Place of Publication)

| | |
|---|---|
| DJK | Drawings of Slideout Mechanism #1, Peterson Industries, Inc., Smith Center, Kansas, showing slide-out mechanism which was on sale and in public use more than one year prior to the filing date of this application. (NO DATE) |
| DJK | Drawings of Slideout Mechanism #2, Peterson Industries, Inc., Smith Center, Kansas, showing slide-out mechanism which was on sale and in public use more than one year prior to the filing date of this application. (NO DATE) |
| | |
| | |

| Examiner | Date Considered |
|---|---|
| | |

EXAMINER: Initial citation considered.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

# EXHIBIT
# D

**Aug. 5, 1952**            C. R. L. JOHNSON            **2,606,057**

TELESCOPING PULL-OUT SIDE FOR TRAILERS

Filed Oct. 26, 1948                              4 Sheets—Sheet 1



INVENTOR.

*CHARLES R. L. JOHNSON,*

BY

*McMorrow, Berman & Davidson*

ATTORNEYS.

Aug. 5, 1952                     C. R. L. JOHNSON                     2,606,057

TELESCOPING PULL-OUT SIDE FOR TRAILERS

Filed Oct. 26, 1948                                         4 Sheets—Sheet 2

FIG. 2.



FIG. 3.



FIG. 4

FIG. 5.



INVENTOR.
CHARLES R.L. JOHNSON,
BY
McMorrow, Berman + Davidson
ATTORNEYS.

Aug. 5, 1952                    C. R. L. JOHNSON                    2,606,057

TELESCOPING PULL-OUT SIDE FOR TRAILERS

Filed Oct. 26, 1948                                      4 Sheets—Sheet 3



FIG. 8.

FIG. 9.

INVENTOR.
CHARLES R. L. JOHNSON,
BY
McMorrow, Berman + Davidson
ATTORNEYS.

Aug. 5, 1952                C. R. L. JOHNSON                2,606,057

TELESCOPING PULL-OUT SIDE FOR TRAILERS

Filed Oct. 26, 1948                                    4 Sheets—Sheet 4

FIG. 10.                                    FIG. 11.





FIG. 12.

INVENTOR.
CHARLES R. L. JOHNSON,
BY
McMorrow, Berman + Davidson
ATTORNEYS.

Patented Aug. 5, 1952

2,606,057

# UNITED STATES PATENT OFFICE

2,606,057

## TELESCOPING PULL-OUT SIDE FOR TRAILERS

Charles R. L. Johnson, Woodward, Okla.

Application October 26, 1948, Serial No. 56,543

3 Claims.   (Cl. 296—23)

**1**

This invention relates to trailers and extensions therefor, and particularly for telescoping pull-out sides for trailers.

The main object of my invention is to provide a trailer with a telescoping side portion or chamber which may be pulled out or extended to enlarge and widen a chamber in the trailer.

Another object is to provide the telescoping side portion of the trailer with extensible supporting wheels for supporting the side portion when the latter occupies a pulled-out or extended position.

A further object is to provide a trailer and the telescoping side portion thereof with guide rails and rollers to facilitate pulling out and telescoping of the telescoping side portion with respect to the main portion of the trailer.

It is also an object to provide the trailer and the telescoping side portion thereof with resilient insulating members or battens to prevent entry of rain or the like between them, and the telescoping side portion with a closure plate forming a seal for the trailer when the side portion is telescoped or withdrawn into it.

An additional object is to employ light wood strips with plywood or metal bars or strips with light sheet metal for constructing the trailer and the telescoping side portion thereof to produce a light and strong structure.

Further objects and advantages of my invention will appear in further detail as the specification proceeds.

In order to facilitate ready comprehension of this invention for a proper appreciation of the salient features thereof, the invention is illustrated on the accompanying drawing forming part hereof, and in which:

Figure 1 is a side elevation of a trailer having a telescoping and extensible side portion made according to the invention and embodying the same in a practical form;

Figure 2 is a transverse section of the trailer and telescoping side portion when pulled out or extended, the section being taken on line 2—2 in Figure 1;

Figure 3 is an enlarged fragmentary section of the mutually-adjacent floor portions of the trailer and the telescoping side portion;

Figure 4 is a fragmentary enlarged section of the roof portion of the trailer as seen in Figure 2 and a portion of the roof of the telescoping portion in extended position;

Figure 5 is an enlarged fragmentary section taken on line 5—5 in Figure 4;

Figure 6 is an enlarged fragmentary detail in section taken on line 6—6 in Figure 1 to illustrate insulation;

Figure 7 is another enlarged fragmentary section, taken on line 7—7 in Figure 1, showing detail referring to insulation;

Figure 8 is a vertical section on an enlarged scale taken on line 8—8 in Figure 2;

**2**

Figure 9 is a transverse section taken on line 9—9 in Figure 8;

Figure 10 is an enlarged fragmentary detail section on an enlarged scale, illustrating a retractable supporting wheel for the telescoping side portion of the trailer;

Figure 11 is a side elevation of the same mechanism shown in Figure 10, as seen from the right when a door is open to expose the supporting wheel to view;

Figure 12 is a transverse section taken on line 12—12 in Figure 11.

Throughout the views the same reference numerals indicate the same or like parts.

Trailers having become popular, the question of space available within the same limits the number of people who may conveniently use the trailer involved, and frequently hampers the movements and work of the "trailerites." In fact, the equipment of a typical trailer must also be limited in view of the space limitations ordinarily imposed by the unalterable capacity of a trailer.

Upon considering this problem, it has occurred to me that although a trailer is transportable, it should nonetheless be capable of being extended or enlarged when a trailer camp or other selected site is reached in order to make the trailer more spacious and livable. As a result, I have found it quite feasible to produce a trailer having an extensible telescoping side portion for enlarging the capacity and available space in the trailer at will, as will now be more fully described.

Hence, in the practice of my invention, and referring again to the accompanying drawings, a trailer outer body, generally indicated at 14, is provided with two pairs of supporting wheels 15, 15 on each side mounted on spring-and-axle structures 16, 16 secured beneath the floor 17 of the trailer, while at the forward end 18 a hitch 19, only partly shown, serves to connect the trailer to the rear end of an automobile. In order to accommodate the wheels 15, 15 within the outline of the trailer, the latter is provided in the side walls 20 with a wheel box or well 21, the wall 22, referring to a part about to be described, having a corresponding wheel box or well 23. The wall 20 (Figure 2) in common with the wall 24, opposite thereto (Figure 1), as well as the front and rear walls 25 and 26, includes a spaced group of vertical studs or stringers 27, 27, best seen in Figure 9, and groups of vertically-spaced horizontal studs 28, 28 having an outer sheath 29 of plywood or sheet metal and provided with an interior wall sheet of plywood or metal 30 resulting in a light yet strong structure serving as a wall in each case with sufficient body to resist strains and impacts. The wheel box structure 21, is similarly constructed with the lower outer wall sheets 31, the interior spacing studs 32, 33, 34 and inner wall sheets 35, 36. A similar construction

2,606,057

3

as just now outlined for the wall 20 also holds for the opposite wall 24 and the end walls 25 and 26, such structure per se being more or less conventional and practical for the purpose.

The floor 17 of the trailer is, of course, typical, including the floor boards supported by the bottom floor studs or beams 38. The roof 39 includes the outer sheeting 40, the roof stringers 41 and the interior roof plywood or sheet metal 42. An intermediate portion of the roof 39 is raised or peaked at 43 supported by transverse bars or rails 44 connected to a roof frame 45 surrounding and defining an opening indicated at 46, now to be described.

In the wall 24 is an arch portion indicated at 46 intermediately disposed and normally covered by a flange or frame consisting of the vertical plates 47, 48 and the upper horizontal plate 49 secured to an intermediate wall section 22 by means of screws, nails or rivets 51, 51 and detachably connected to the wall sections of wall 24 by means of a series of wing nuts 52, 52 screwed upon the outer threaded ends of bolts 53, 53 projecting from wall 24 about the arch 46. The mentioned intermediate wall section 22 is similarly constructed to the structural features of wall 20 previously described and has a series of windows 54, 54 corresponding to the windows 55 in the mentioned wall 20, and also resembling the latter in having a wheel box or well 23 similar to the wheel box or well 21 of wall 20, as already outlined. In order to cover the wheels, the walls 20 and 22 have the outer wall sheet or layer closed upon the outside of the wheel boxes 21 and 23 by means of a downward extension of the outer sheet 29 in the case of wall 20, as shown at 50, while in the case of wall 22, a plate 56 is attached to the wall 22 by screws 57, 57, so that the plate may be detached when desired. The wall 22 with its interior studs 58, 59, outer wall sheet 60 and inner wall sheet 61 of metal or plywood forms the outer wall of the telescoping or pull-out side portion generally indicated at 62. This pull-out telescoping portion includes a floor generally indicated at 63 consisting of a series of floor boards 64 supported upon the relatively light floor joists 65, a roof consisting of the outer roof portion 66 of plywood or sheet metal, the inner reinforcing strips 67 and the internal ceiling sheet 68 of sheet metal or plywood comparable to floor and the ceiling or roof portions extending to and being secured to the wall 22, first described. At the forward end of the extension or telescoping member 62 is a forward wall exteriorly having a sheet metal or plywood layer 69 and spaced within the latter the inner wall sheet 70, while rearwardly the same extension is provided with a corresponding rear wall including the outer wall sheet or surface 71, and spaced within the latter the inner wall surface 72. The previously-mentioned front wall is provided with an appropriate door frame 73 in which is fitted a door 74 with an upper glass panel 75 and conventional door knob 76', as best seen in Figure 2. Upon the inner ends of the front and rear walls of the telescoping and extensible side portion or chamber 62 is fitted an end frame 76 of which the lower horizontal portion 77 forms an end closure or frame for the floor 64, while the upper portions of frame 76 are formed into an archway 78 to improve the appearance of the interior of the trailer. Upon the sides 76 of the mentioned end frame forming the closure means for the front and rear walls are attached rubber strips or gaskets 79, while a

4

similar rubber strip 80 secured at the upper portion of the arch serves to form a resilient cushion or stop for the inner end of the telescoping pull-out side or chamber 62 when the same is extended. Further rubber side strips or battens 81 are secured upon the interior of wall 24 of the trailer about the opening 46 in said wall by the inner ends of bolts 53 and normally wiping against the outer front and rear walls 69 and 71 of the telescoping side portion or chamber 62 and the similar horizontal rubber batten or strip 82 secured to an upper horizontal strip 83 in the opening immediately below the roof rail 44 by the upper bolt 53 in effective position to seal the trailer with the upper surface 66 of the roof of the extensible portion or member 62, all of which details are best seen in Figures 6 and 7, and the rubber strips or battens described serve to provide a weather seal about the telescoping pull-out side portion or chamber 62 in withdrawn or extended position thereof, and particularly with reference to the latter in order to prevent the entry of water or cold air into the trailer. Normally, the telescoping pull-out portion 62 extends with its inner end substantially to the broken line indicated at 83 in Figure 2, with the outer end wall 22 thereof substantially in line with wall 24 of the trailer proper, as also indicated in said Figure 2.

In order to facilitate pulling ou the extensible telescoping portion or inner body 62 and thereby provide an enlarged living room in the intermediate portion of the trailer, groups of rollers are provided, as will now be desribed, so that the parts moving with respect to each other are capable of smoothly rolling by and being guided by the rollers.

The outer end of the floor 37 of the trailer, which is also provided with a horizontal rubber strip 84 secured to the longitudinal wooden strip 85, is provided with a series of upwardly-extending roller fixtures 86, 86 secured to the floor studs 38 by means of screws or bolts 87 and provided with rollers 88 directly bearing against and supporting a floor bottom 89 of the floor joists or strips 65 of the extensible floor 64, 63 and supporting the floor boards 64 of the telescoping member 62. In corresponding manner, the series of inwardly-extending roller fixtures 90 are secured by bolts 91 beneath the floor boards 64 of floor 63 in the extensible member 62 with rollers 92 rolling directly upon the floor boards 37 of the lower floor of the trailer proper, as partly shown in Figure 2, but better shown in larger detail in Figure 3. In Figure 4, are illustrated upwardly-projecting roller fixtures 93 secured to the inner frame 76 of the telescoping or extensible member 62 with rotatable rollers 94 engaging against the lower edge of the roof rails 44 of roof frame 45, the intermediate portions of these rails being reinforced by the upper longitudinal peak bracing member 95 to stiffen the rails, while at the corners adjacent the fixtures 93, as best seen in Figure 5, are secured additional roller fixtures 96 with rollers 97 rolling against the side rails 98 of the raised roof portion 43 immediately beneath the frame 45 thereof. As best seen in Figures 4 and 5, it may be noted that the first-mentioned rollers 94 engage directly against the lower edges of the rails 44 to cooperate with the lower rollers 88 and 92 beneath the floor, while rollers 97 engage against the sides in such fashion as to laterally guide the pull-out side portion or extensible member 62 while being extended. As also shown in Figure 8, correspond-

2,606,057

**5**

ing rollers at the bottom side of the opening 46 in the outer wall 24 of the trailer proper, as indicated at 99, 99 in fixtures 100 secured to the trailer, also serve to guide the extensible member 62 laterally during outward movement thereof, rolling against the sides of the same.

For the purpose of supporting the entire outer portion or end which normally forms the side of the trailer when extended, additional rollers are provided which are extensible from the lower portion of member 62, as will now be detailed. Within the wall 22 are disposed two narrow wheel wells, generally indicated at 101 and best seen in Figures 9 to 12, each wheel well being normally closed outwardly by a door 102, and as both are alike, the description of one will suffice to describe the other. Each door 102 is hinged at 103 to the wall 22 and provided with a latch 104 which when released will allow the door to be opened in order to provide access to the interior. Each wheel well 101 primarily consists of a box having a rear wall 105, side walls 106, 106 and a top 107, the box being interiorly reinforced by a pair of laterally-extending rear bars or joists 108, 109. The sides are reinforced by the vertical studs 110, 111 (Figure 9). The top 107 is secured at the forward end to the horizontal wall joist 59 within the outer wall member 60 of wall 22, while at the lower end the rear wall 105 of the box is secured to the floor of the extensible member 62 by the interior transverse joist or bar 109 secured thereto, being in turn secured upon the floor joists 65, the only desideratum being that the wheel well 101 in each case shall be firm and contribute to the durability of the structure as a whole. Within the confines of the side walls 106, rear wall 105, the floor base 65 is reinforced by the provision of a rather heavy floor 112 in which a slot 113 extends from the outer end 114 a limited distance inward to provide for the upwardly-extending arms 115, 115 of a pair of brackets 116, 116 virtually forming angle members which have their lower horizontal arms 117, 117 secured beneath the floor 112 by means of bolts 118, 118. Intermediately between the outer end 114 of the floor 112 and the inner end of slot 113, this slot is widened at 119 to provide clearance for a downwardly-swingable wheel support generally indicated at 120 having a shank 121 pivoted at the end thereof to the upper ends of the upwardly-extending spaced arms 115 of fixtures 116 by means of a transverse pivot bolt 122. The mentioned wheel fixture includes at the other end of the shank 121 a hydraulic cylinder 123 and a hydraulic pump cylinder 124 operated by a lever 125 pivotally connected at 126 to the hydraulic pump plunger 127 and pivotally mounted upon the hydraulic jack casing 123 by a pivot pin 128. Within the cylinder 123 is a hydraulic jack plunger 137, made rigid with the jack frame 129 which is provided with a pair of bearing supports 130, 130 forming a yoke for supporting the axle 131 of a wheel 132. Normally, while the pull-out side portion or telescoping chamber member 62 is in its withdrawn and telescoped condition with respect to the trailer proper, the wheel fixtures 120 are, of course, out of action and are then disposed in vertical position, as shown in Figures 10 and 11, and as the bolt 122 supporting the shank 121 between the arms 115 is capable of being tightened by means of nut 133, it is, therefore, held normally by friction between the arms 115 in an upright condition until it is desired to lower the wheel 132 into contact with the ground.

**6**

As readily seen in said Figures 10 and 11, if the nut 133 is released after opening door 102, it is possible to swing the wheel fixture downward into the position indicated in broken lines 134. As especially shown in Figure 10, an operating handle indicated in broken lines at 135 may then be inserted into the handle or operating lever 125 on cylinder 123, and when this handle 135 is operated, thereby operating the lever 125 of the hydraulic pump, the jack portion 129 supporting the wheel will extend the latter down into contact with the ground at 136. Such extension of the wheel downward will expose the erstwhile concealed hydraulic plunger 137, as best shown in Figure 8.

The arrangement is such that when the trailer 14, shown in Figure 1, is stopped at a desirable location, and it is desired to increase the available space in the intermediate portion of the trailer to provide an enlarged living room, for example, the first step is to release the wing nuts 52, 52 from the bolts 53, so that the sealing frame consisting of the flat strips or plates 47, 48 and 49 are released from side wall 24 of the trailer. Then the plate 56 is removed by removing screws 57, 57 and the two near wheels 15, 15 also removed after blocking up the spring-and-axle structure 16 thereof with blocks 137 (Figure 2). Then the two doors 102 are opened and the pivot bolt nuts 133 released and the two wheel fixtures 120 swung down into the position indicated in Figures 10 and 11 at 134, and the nuts again tightened so that the wheel fixtures are firmly held in the downward position. The handles 135 are then inserted in the operating levers 125 of the hydraulic pump of both wheel fixtures 120 and the pumps operated until the wheels 132 come into contact with the ground 136 so that they tend to lift and at least fully support the outer end of the pull-out side or telescoping chamber member 62. Thereafter, the latter member is pulled, or rather rolled out, on wheels 132, 132 into fully extended position, the walls and floor, as well as ceiling or roof being guided and supported by the side rollers at the top 97, the bottom rollers 95, the floor rollers 93, 92 which are staggered with relation to each other in order to avoid contact of one set of rollers with the other, and also the upper roof rollers 94. When the pull-out side or extensible telescoping chamber member 62 has thus been extended until the frame portions 76, 76, 77 and arch 78 come to rest with rubber strips 79, 80 engaging against the side surfaces of the rubber strips 81, 82, etc., when it will be noted that the additional space added to the intermediate portion of the trailer 14, as best seen in Figure 2, will almost double the width thereof and virtually provide a square living room from which the door 74 leads forwardly to the outside, while the wall 20 in the rearward portion of the trailer may also have a door therein if so desired. In order to insure that the extended portion 62 remains in its extreme extended position, the wheels 132 may be blocked in the inward direction by wedges until it is intended to telescope the projecting chamber portion 62 and drive off with the trailer. In the meantime, the main wheels 15 which have been removed may be stored in the luggage trunk of the automobile connected to the trailer.

When the trailer is to be transported to another location, the wheels 132 are first freed from any blocks or obstructions and the entire projecting portion or pull-out side member or cham-

2,606,057

**7**

ber 62 is then rolled into its telescoped relation with the trailer 14 until the outer sealing or closure strips 47, 48, 49 upon the wall 22 thereof engage against the side wall 24 of the trailer when the wing nuts 52 are again replaced upon the bolts 53 secured to the wall 24, the wheels 15 are then replaced on their axles to support the axle-and-spring structure 16 at the right side and the plate 56 replaced in position to partly cover the mentioned wheels with the screws 57, 57 again holding the plate. The blocks 138 are then removed and doors 102 opened and nuts 133 released so that the hydraulic wheel fixtures 120 may again be swung up into vertical position, as shown in Figures 10 and 11, and the nuts 133 then tightened again to hold the shank 121 rigidly vertical between the arms 115, after which the doors 102 are again closed and the latches 104 secured, when the trailer will be immediately in form to proceed and be drawn by the automobile connected thereto by the hitch 19.

The forward portion of the trailer having the window 139 may serve as a kitchen, while the rear portion contiguous to the rear wall 26 may serve as a bedroom if so desired. In this connection, it is to be noted that either or both of the front or rear portions of the trailer may be made extensible so as to pull out instead of the one side as shown and described, or both sides may be extensible, if desired.

The wall structures described may, of course, be modified by making them entirely of metal instead of having any portion thereof of wood, without departing from the spirit of my invention. Again, while I have described hydraulic jacks for controlling the positions of wheels 132, obviously screw jacks may be used which are manually, mechanically, or electrically operated.

Manifestly, other variations may be resorted to and parts and features may be modified or used without others within the scope of the appended claims.

Having now fully described my invention, I claim:

1. In an automobile trailer, a mobile outer trailer body provided with a rectangular opening in one side wall thereof, an inner trailer body positioned within said outer trailer body and mounted in the latter for extensile movement with respect to said one side wall, said inner trailer body including a side wall normally disposed in coextensive relation with respect to said one side wall of said outer trailer body, there being a pair of side by side spaced wheel wells provided in said inner trailer body opening into the bottom and said one side wall thereof, a wheel positioned within each of said pair of wheel wells and mounted therein for rocking movement to an extended position for supporting said inner trailer body, a sealing frame normally overlying the marginal edge of said side wall of said inner trailer body and the adjacent bounding portions of said one side wall of said outer trailer body and detachably secured thereto, and closure means bridging each of the wheel wells and mounted on said side wall of said inner trailer body for swinging movement into and out of closing relation with respect to said wheel wells.

2. In an automobile trailer, a mobile outer trailer body provided with a rectangular opening in one side wall thereof, an inner trailer body positioned within said outer trailer body and mounted in the latter for extensile movement with respect to said one side wall, said inner trailer body including a side wall normally dis-

**8**

posed in coextensive relation with respect to said one side wall of said outer trailer body, there being a pair of side by side spaced wheel wells provided in said inner trailer body opening into the bottom and said one side wall thereof, a wheel positioned within each of said pair of wheel wells and mounted therein for rocking movement to an extended position for supporting said inner trailer body, a sealing frame normally overlying the marginal edge of said side wall of said inner trailer body and the adjacent bounding portions of said one side wall of said outer trailer body and detachably secured thereto, closure means bridging each of the wheel wells and mounted on said side wall of said inner trailer body for swinging movement into and out of closing relation with respect to said wheel wells, and means interposed between said inner and outer trailer bodies for limiting the extensile movement of said inner body with respect to said outer body.

3. In an automobile trailer, a mobile outer trailer body provided with a rectangular opening in one side wall thereof, an inner trailer body positioned within said outer trailer body and mounted in the latter for extensile movement with respect to said one side wall, said inner trailer body including a side wall normally disposed in coextensive relation with respect to said one side wall of said outer trailer body, there being a pair of side by side spaced wheel wells provided in said inner trailer body opening into the bottom and said one side wall thereof, a wheel positioned within each of said pair of wheel wells and mounted therein for rocking movement to an extended position for supporting said inner trailer body, a sealing frame normally overlying the marginal edge of said side wall of said inner trailer body and the adjacent bounding portions of said one side wall of said outer trailer body and detachably secured thereto, closure means bridging each of the wheel wells and mounted on said side wall of said inner trailer body for swinging movement into and out of closing relation with respect to said wheel wells, means interposed between said inner and outer trailer bodies for limiting the extensile movement of said inner body with respect to said outer body, and means operatively connected to said inner and outer trailer bodies for detachably securing said inner body in its supported position within said outer trailer body.

CHARLES R. L. JOHNSON.

**REFERENCES CITED**

The following references are of record in the file of this patent:

UNITED STATES PATENTS

| Number | Name | Date |
|---|---|---|
| 862,573 | Mears et al. | Aug. 6, 1907 |
| 1,521,635 | Lewis | Jan. 6, 1925 |
| 1,972,415 | Anderson | Sept. 4, 1934 |
| 2,122,791 | Bollstrom | July 5, 1938 |
| 2,127,580 | Bartholowsky | Aug. 23, 1938 |
| 2,136,130 | Gorlenko | Nov. 8, 1938 |
| 2,150,615 | Sword | Mar. 14, 1939 |
| 2,225,319 | Rollo | Dec. 17, 1940 |
| 2,306,084 | Rollo | Dec. 22, 1942 |
| 2,355,663 | McGlothlin | Aug. 15, 1944 |

FOREIGN PATENTS

| Number | Country | Date |
|---|---|---|
| 243,878 | Great Britain | Dec. 10, 1925 |
| 447,229 | Germany | July 19, 1927 |
| 602,976 | Germany | Sept. 20, 1934 |

# EXHIBIT
# E

Jan. 21, 1958

R. S. GROCHMAL

2,820,666

EXPANDABLE TRAILERS

Filed Aug. 5, 1955

2 Sheets—Sheet 1



Fig. 1

Fig. 2

Fig.3

INVENTOR.
RICHARD S. GROCHMAL
BY
J. S. Michelman
atty.

Jan. 21, 1958          R. S. GROCHMAL          2,820,666
                        EXPANDABLE TRAILERS

Filed Aug. 5, 1955                          2 Sheets—Sheet 2



Fig. 4



Fig. 5

Fig. 6

INVENTOR.
RICHARD S. GROCHMAL
BY L. S. Michelman
Atty.

# United States Patent Office

**2,820,666**
Patented Jan. 21, 1958

1

2

2,820,666

EXPANDABLE TRAILERS

Richard S. Grochmal, Indian Orchard, Springfield, Mass.

Application August 5, 1955, Serial No. 526,715

1 Claim.  (Cl. 296—23)

This invention is concerned with improvements in expandable trailers and the like. Heretofore many trailers have been manufactured and marketed which have facilities for expanding into larger units and yet which contract when being pulled along the road. These trailers have serious engineering problems with respect to keeping out the elements and weather from those portions of the trailer which are expanded. Further, tolerances in manufacturing such types of trailers are quite critical. There is the further problem of once the trailer has been expanded and placed upon a lot the expanded portion may settle lower or the main portion may settle lower, causing a break in the seal and allowing the elements to gain admittance.

These types of trailers have employed seals which keep out the elements which are inadequate, clumsy, and not adaptable to solving the aforementioned problems.

It is an object to provide a trailer seal arrangement wherein the expandable trailer may be manufactured with greater tolerance than heretofore.

It is still another object to provide a seal that will be sufficiently resilient and expandable to maintain any openings closed despite the fact either the main part or the expandable part of the trailer will settle down.

It is still another object to provide a large living room section of a mobile type home.

It is yet a further object to provide a seal that may be easily inflated.

It is yet an additional object to provide a seal that may be light of weight, easily handled, and packed and designed particularly for portability.

It is yet a further object to provide a seal which has excellent insulation characteristics for preventing cold and heat from obtaining admittance into the livable portion of the trailer.

It is yet another object of this invention to provide a trailer which is compactable so as to conform to highway regulations and yet which is so designed as to provide larger living quarters when it is parked.

These and further objects are attained by the use of a drawer type unit that expands from a main body portion and particularly by the use of an inflatable seal that is mounted on the four sides of the expanded drawer type unit flush with the surfaces of the main body portion.

For a better understanding of the invention, reference is made to the following detailed description in which:

Figure 1 is a perspective view of the trailer expanded.

Figure 2 is a top plan view of the trailer with the expanded portion closed and with the various portions shown in dotted lines.

Figure 3 is a cross section view taken along line 3—3 of Figure 2 but with the trailer expanded.

Figure 4 is a side elevational view of the trailer with the front surface of the expanded portion removed.

Figure 5 is a perspective view of the expanded portion of the trailer with emphasis upon the inflatable seal.

Figure 6 is a view of Figure 3 in which the expanded portion is almost completely in its closed position.

Reference is made to Figure 1 which discloses a perspective view of the expandable trailer. The rear 1 of the trailer is above the wheels 23. The top of the trailer is shown by numeral 7. There are windows 14 throughout the trailer. The sides of the trailer are designated as 2 (see Figure 1) and as 3 (see Figure 2). A drawer-like section fits within the forward portion of the trailer as can be seen by the dotted lines in Figure 2. This expandable portion has a rear side 6, a front side 6a, and a side portion 5 which are connected to make an enclosure.

Reference is made to Figure 3 which shows a more detailed construction of the framework of the trailer. Starting on the left side of Figure 3 the side panel 3 is shown. Beneath the side panel are three braces designated as 10a in the upper portion, 10 in the middle, and 10e at the bottom. Connected on the other side of these braces is an inside panel 12a. At the top of the trailer is a roof 7 that has beneath it in the left corner the brace 10a, a brace 10b in the middle, and a third brace in the right hand corner 10c. Affixed to the opposite side of these braces is a ceiling panel 12b. In front of the right end of room 7, brace 10c and panel 12b is a weather board 15. At the bottom of the trailer is a floor 12c. Beneath the floor 12c is a track 21 (see Figure 4). This is the structure of the fixed trailer portion in which the movable portion of the trailer may be stored.

The movable portion of the trailer comprises at the top an inside horizontal weather board 17. Affixed to this weather board is a brace 11a about the roof 8 of the expandable portion. Beneath roof 8 is, of course, brace 11a and at the middle portion of roof 8 is brace 11b and at the other end portion is brace 11c. Beneath braces 11a, 11b and 11c is the ceiling 13a of the expandable portion. The inside wall of the far side 6a is designated as 13 and the inside wall of the rear side 6 is designated 13a (see Figure 4). The bottom of the expandable portion is designated as the lower bottom 19. Above bottom 19 are the braces 11e, 11d and 11f. On top of brace 11f is the inside flooring 18c. Adjoining brace 11e is an inside horizontal weather board 16. The side portion 5 of the trailer has beneath it in the middle a brace 11g. Affixed to brace 11g on the inside is inside wall panel 18b.

Beneath the bottom 19 are mounted a pair of rollers at each end of the expandable portion. These rollers are indicated by the numerals 22. They fit down into the track 21 which is in two sections. The section which is removable is indicated as 20 and is mounted on a portable support 26. Mechanically the dimensions of section 20 are slightly narrower than the dimensions of track 21 so that track 20 may fit down inside of track 21 to make it a continuous track on which the rollers may travel. Mounted around the outside of the movable portion is an inflatable seal 25. This can be seen located behind horizontal weather board 15 and lower horizontal weather board 33 and beneath brace 10c in Figure 3 and can be further understood by reference to Figure 5 which shows the inflatable seal 25 in a perspective view. Inside the trailer are protrusions above the wheels 23 which are designated by the numeral 24. If a different wheel arrangement is employed, it is not necessary to have the protrusions 24, obviously. In the instant embodiment, however, the wheels are above the bottom of the floor since the body of the trailer is built low to the ground. It is also to be noted that there is a valve means indicated as 29 connected to the inflatable seal 25 which may be employed to blow the seal up or to deflate it.

Reference is made to the view of Figure 4. It is to be noted that there are braces 31 and 30 which lie between

2,820,666

**3**

the inside and outside panels 6 and 13a and 13 and 6a respectively. These braces which form the frame construction of the expandable portion cannot be seen, of course, in Figure 3.

The crucial point of novelty in this invention is, of course, the expandable and inflatable seal 25 which is made of a resilient material, preferably a heavy duty rubber. It is to be noted that the seal is affixed to the horizontal weather boards 17 and 16 and when the extended portion of the trailer is in its closed position the seal 25 is almost back against the inside wall 12a of the main trailer portion. The seal 25 is of a generally circular cross section. It is adhered to the weather board 17 by means of a proper type plastic mastic. It may be inflated, as already mentioned, at the valve 29. As can be seen by the construction, in the event that it leaks it may be replaced very easily. On the other hand, there is available for it a fluid which may be inserted with air pressure which will seal all porous leaks.

In operation the user of the trailer merely sets on the ground the portable support 26 which is of a height equal to the distance of the bottom of the wheel 23 to the bottom of the track 21. The movable track 20 is inserted inside of track 21 and on top of portable support 26. The user then pulls out the extended portion which glides along the track. A wedge may be inserted behind the rollers 22 to prevent them from moving back into the trailer.

With the construction disclosed, it is not necessary to have perfect dimensions for the boards 15 and 17, and 16 and 32. It is to be noted, however, that the seal fills up any open spaces that might allow the elements to obtain admission because of inaccurate dimensions in the aforementioned weather boards.

It is to be noted, but it is not shown in detail, that a

**4**

similar arrangement of stripping runs along each side of the extended portion. Reference is made to Figure 4 which discloses this feature.

The vertical weather boards are designated as 32 and lie in front of the seal 25. Rear vertical weather boards 34 are behind the seal 25 in Figure 4.

I claim:

An expandable trailer comprising: a fixed body portion and a movable drawer like body portion, an opening in one side of said fixed body portion, said movable drawer like body portion located and adapted to move in said opening, weather boards at the rear of said movable body portion forming a substantially rectangular pattern, a substantially rectangular shaped inflatable seal mounted proximate and in front of said other weather boards, other weather boards extending from said fixed body portion about said opening, whereby when said movable body portion is without said fixed portion, an airtight weather seal is formed by said series of weather boards and said inflatable seal.

References Cited in the file of this patent

UNITED STATES PATENTS

| | | |
|---|---|---|
| 1,751,746 | Margana | Mar. 25, 1930 |
| 2,177,394 | Pierce | Oct. 24, 1939 |
| 2,301,963 | Marple et al. | Nov. 17, 1942 |
| 2,323,106 | Whiteman | June 29, 1943 |
| 2,384,659 | Wait | Sept. 11, 1945 |
| 2,469,131 | Ross | May 3, 1949 |
| 2,490,014 | De V. Brand | Dec. 6, 1949 |
| 2,494,013 | Tapp | Jan. 10, 1950 |
| 2,506,870 | Hairston | May 9, 1950 |

FOREIGN PATENTS

| | | |
|---|---|---|
| 585,382 | Great Britain | Feb. 5, 1947 |

# EXHIBIT
# F

# RANDOM HOUSE
# UNABRIDGED
# DICTIONARY

## Second Edition

the hands or body. **2.** cleverly skillful, resourceful, or ingenious: *an adroit debater.* [1645–55; < F, OF: elegant, skillful, equiv. to *a-* A-² + *droit,* droit straight, just, correct < L *dīrēctus;* see DIRECT] **—a·droit′ly,** *adv.* **—a·droit′ness,** *n.*
**—Syn. 1.** skillful, clever, deft, apt, adept. **1, 2.** See **dexterous. —Ant. 1.** clumsy.

**à droite** (a davwat′), *French.* to the right.

**ADS,** American Dialect Society.

**a.d.s.,** autograph document, signed.

**ad·sci·ti·tious** (ad′si tish′əs), *adj.* derived from an external source; additional. [1610–20; < L *adsc(i)tus* derived, assumed, foreign (ptp. of *adscīscere),* equiv. to *ad-* AD-¹ + *sci-* (s. of *scīre* to know) + *-tus* ptp. suffix + *-ious] —ad·sci·ti′tious·ly, adv.*

**ad·script** (ad′skript), *adj.* **1.** written after (distinguished from *subscript).* **—n. 2.** an adscript character. Cf. *inferior* (def. 11), *superior* (def. 12). [1715–25; < L *a(d)scrīptus* (ptp. of *ascrībere* to ASCRIBE), equiv. to *ad-* AD-¹ + *scrīptus* written; see SCRIPT]

**ad·scrip·tion** (ad skrip′shən), *n.* ascription.

**ad·sorb** (ad sôrb′, -zôrb′), *v.t. Physical Chem.* to gather (a gas, liquid, or dissolved substance) on a surface in a condensed layer: *Charcoal will adsorb gases.* [1880–85; AD-¹ + (AB)SORB] **—ad·sorb′a·ble,** *adj.* **—ad·sorb′a·bil′i·ty,** *n.* **—ad·sorb′ent,** *adj., n.* **—ad·sorp·tion** (ad sôrp′shən, -zôrp′-), *n.* **—ad·sorp′tive,** *adj.* **—ad·sorp′tive·ly,** *adv.*

**ad·sorb·ate** (ad sôr′bāt, -bit, -zôr′-), *n.* a substance that is adsorbed. [1925–30; ADSORB + -ATE¹]

**adst. feb.,** (in prescriptions) when fever is present. [< L *adstante febre*]

**ad·stra·tum** (ad′strā′təm, -strat′əm), *n., pl.* **-stra·ta** (-strā′tə, -strat′ə). *Historical Ling.* a substratum or superstratum. [AD- + STRATUM]

**ad·su′ki bean′** (ad sōō′kē, -zōō′-). See **adzuki bean.** [1880; Eng. *ad·su(n),* interj. *Latin.* I am present.

**ADTS,** Automated Data and Telecommunications Services.

**a·due** (ə dōō′; *It.* ä dōō′ē), *Music.* **1.** together; in unison. **2.** divisi. [< It. *due*]

**ad·u·la·res·cent** (aj′ə lə res′ənt), *adj.* (of certain gemstones, esp. adularia) having a milky, bluish luster. [ADULAR(IA) + -ESCENT] **—ad′u·la·res′cence,** *n.*

**ad·u·lar·i·a** (aj′ə lâr′ē ə), *n. Mineral.* a sometimes opalescent variety of orthoclase formed at a low temperature. [1790–1800; < It. < F *adulaire,* named after *Adula* a mountain group in Switzerland; see -ARY]

**ad·u·late** (aj′ə lāt′), *v.t., -lat·ed, -lat·ing.* to show excessive admiration or devotion to; flatter or admire servilely. [1770–80; back formation from *adulation,* ME < MF < L *adūlātiōn-* (s. of *adūlātiō)* servile flattery, fawning, equiv. to *adūlāt(us),* ptp. of *adūlārī,* -āre to fawn upon (of dogs), appar. a nominal deriv., with *ad-* AD-, of an otherwise unattested base + -IŌN) **—ad′u·la′tion,** *n.* **—ad′u·la′tor,** *n.* **—ad′u·la·to′ry** (-lə tôr′ē, -tōr′ē), *adj.*

**a·dult** (ə dult′, ad′ult), *adj.* **1.** having attained full size and strength; grown up; mature: *an adult person; animal; or plant.* **2.** of, pertaining to, or befitting adults. **3.** intended for adults; not suitable for children: *adult entertainment.* **—n. 4.** a person who is fully grown or developed or of age. **5.** a full-grown animal or plant. **6.** a person who has attained the age of maturity as specified by law. [1525–35; 1925–30 for def. 3; < L *adultus* grown (ptp. of *adolēre* to make grow), equiv. to *ad-* AD-¹ + *(al)ol-* (var. of *alēscere* to grow up, *adult-* of *adolēre* to make grow, inch. of *adolēscere* to grow up). **—a·dult′ly,** *adv.* **—a·dult′ness,** *n.*

**adult′ educa′tion,** a program of noncredit courses for adults regardless of previous education, offered typically by a university extension or institute. Also called **continued education, continuing education.** [1850–55]

**a·dul·ter·ant** (ə dul′tər ənt), *n.* **1.** a substance that adulterates. **—adj. 2.** adulterating. [1745–55; < L *adulterant-* (s. of *adulterāns,* prp. of *adulterāre);* equiv. to *ad-* AD-¹ + *-ulter* (see ADULTERATE) + -ANT -ANT¹]

**a·dul·ter·ate** (v. ə dul′tə rāt′; *adj.* ə dul′tər it), *v., -at·ed, -at·ing, adj.* **—v.t. 1.** to debase or make impure by adding inferior materials or elements; use cheaper, inferior, or less desirable goods in the production of (any professedly genuine article): *to adulterate food.* **—adj. 2.** adulterated. **3.** adulterous (def. 1). [1530–90; < L *adulterātus* mixed, adulterated (ptp. of *adulterāre),* equiv. to *ad-* AD-¹ + *-ulter* (perh. comb. form of *alter* other; see ALTER) + *-ātus* -ATE¹] **—a·dul′ter·a′tor,** *n.*

**a·dul·ter·a·tion** (ə dul′tə rā′shən), *n.* **1.** the act or process of adulterating. **2.** the state of being adulterated. **3.** something adulterated. [1600–10; < *adulterātiōn-* (s. of *adulterātiō);* see ADULTERATE, -ION]

**a·dul·ter·er** (ə dul′tər ər), *n.* a person who commits adultery. [1380–1400; earlier *adulter* adulterer < L; back formation from *adultere* to defile; see ADULTERESS] < OF < L]

**a·dul·ter·ess** (ə dul′tər is, -tris), *n.* a woman who commits adultery. [1350–1400; ADULTER(ER) + -ESS; r. ME *avouteresse*] **—Usage.** See -ESS.

**a·dul·ter·ine** (ə dul′tə rēn′, -tə rin′), *adj.* **1.** charac-

terized by adulteration; spurious. **2.** born of adultery. **3.** of or involving adultery. [1535–45; < L *adulterīnus,* equiv. to *adulter* adulterer, counterfeiter (see ADUL-TERER) + *-īnus* -INE¹]

**a·dul·ter·ous** (ə dul′tər əs), *adj.* characterized by or involved in adultery; illicit: *an adulterous relationship.* [1400–50; ADULTER(Y) + -OUS; r. late ME *avouitrious*] **—a·dul′ter·ous·ly,** *adv.*

**a·dul·ter·y** (ə dul′tə rē), *n., pl.* **-ter·ies.** voluntary sexual intercourse between a married person and someone other than his or her lawful spouse. [1325–75; ME *adulterie* < L *adulterium,* equiv. to *adulter* (see ADUL-TERER) + *-ium* -IUM; r. ME *a(d)vouterie* < OF *avouterie* < L, with *ad-* AD-¹ r. *a-* A-³]

**adult′ home′,** any of various private residences for former state psychiatric patients, supervised by a department of a state or city government. [1975–1980]

**adult′ on′set diabe′tes,** diabetes (def. 4).

**adult′ respiratory distress′ syn′drome.** *Pathol.* See **respiratory distress syndrome.** (def. 2). *Abbr.:* **ARDS**

**ad·um·bral** (a dum′brəl), *adj.* shadowy; shady. [1835–45; *ad-* + L *umbr(a)* shade, shadow + -AL¹]

**ad·um·brate** (a dum′brāt; *ad′əm* brāt′), *v.t., -brat·ed, -brat·ing.* **1.** to produce a faint image or resemblance of; to outline or sketch. **2.** to foreshadow; prefigure. **3.** to darken or conceal partially; overshadow. [1575–85; < L *adumbrātus* shaded (ptp. of *adumbrāre),* equiv. to *ad-* AD-¹ + *umbr(a)* shade, shadow + *-ātus* -ATE¹] **—ad′um·bra′tion,** *n.*

**ad·um·bra·tive** (a dum′brə tiv, ad′əm brā′tiv), *adj.* foreshadowing; sketchy; faintly indicative. [1830–40; ADUMBRATE + -IVE] **—ad·um′bra·tive·ly,** *adv.*

**a·dunc** (ə dungk′), *adj.* curved inward; hooked. [1620–30; < L *aduncus,* equiv. to *ad-* AD-¹ + *uncus* hook, barb] **—a·dun·ci·ty** (ə dun′si tē), *n.*

**a·dust** (ə dust′), *adj.* **1.** dried or darkened as by heat. **2.** burned; scorched. **3.** *Archaic.* gloomy in appearance or mood. [1400–50; late ME < L *adustus* (ptp. of *adūrere,* equiv. to *ad-* AD-¹ + *ūs-* (base of *ūrere* to burn) + *-tus* ptp. suffix]

**ad u·trum·que pa·ra·tus** (äd ōō tʀōōm′kwe pä·rä′tōōs; *Eng.* ad ū trum′kwē pə rā′təs), *Latin.* ready for either alternative.

**A·du·wa** (ä′dōō wä′), *n.* a town in N Ethiopia: Italians defeated 1896. 15,712. Also, **Adowa.**

**Adv., 1.** Advent. **2.** Advocate.

**adv., 1.** ad valorem. **2.** advance. **3.** adverb. **4.** adverbial. **5.** adverbially. **6.** adverb. **7.** advertisement. **8.** advertising. **9.** adviser. **10.** advisory.

**Ad·vai·ta** (äd vī′tə), *n. Hinduism.* one of the two principal Vedantic schools, asserting the existence of Brahman alone, whose appearance as the world is an illusion resulting from ignorance. Cf. **dvaita** (def. 2). [< Skt]

**ad val.,** ad valorem.

**ad va·lo·rem** (ad′ və lôr′əm, -lōr′-), in proportion to the value (used esp. of duties on imports that are fixed at a percentage of the value as stated on the invoice). [< L: lit., according to the worth]

**ad valo′rem tax′,** a tax levied according to the value of the property, merchandise, etc., being taxed. [1690–1700]

**ad·vance** (ad vans′, -väns′), *v., -vanced, -vanc·ing, n., adj.* **—v.t. 1.** to move or bring forward: *The general advanced his troops to the new position.* **2.** to bring into consideration or notice; suggest; propose: *to advance reasons for a tax cut.* **3.** to raise in rank; promote: *The board of directors advanced him to president.* **4.** to raise in rate or amount; increase: *to advance the price.* **5.** to bring forward in time; accelerate: *to advance growth; to advance clocks one hour.* **7.** to supply beforehand; furnish on credit or before goods are delivered or work is done. **8.** to furnish as part of a stock or fund. **9.** to supply or pay in expectation of reimbursement: *They advanced her $5000 against future royalties.* **10.** to develop at a later time or date: *to advance a meeting from early to late fall.* **11.** *Informal.* to do advance publicity for: *to advance a rock singer's personal appearances; the most heavily advanced sports event in history.* **12.** *Archaic.* to raise, as a banner. **—v.i. 13.** to move or go forward; proceed: *The troops advanced.* **14.** to increase in quantity, value, price, etc.: *His stock advanced three points.* **15.** (of a color, form, etc., on a flat surface) to move toward or be perceived as moving toward an observer, esp. as giving the illusion of space. Cf. **recede** (def. 5). **16.** to improve or make progress. **17.** to grow or rise in importance, status, etc.: *to advance in rank.* **18.** *Informal.* to provide publicity do promotion: *He was hired to advance for a big bestselling author.* **—n. 19.** a forward movement; progress in space: *the advance of the troops to the border.* **20.** promotion; improvement in importance, rank, etc.: *his advance to the position of treasurer.* **21.** Usually, **advances.** a. attempts at forming an acquaintanceship, reaching an agreement, or the like, made by one party. b. actions or words intended to be sexually inviting. **22.** addition to price; rise in price: *an advance on cottons.* **23.** Com. a. a giving beforehand; a furnishing of something before an equivalent is received: *An advance in his next month's salary permitted him to pay his debt on time.* b. the money or goods thus furnished: *He received $100 as an advance against future delivery.* **24.** Journalism. a. copy prepared before the event it describes has occurred: *The morning papers carried advances on the ceremony, which will take place tonight.* b. a press release, wire-service dispatch, or the like, as one containing the text or partial text of a speech, sent to arrive in advance of the event to which it is related. Cf. **release copy. 25.** the leading body of an army. **26.** *Mil.* (formerly) the order or a signal to advance. **27.** *Informal.* a. publicity done before the appearance of a noted person, a public event, etc.: *She was hired to do advance for the candidate.* b. a person hired to do advance publicity for an event: *He is re-*

garded as the best advance in the business. **28.** *Auto., Mach.* an adjustment made in the setting of the distributor of an internal-combustion engine to generate the spark for ignition in each cylinder earlier in the cycle. Cf. **retard** (def. 5). **29.** *Geol.* a seaward movement of the shoreline. **30.** *in advance,* ahead of time; beforehand: *You must get your tickets in advance.* **31.** *in advance of,* in front of; before: *Heralds walked in advance of the king.* **—adj. 32.** going or placed before: *an advance section of a train.* **33.** made or given ahead of time: *an advance payment on a loan.* **34.** issued ahead of time: *an advance copy of the President's speech.* **35.** having gone beyond others or beyond the average. [1200–50; ME *avauncen* < AF, OF *avanc(i)er* < VL *abantiāre,* deriv. of L *ab ante* before (see BEFORE); sp. by mistaking *a-* for A-² in the 16th cent.] **—ad·vanc′ing·ly,** *adv.*
**—Syn. 2.** adduce, propound; offer. **3.** forward, promote. **6.** force; quicken, hasten, speed up. **9.** lend, loan. **13.** ADVANCE, MOVE ON, PROCEED all imply movement forward. ADVANCE applies to forward movement, esp. toward an objective: *to advance to a platform.* PROCEED emphasizes movement, as from one place to another, and often implies continuing after a halt: *to proceed on one's journey.* MOVE ON is similar in meaning to PROCEED; it does not, however, imply a definite goal: *The crowd was told to move on.* **16.** thrive, flourish; prosper. **20.** growth, advancement. **21.** overture; proposal; offer, tender. **24.** precipitation. [1925–35 —Ant. 1, 2.] withdraw. **13.** retreat. **17.** decrease.

**ad·vanced** (ad vanst′, -vänst′), *adj.* **1.** placed ahead or forward: *with one foot advanced.* **2.** ahead or far in advance of others: *advanced in years.* **3.** ahead or far further along in progress, complexity, knowledge, skill, etc.: *an advanced class in Spanish; to take a course in advanced mathematics: Our plans are too advanced to make the change now.* **4.** pertaining to or embodying ideas, practices, attitudes, etc., taken as being more enlightened or liberal than the standardized, established, or traditional: *advanced theories of child care; the more advanced members of the artistic community.* **4.** far along in time: *the advanced age of most senators.* [1425–75; late ME; see ADVANCE, -ED²]

**advanced′ cred′it,** academic credit allowed by an educational institution to an entering student for previously completed studies taken at another recognized institution.

**advanced′ degree′,** an academic degree conferred for completion of requirements beyond the undergraduate college level, as M.S. or Ph.D. [1960–65]

**advanced′ stand′ing,** **1.** credit for studies completed elsewhere, granted to a student by a college or university. **2.** the higher academic status of a student granted such credit. [1780–90]

**advance′ for′ money** (def. 3).

**advance′ guard′,** a body of troops going before the main force to clear the way, guard against surprise, etc. [1750–60]

**advance′ man′,** advance (def. 27b). Also, **advance-man.** [1925–30]

**ad·vance·ment** (ad vans′mənt, -väns′-), *n.* **1.** an act of moving forward. **2.** promotion in rank or standing; preferment: *She had high hopes for advancement in the company.* **3.** *Law.* money or property given by one person during his or her lifetime to another that is considered and an anticipation of an inheritance and is therefore to be deducted from any share that the recipient may have in a donor's estate. [1250–1300; ME *avauncement* < AF, OF *avaunc(e)ment.* See ADVANCE, -MENT]

**ad·vanc·er** (ad van′sər, -vän′-), *n.* **1.** a person or thing that advances. **2.** the second branch of the antlers of a buck. [1490–1500; see ADVANCE, -ER¹]

**ad·van·tage** (ad van′tij, -vän′-), *n., v., -taged, -tag·ing.* **—n. 1.** any state, circumstance, opportunity, or means specially favorable to success, interest, or any desired end: *the advantage of a good education.* **2.** benefit; gain; profit: *It will be to his advantage to learn Chinese before going to China.* **3.** superiority or ascendency (often fol. by *over* or *of*): *His height gave him an advantage over his opponent.* **4.** a position of superiority (often fol. by *over* or *of*): *their advantage in experienced players.* **5.** *Tennis.* the first point scored after deuce. **6.** have the advantage of, to be in a superior or advantageous position; possess an advantage over: *By virtue of independent wealth, he has the advantage of his opponents.* **7.** take advantage of, a. to make use of for gain; to take advantage of an opportunity. b. to impose upon, esp. unfairly, as by exploiting a weakness: *to take advantage of someone.* **8.** to advantage, to good effect; advantageously: *The paintings were arranged to advantage on one wall.* **—v.t. 9.** to be of service to; yield profit or gain to; benefit. **10.** to cause to advance; further; promote: *Such action will advantage our cause.* **11.** to prove beneficial to; profit: *It would advantage him to work harder.* [1300–50; ME *ava(u)ntage* < AF, OF *avantage,* equiv. to *avant* before (see ADVANCE) + *-age* -AGE; for *ad-* see ADVANCE]
**—Syn. 1.** ADVANTAGE, BENEFIT, PROFIT all mean something that is of use or value. ADVANTAGE is anything that places one in an improved position, esp. in coping with competition or difficulties: *It is to one's advantage to have traveled widely.* BENEFIT is anything that promotes the welfare or improves the state of a person or group: a benefit to society. PROFIT is any valuable, useful, or helpful gain: *profit from trade or experience.* **3.** server; avail, help, aid.

**advan′tage court′,** *Tennis.* the receiver's left-hand service court, into which the ball is served when one side has the advantage.

**ad·van·taged** (ad van′tijd, -vän′-), *adj.* **1.** having greater resources or better skills, education, facilities, etc.: *She is more advantaged than her cousin.* **2.** having sufficient or abundant financial, material resources, etc.; affluent: *the advantaged nations.* **—n. 3.** (used with a plural v.) advantaged people collectively (usually prec.

**CONCISE ETYMOLOGY KEY. <,** descended· or·borrowed from; > whence; b, blend of, blended; c, cognate with; cf, compare; deriv., derivative; equiv, equivalent; imit., imitative; obl, oblique; r., replacing; s., stem; sp., spelling, spelled; repr., respelling; respelled; trans., translation; ?, origin unknown; *, unattested; †, probably earlier than. See the full key inside the front cover.

**Ro·land** (rō′lənd), *n.* **1.** Italian, **Orlando.** the greatest of the paladins in the Charlemagne cycle of the chansons de geste, renowned for his prowess and the manner of his death in the battle of Roncesvalles. **2.** a fellow champion (usually with Oliver in which neither was the victor). **3. a Roland for an Oliver,** retaliation or a retort equal to its provocation; a blow for a blow. **3. a** male given name: from Germanic words meaning "glory" and "land."

**role** (rōl), *n.* **1.** a part or character played by an actor or actress. **2.** proper or customary function: *the teacher's role in society.* **3.** *Sociol.* the rights, obligations, and expected behavior patterns associated with a particular social status. Also, rôle. [1600–10; < F *rôle*, OF, roll of paper containing the actor's part] —Syn. **2.** capacity, position, responsibility, duty.

**role′ con′flict,** emotional conflict arising when competing demands or behavior on an individual in fulfillment of his or her multiple social roles. [1960–65]

**role′ mod′el,** a person whose behavior, example, or success in or can be emulated by others, esp. by younger people. [1955–60]

**role-play** (rōl′plā′), *v.t.* **1.** to assume the attitudes, actions, and discourse of (another), esp. in a make-believe situation in an effort to understand a differing point of view or social interaction: *Management trainees were given a chance to role-play labor negotiators.* **2.** to experiment with or experience (a situation or viewpoint) by playing a role: *trainees role-playing management positions.* —*v.i.* **3.** to engage in role-playing. [1945–60]

**role-play·ing** (rōl′plā′ing), *n.* **1.** a method of instruction or psychotherapy aimed at changing attitudes and behavior, in which participants act out designated roles relevant to real-life situations. **2.** the modifying of a person's behavior to accord with a desired personal image, as to impress others or conform to a particular environment. [1940–45]

**role′-play′ing game′,** a game in which participants adopt the roles of imaginary characters in an adventure under the direction of a Game Master.

**role′ set′,** *Sociol.* the set of roles associated with a single social stratum. [1965–70]

**role′ strain′,** *Sociol.* the stress or strain experienced by an individual when incompatible behavior, expectations, or obligations are associated with a single social role.

**rolf** (rolf), *v.t. Slang.* to vomit. [1970–75; *Amer.*; appar. of *RALPH*]

**Rolf** (rolf, rôlf), *n.* to massage using the techniques of Rolfing. [1965–70; after Ida P. *Rolf* (1897–1979), U.S. physiotherapist who invented the techniques] —**Rolf′er,** *n.*

**Rolf** (rolf, rôlf), *n.* **2.** Also called **Rolf′, the Gang′er** (gang′ər), **Rollo** (def. 1). **2.** a male given name: from Scandinavian words meaning "glory" and "wolf."

**Rolfe** (rolf), *n.* **John,** 1585–1622, English colonist in Virginia (husband of Pocahontas).

**Rolf·ing** (rolf′ing, rôl′-), *Trademark,* a type of massage therapy involving sometimes intensive manipulation of the muscle and internal organs to relieve physical and emotional tension, improve posture, increase vitality, etc.

**Rolf·Krä′kl** (krä′kl) *Scand. Legend.* a possibly historical Danish king of the 9th century, the subject of an Old Icelandic saga and in accounts by the Danish historian Saxo Grammaticus, involved in great battles with his stepfather, Adils of Sweden. [< ON *Hrólfr,* equiv. to *hróð(r)* fame + *ULFR*; WOLF, *c.* OE *Hróþwulf, Hróþ wealh* (applied ironically)]

**roll** (rōl), *v.i.* **1.** to move along a surface by revolving or turning over and over, as a ball or a wheel. **2.** to move or be moved on wheels, as a vehicle or its occupants. **3.** to flow or advance in a stream or with an undulating motion, as water, waves, or smoke. **4.** to extend in undulations, as land. **5.** to elapse, pass, or move, as time (often fol. by *on, away,* or *by*). **6.** to move as in a cycle (usually fol. by *round* or *around*); *as soon as summer rolls round again.* **7.** to perform a periodical revolution in an orbit, as a heavenly body. **8.** to emit or give forth a deep, prolonged sound, as thunder, drums, etc. **9.** to trill, as a bird. **10.** to revolve or turn over, over or repeatedly, as a wheel on an axis or a person or animal lying down. **11.** to turn around in different directions or from side to side and top to bottom, as the eyes in their sockets. **12.** (of a vessel) to rock from side to side in open water. Cf. *heave* (def. 14). *pitch* (def. 23). **13.** to walk with a swaying or unsteady rocking motion. **14.** *Informal.* to begin to move or operate; start; commence: *Let's roll; let's go, rise.* **14.** *Informal.* to go forward or advance without restraint or impediment: *The economy is finally beginning to roll.* **15.** to curl up, as in forming a tube, or cylinder. **17.** to admit of being formed into a tube or cylinder; by curling up. **18.** to be spread out flat after being curled up (usually fol. by *out*). **19.** to spread out, as under a roller: *The paint rolls easily.* **20.** *Aquarium,* (of an aircraft or rocket) to deviate from a stable flight attitude by rotation about its longitudinal axis. ...

*(entries continue)*

*roll′ bag′,* a small zippered duffel bag for carrying school supplies, sports gear, or the like.

*roll′ bar′,* a heavy steel transverse bar in the form of an inverted U rising from the framework of an automobile to prevent its occupants from being crushed if the vehicle rolls over. Also, *roll bar.* [1955–65]

*roll′ book′,* a book in which attendance records are kept, as of students or employees.

*roll′ cage′,* a system of metal bars fitted around the seating area of a vehicle, esp. a racing car, to protect the occupants if the vehicle rolls over. [1965–70]

*roll′ call′,* the calling of a list of names, as of soldiers or students, for checking attendance. **2.** a military signal for this, as one given by a drum. A voting proceeding, esp. in the U.S. Congress, in which legislators are called on by name and allowed either to cast their vote or to abstain. [1765–75]

**roll′ cloud′,** *Meteorol.* **1.** arcus. **2.** See rotor cloud.

**rolled′ col′lar,** a collar that stands up slightly from the point of attachment to the neckline of a garment before folding over to the flat.

**rolled′ glass′,** a sheet of glass made by the extrusion of molten glass between two rollers.

**rolled′ gold′.** See filled gold. [1895–1900]

**rolled′ oats′,** oats that are hulled and steamed, then flattened by rollers. [1885–90; *Amer.*]

**rolled′ roast′,** meat that has had the bones removed and been rolled and tied for roasting.

**roll′er** (rō′lər), *n.* **1.** a person or thing that rolls. **2.** a cylinder, wheel, caster, or the like, upon which something is rolled along. **3.** a cylindrical body, revolving on a fixed axis, esp. one to facilitate the movement of some heavy object moved around it. **4.** a cylindrical object upon which something is rolled up: *the roller of a window-shade.* **5.** a hollow, cylindrical object of plastic, stiff net, or the like, upon which hair is rolled up to dry; curler. **6.** a cylindrical body revolving, as a tire, the barrel of a music box. **7.** a long, swelling wave advancing steadily. ... **10.** a rolled bandage. [1375–1425; late ME; see ROLL, -ER] —*Syn.* **6.** breaker; comber.

**roll′er** (rō′lər), *n. Ornith.* **1.** any of several Old World birds of the family Coraciidae that tumble or roll over in flight, esp. 'in the breeding season. **2.** *Tumbler* (def. 9). **3.** one of a variety of canaries having a warbling or trilling song. [1655–65; < G *Roller,* deriv. of *rollen* to ROLL]

**roll′er bear′ing,** *Mach.* a bearing consisting of cylindrical or tapered rollers running between races in two concentric rings, one of which is mounted on a rotating or oscillating part, as a shaft. [1885–90]



**Roll′er·blade** (rō′lər blād′), *Trademark,* a brand of in-line skates.

**roll′er·blind, shut′ter.** (rō′lər blīnd), *Photog.* See curtain shutter.

**roll′er chain′,** a power chain consisting of parallel pairs of flat links joined by pins covered with rollers, and engaging with the teeth of sprockets. [1896–1900]

**roll′er coast′er,** **1.** a small gravity railroad, usu. in an amusement park, having a train with open cars that moves along a high, sharply winding trestle built with steep inclines that produce sudden, speedy plunges for thrill-seeking passengers. **2.** a car that rides on such a railroad. **3.** any phenomenon, period, or experience of persistent or violent ups and downs, as one fluctuating between elation and despair. [1885–90]

**roll′er-coast′er** (rō′lər kō′stər, rol′-), *v.i.* **1.** to go up and down like a roller coaster; rise and fall in a sharp or wavy road roller-coastering around the mountain; a light boat roller-coastering over the ocean. **2.** to experience a period of prosperity, happiness, security, or the like, followed by a contrasting period of economic depression, despair, or the like. The economy was roller-coastering throughout most of the decade. —*adj.* **3.** of, pertaining to, or characteristic of a roller coaster. **4.** resembling the progress of a ride on a roller coaster, in sudden extreme changeableness. [1960–65]

**Roll′er Der′by,** *Trademark,* a contest between two teams on roller skates, held on a circular, usually banked board track, in which the team skate around the track with each team trying to force a teammate on the team-mates-for-the-opportunity-to score by lapping one or more opponents. ...

**roll′er gate′,** (on certain dams) a cylindrical gate that rises and falls by rotating against inclined racks.

**roll′ er hock′ey,** a game similar to ice hockey played on roller skates. [1920–25]

**roll′er mill′,** any mill that pulverizes, flattens, or otherwise changes material, as grain, by passing it between rollers. [1870–75; *Amer.*]

**roll′er skate′,** a form of skate with four wheels or rollers instead of a runner, for use on a sidewalk or other surface offering traction. [1860–65; *Amer.*]

**roll′er-skate′** (rō′lər skāt′), *v.i.* to move on roller skates. Also called skating by means of roller skates. Also, **roller skate.** [1870–75; v. use of ROLLER SKATE] —**roll′er skat′er,** **roll′er-skat′ing,** *n.*

**roll′er tow′el,** a long towel sewed together at the ends and hung on a roller. [1835–45]

**Rolle's the′orem,** *Math.* the theorem that a differentiable function having equal values at the end points of an interval has a derivative equal to zero at some point in the interval. [1890–95; named after Michel *Rolle* (d. 1719), French mathematician]

CONCISE PRONUNCIATION KEY: act, chāpe, dâre, pärt; set, ēqual; if, īce; ox, ōver, ôrder, oil, bōōk, ōōze; out; up, ūrge; child; sing; shoe; thin; that; zh in treasure. ə = a in alone, e in system, i in easily, o in gallop, u in circus; ′ = primary stress, ″ = secondary stress. (See the full key inside the front cover.)

*out of work.* **5.** slippery, esp. from being covered with or as if with ice, water, or oil. **6.** deftly executed and having surface appeal or sophistication, but shallow or glib in content; polished but superficial; glib: *a writer who has mastered every formula of slick fiction.* **7.** Slang. wonderful; remarkable; first-rate. —n. **8.** a smooth or slippery place or spot or the substance causing it: *oil slick.* **9.** *Informal.* a magazine printed on paper having a more or less glossy finish. In such a magazine regarded as possessing qualities, as expensiveness, chic, and sophistication, that hold appeal for a particular readership, as one whose members enjoy or are seeking affluence. **c.** such a magazine regarded as having a sophisticated, deftly executed, but shallow or glib literary content. Cf. pulp (def. 6). **10.** any of various paddlelike tools for smoothing a surface. **11.** *Aeron.* a slick tire without a tread, used in racing. **12.** *Mil. Slang.* a helicopter. —*adv.* **13.** smoothly; cleverly. [1300–50; ME *slike* (adj.); cf. Dan. *slikk* even, smooth; akin to SLICK[2]] —*slick′ly*, *adv.* —*slick′ness*, *n.*
—**Syn. 3.** wily, tricky, foxy, sharp.

**slick[2]** (slik), *v.t.* **1.** to make sleek or smooth. **2.** to use a slicker on (skins or hides). **3.** *Informal.* to make smart or fine; spruce up (usually fol. by *up*). —n. **4.** *Metall.* a small trowel used for smoothing the surface of the mold. **5.** any woodworking chisel having a blade more than 3 in. (5 cm) wide. [bef. 900; ME *slicken* (v), OE *slician*; akin to ON *slikja* to give a gloss to]

**slick·en·side** (slik′ən sīd′), *n. Geol.* a rock surface that has become more or less polished and striated by slippage along a fault plane. [1760–70; SLICK[2] + *-EN[4]* + SIDE[1]]

**slick·er[1]** (slik′ər), *n.* **1.** a long, loose oilskin raincoat. **2.** any raincoat. **3.** *Informal.* a. a swindler; a sly cheat. **b.** See city slicker. [1880–85; SLICK[1] + *-ER[1]*] —*slick′ered*, *adj.*

**slick·er[2]** (slik′ər), *n.* a tool, usually of stone or glass, for scraping, smoothing, and working tanning agents into a skin or hide. [1855–55; SLICK[2] + *-ER[1]*]

**slick·rock** (slik′rok′), *n.* rock or a rock formation that is smooth and slippery. [SLICK[1] + ROCK[1]]

**slick·ster** (slik′stər), *n. Slang.* a crafty and opportunistic or deceitful person; hustler; swindler. [1960–65; SLICK[1] + *-STER*]

**slide** (slīd), *v.*, **slid** (slid), **slid** or **slid·den** (slid′ən), **slid·ing,** *n.* —*v.i.* **1.** to move along in continuous contact with a smooth or slippery surface: *to slide down a snow-covered hill.* **2.** to glide or skid. **3.** to glide or pass smoothly. **4.** to slip easily, quietly, or unobtrusively on or as if on a track, channel, or guide rail (usually fol. by *in, out, away,* etc.). **5.** to pass or fall gradually into a specified state, character, practice, etc. **6.** to decline or decrease: *Interest rates are beginning to slide.* —*v.t.* **7.** to cause to slide or move along; to cause to pass or slip over or along (something). **7.** *Baseball.* (of a base runner) to cast oneself, usually feet first, forward along the ground in the direction of the base being approached, to present less of a target for a baseman attempting to make a tag. —*v.t.* **8.** to cause to slide or coast, as over a surface or with a smooth, gliding motion. **9.** to hand, pass along, or slip (something) easily or quietly (usually fol. by *in, into,* etc.). **10.** *let slide,* to allow to deteriorate, pursue a natural course, etc., without intervention on one's part: *to let things slide.* —n. **11.** an act or instance of sliding. **12.** a smooth surface for sliding on, esp. a type of chute in a playground. **13.** an object intended to slide. **14.** *Geol.* a. a landslide or the like. **b.** the mass of matter sliding down. **15.** a single transparency; object, or image for projection in a projector, as a lantern slide. **16.** *Photog.* a small positive color transparency mounted for projection on a screen or magnification through a viewer. **17.** a usually rectangular plate of glass on which objects are placed for microscopic examination. **18.** *Furniture.* a shelf sliding into the body of a piece when not in use. **19.** *Music.* a. an embellishment consisting of an upward or downward series of three or more tones, the last of which is the principal tone. **b.** a portamento. **c.** a U-shaped section of the tube of an instrument of the trumpet class, as the trombone, that can be pushed in or out to alter the length of the air column and change the pitch. **20.** a vehicle mounted on runners, for conveying loads, as of grain or wood, esp. over a level surface. **21.** (of a machine or mechanism) a. a moving part working on a track, channel, or guide rails. **b.** the surface, track, channel, or guide rails on which the part moves. **22.** any of various chutes used in logging, mining, or materials handling. **23.** *n.* that or very low-heeled, backless shoe or slipper that can be slipped on and off the foot easily. [bef. 900; ME *sliden* (v), OE *slīdan*; c. MLG *slīden*, to slide, OHG *slīto* (n) sled] —*slid′a·ble,* *adj.* —*slid′a·ble·ness,* *n.*
—**Syn. 1.** slither. SLIDE, GLIDE, SLIP suggest movement over a smooth surface. SLIDE suggests a movement of one surface over another in contact with it: *to slide downhill.* GLIDE suggests a continuous, smooth, easy, and (usually) noiseless motion: *a skater gliding over the ice. To slip* is to slide in a sudden or accidental way: *to slip on the ice (def. 1).*

**slide·action** (slīd′ak′shən), *adj.* (of a rifle or shotgun) having a lever that when slid back and forth ejects the empty case and cocks and reloads the piece.

**slide′ fas′tener,** zipper (def. 2). [1935–40]

**slide′ gui′tar,** bottleneck (def. 3). [1965–70]

**slide′ knot′,** a knot formed by making two half hitches on the standing part of the rope; the second hitch being next to the loop which can be tightened. [1955–60]

**Sli·dell** (slī dēl′), *n.* a town in SE Louisiana. 26,718.

**Slide′ Moun′tain,** a mountain in SE New York; highest peak of the Catskill Mountains. 4204 ft. (1280 m).

**slid·er** (slī′dər), *n.* **1.** a person on thing that slides.

---

*Baseball.* a fast pitch that curves slightly and sharply in front of a batter, away from the side from which it was thrown. **3.** any of several freshwater turtles of the genus *Chrysemys,* of North America, having a smooth shell usually olive brown with various markings above and yellow below: some, esp. C. scripta, are raised commercially and the young sold as pets, rarely surviving to adulthood. [1620–30; SLIDE + *-ER[1]*]

**slide′ rule′,** a device for performing mathematical calculations, consisting essentially of a ruler having a sliding piece moving along it, both marked with graduated, usually logarithmic, scales; now largely replaced by the electronic calculator. [1655–65 for earlier sense; 1875–80 for current sense]

**slide′ trom′bone.** See under trombone.

**slide′ valve′,** *Mech.* a valve that slides without lifting to open or close an aperture, as the valves of the ports in the cylinders of certain steam engines. [1795–1805]

**slide·way** (slīd′wā′), *n.* an inclined surface along which something can slide. [1855–60; SLIDE + WAY[1]]

**slid·ing** (slī′ding), *adj.* **1.** rising or falling, increasing or decreasing, according to a standard or to a set of conditions. **2.** operated, adjusted, or moved by sliding: *a sliding door.* [bef. 900; ME *slīdende*; see SLIDE, *-ING[2]*] —*slid′ing·ly,* *adv.* —*slid′ing·ness,* *n.*

**slid′ing rule′,** (formerly) a slide rule. [1655–65]

**slid′ing scale′,** **1.** a variable scale, esp. of industrial costs, as wages, that may be adapted to changes in demand. **2.** a wage scale varying with the selling price of goods produced, the cost of living, or profits. **3.** a price scale, as of medical fees, in which prices vary according to the ability of individuals to pay. **4.** a tariff scale varying according to changing prices. [1700–10]

**slid′ing seat′,** a rower's seat that rides on wheels in metal tracks fastened to the boat's frame, allowing the seat to slide back and forth, thereby tapping the rower's leg strength to maximize the stroke. [1870–75]

**slid′ing vec′tor,** *Mech.* a vector having specified magnitude and lying on a given line. Also called line vector.

**sli·er** (slī′ər), *adj.* a comparative of sly.

**sli·est** (slī′ist), *adj.* a superlative of sly.

**slight** (slīt), *adj., -er, -est,* n., v. —*adj.* **1.** small in amount, degree, etc.; of slight importance; a slight odor. **2.** of little importance, influence, etc.; trivial: *a slight cut.* **3.** slender or slim; not heavily built. **4.** frail; flimsy; delicate: *a slight fabric.* **5.** of little substance or strength. —*v.t.* **6.** to treat as of little importance. **7.** to treat (someone) with indifference; ignore, esp. pointedly or contemptuously; snub: *to be slighted by society.* **8.** to do negligently; scamp: *to slight one's studies.* —*n.* **9.** an act or instance of slighting indifference or treatment: *Slights marred his work.* **10.** a pointed and contemptuous discourtesy; affront: *She resented being invited on unforgivable slight.* [1250–1300; *† ME* (adj.) smooth, sleek, slender; cf. OE *-sliht-* in *eorh-slihtes* even-with ground; c. G *schlicht,* OE *slītts,* Goth *slaihts* smooth] —*slight′er,* *n.* —*slight′ly,* *adv.* —*slight′ness,* *n.*
—**Syn. 2.** insignificant, trifling, paltry. **3.** See slender. **6.** overlook, feeble, fragile. **S.** unsubstantial, inconsiderable. **6.** disdain, scorn. SLIGHT, DISREGARD, NEGLECT, OVERLOOK mean to pay no attention, or too little attention to someone or something. To SLIGHT is to give only superficial attention to something important: *to slight one's work.* To DISREGARD is to fail to give attention to a person or thing: *to disregard the rules; in some circumstances, to* DISREGARD *may be admirable: to disregard a handicap.* To NEGLECT is to shirk paying sufficient attention to a person or thing: *to neglect one's correspondence.* To OVERLOOK is to fail to see something, possibly because of carelessness: *to overlook a bill that is due.* **9.** neglect, disregard, inattention; disdain, scorn. **10.** See insult. —**Ant. 1.** considerable.

**slight·ing** (slī′ting), *adj.* derogatory and disparaging; belittling. [1605–15; SLIGHT + *-ING[2]*] —*slight′ing·ly,* *adv.*

**Sli·go** (slī′gō), *n.* **1.** a county in Connaught province, in the NW Republic of Ireland. 58,426; 694 sq. mi. (1796 sq. km). **2.** its county seat: a seaport. 18,603.

**sli·ly** (slī′lē), *adv.* slyly.

**slim** (slim), *adj.,* **slim·mer, slim·mest,** v., **slimmed, slim·ming.** *v.* —*adj.* **1.** slender, as in girth or form; slight in build or structure. **2.** poor or inferior: *a slim chance; a slim excuse.* **3.** small or inconsiderable; meager; scanty: *a slim income.* **4.** sized for the thinner than average person. —*v.t.* **5.** to make slim. —*v.i.* **6.** to become slim. **7.** *Chiefly Brit.* to try to become slim or slim-der, esp. by dieting. **8.** slim down, a. to lose weight; esp. intentionally. b. (of a business) to reduce operating expenses; economize. —*v.t.* **9.** a garment size meant for a thin person. [1650–60; < D *slim* sly, (earlier) crooked; c. G *schlimm* bad, (earlier) crooked] —*slim′ly,* *adv.* —*slim′ness,* *n.*
—**Syn. 1.** thin. See slender. **3.** insignificant, trifling, trivial; paltry. —**Ant. 1.** fat. **3.** considerable; abundant.

**slim′ dis·ease′,** a form of AIDS common in Africa, marked by emaciation and fever. [1985–90]

**slime** (slīm), *n., v.,* **slimed, slim·ing.** —*n.* **1.** thin, glutinous mud. **2.** any ropy or viscous liquid matter, esp. of a foul kind. **3.** a viscous secretion of animal or vegetable origin. **4.** *Slang.* a repulsive or despicable person. —*v.t.* **5.** to cover or smear with or as if with slime. **6.** to remove slime from, as fish for canning. [bef. 1000; ME *slyme,* OE *slīm;* c. D *slijm,* G *Schleim,* ON *slīm*]

**slime′ mold′,** any of various funguslike organisms belonging to the phylum Myxomycota, of the kingdom Protista (or the plant class Myxomycetes), characterized by a noncellular, multinucleate, creeping somatic phase and a propagative phase in which fruiting bodies are produced bearing spores that are covered by cell walls. **2.** any of several similar organisms of the phylum

---

Acrasiomycota (or class Acrasiomycetes), differing from the true slime molds in being cellular and nucleate throughout the life cycle. [1875–80]

**slim· line** (slim′līn′), *adj.* **1.** slim in appearance. **2.** of, pertaining to, or noting a long, slender shape, design, or item. [SLIM + LINE[1]]

**slim·mer** (slim′ər), *n. Brit.* a person who is trying to lose weight, esp. by dieting. [SLIM + *-ER[1]*]

**slim·nas·tics** (slim nas′tiks), *n.* (used with a singular or plural v.) exercises to help someone lose or control weight. [1965–70; b. SLIM and GYMNASTICS]

**slim·sy** (slim′zē), *adj.* flimsy; frail. Also., **slimp·sy** (slimp′sē). [1835–45; Amer.; b. SLIM and FLIMSY]

**slim·y** (slī′mē), *adj.,* **slim·i·er, slim·i·est. 1.** of or like slime. **2.** abounding in or covered with slime. **3.** offensively slimy or filthy. —n. [1350–1400; ME; see SLIME, *-Y[1]*] —*slim′i·ly,* *adv.* —*slim′i·ness,* *n.*

**sling** (sling), *n., v.,* **slung, sling·ing.** —*n.* **1.** a device for hurling stones or other missiles that consists, typically, of a short strap with a loop string at each end and that is operated by placing the missile in the strap, and, holding the ends of the strings in one hand, whirling the instrument around in a circle and releasing one of the strings to discharge the missile. **2.** a slingshot. **3.** a bandage used to suspend or support an injured part of the body, commonly a bandage suspended from the neck to support an injured arm or hand. **4.** a strap, band, or the like, forming a loop by which something is suspended or carried, as a strap attached to a rifle and passed over the shoulder. **5.** sling-back. **6.** an act or instance of slinging. **7.** a rope, chain, net, etc., for hoisting freight or for holding it while being hoisted. **8.** *Naut.* a chain for supporting a hoisting yard. **b.** slings, the area of a hoisting yard to which such chains are. attached; the middle of a hoisting yard. —*v.t.* **9.** to throw, cast, or hurl; fling, as from the hand. **10.** to place in or secure with a sling to raise or lower. **11.** to raise, lower, etc., by means of a sling: *to sling cargo aboard.* **12.** to hang by a sling or place so as to swing loosely: *to sling a rifle over one's shoulder.* **13.** to suspend: *to sling a hammock between two trees.* **14.** sling hash, *Slang.* to work as a waiter or waitress, esp. at a lunch counter or cheap restaurant. [1175–1225; (v) ME *slyngen,* < ON *slyngva* to sling, fling; c. OE *slingan* to wind, twist; (n.) ME, perh. deriv. of the v., though sense "strap, hoist" may be of distinct orig.]
—**Syn. 9.** pitch, toss.

**sling** (sling), *n.* an iced alcoholic drink, typically containing gin, water, sugar, and lemon or lime juice. [1785–95; Amer.; of uncert. orig.]

**sling·back** (sling′bak′), *n.* **1.** Also called, sling. a woman's shoe with an open back and a strap or sling encircling the heel of the foot to keep the shoe secure. —*adj.* **2.** having such a strap or sling: *sling-back pumps.*

**sling′ chair′,** any of several varieties of chairs having a seat and back formed from a single sheet of canvas, leather, or the like, hanging loosely in a frame.

**sling·er** (sling′ər), *n.* **1.** a person or thing that slings. **2.** *Mech.* flinger (def. 2). [1350–1400; ME; see SLING, *-ER[1]*]

**sling′ psy·chrom′e·ter,** a psychrometer so designed that the wet-bulb thermometer can be ventilated, to expedite evaporation, by whirling in the air.

**sling·shot** (sling′shot′), *n.* a Y-shaped stick with an elastic strip between the prongs for shooting stones and other small missiles. [1840–50; Amer.; SLING + *-SHOT[1]*]

**slink** (slingk), *v.,* **slunk** or *(Archaic)* **slank; slunk; slink·ing,** *n., adj.* —*v.i.* **1.** to move or go in a furtive, abject manner, as from fear, cowardice, or shame. **2.** to walk or move in a slow, sinuous, provocative way. —*v.t.* **3.** (esp. of cows) to bring forth (young) prematurely. —n. **4.** a prematurely born or slink calf. —*adj.* **5.** born prematurely: *a slink calf.* **6.** SLINK. **7.** slunken (v); OE *slincan* to creep, crawl; c. LG *slinken, G schlinken*] —*slink′ing·ly,* *adv.*
—**Syn. 1.** skulk, sneak, lurk.

**slink·y** (sling′kē), *adj.,* **slink·i·er, slink·i·est. 1.** characterized by or resembling with slinking or stealthy movements. **2.** made of soft, often clinging material that follows the figure closely and flows with body movements with. **3.** catlike. [1820–30; SLINK + *-Y[1]*] —*slink′i·ly,* *adv.* —*slink′i·ness,* *n.*

**slip[1]** (slip), *v.,* **slipped** or *(Archaic)* **slipt; slipped; slip·ping, n.** —*v.i.* **1.** to move, flow, pass, or go smoothly or easily; glide; slide. **2.** to slip or slide suddenly or involuntarily, to lose one's foothold, as on a smooth surface: *She slipped on the icy ground.* **3.** to move, slide, or escape, gradually or from a place or position: *His hat had slipped over his eyes.* **4.** to slide out of or become disengaged from a fastening; the grasp, etc.: *The knife slipped from her hand.* **5.** to pass without being noticed or used; be lost; let slip an opportunity. **6.** to escape (one's memory, or consciousness). **7.** to elapse or pass quickly or imperceptibly (often fol. by *away* or *by*): *The years slipped by.* **8.** to become involved or absorbed easily or quickly, cautiously, or unobtrusively: *to slip out of a room.* **10.** to slip on or take off a garment easily or quickly: *She slipped out of the new sweater.* **11.** to make a mistake of error: *As far as I know, you haven't slipped once.* **12.** to fall below a standard or accustomed level, or to decrease in quantity or quality; decline; deteriorate: *His work had slipped last year.* **13.** to be aid or revealed inadvertently (usually fol. by *out*): *The words just slipped out.* **14.** to read; study, consider, etc., without attention: *He slipped over the most important part.* **15.** *Aeron.* (of an aircraft when excessively banked) to slide sideways, toward the center of the curve described in turning. Cf. skid (def. 18). —*v.t.* **16.** to cause to move, pass, go, etc., with a smooth, easy, or gliding motion. **17.** to put, place, insert, or withdraw quickly or stealthily: *to slip a letter into a person's hand.* **18.** to put on or take off (a garment) easily or quickly: *He slipped the shirt over his head.* **19.** to let loose or make (something) slide easily in or fastening, the, hold, etc.: *I slipped the lock, and the door creaked open.* **20.** to release from a leash, harness, etc., as a hound or a hawk.

---

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b, blend of; blended; c, cognate with; cf, compare; deriv, derivative; equiv, equivalent; imit, imitative; obl, oblique; r, replacing; s, stem; sp, spelling, spelled; resp, respelling, respelled; trans, translation; ?, origin unknown; *, unattested; †, probably earlier than. See the full key inside the front cover.

# EXHIBIT G

*The*
# American
# Heritage® Dictionary
## *of the English Language*

FOURTH EDITION

Ex. G.

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2006, 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-70172-8
ISBN-10: 0-618-70172-9
ISBN-13: 978-0-618-70173-5 (hardcover with CD-ROM)
ISBN-10: 0-618-70173-7 (hardcover with CD-ROM)

Visit our websites: www.houghtonmifflinbooks.com
or www.ahdictionary.com

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
   p.   cm.
   ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
   1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                          00-025369

Manufactured in the United States of America

❖ *intr.v.* **sleighed, sleigh·ing, sleighs** To ride in or drive a sleigh. [Dutch *slee,* variant of *slede,* from Middle Dutch *slēde.*]—**sleigh′er** *n.*

*Our Living Language* *Sleigh* is a familiar word in American English, having entered the language from Dutch by 1700. The Dutch were among the earliest colonists in North America, and it is thus no surprise that some very common words come from their language. *Boss, bush,* and *landscape* are all originally Dutch words that became established in English by the end of the 17th century. In the succeeding centuries we got such words as *dope, knickerbocker, snoop, spook, waffle,* and *cookie.* Even a term practically synonymous with *American,* namely *Yankee,* was in all probability originally a Dutch word for a Dutch pirate. See Note at Yankee.

**sleight** (slīt) *n.* **1.** Deftness; dexterity. **2.** A clever or skillful trick or deception; an artifice or stratagem. [Middle English, alteration of *sleahthe,* from Old Norse *slœgth,* from *slœgr,* sly.]

**sleight of hand** *n., pl.* **sleights of hand 1.** A trick or set of tricks performed by a juggler or magician so quickly and deftly that the manner of execution cannot be observed; legerdemain. **2.** Performance of conjuring tricks. **3.** Skill in performing conjuring tricks.

**slen·der** (slĕn′dər) *adj.* **-er, -est 1a.** Having little width in proportion to height or length; long and thin: *a slender rod.* **b.** Thin and delicate in build; gracefully slim: *"She was slender as a willow shoot is slender—and equally graceful, equally erect"* (Frank Norris). **2.** Small in amount or extent; meager: *slender wages; a slender chance of survival.* [Middle English *sclendre, slendre.*]—**slen′der·ly** *adv.*—**slen′der·ness** *n.*

**slen·der·ize** (slĕn′də-rīz′) *tr. & intr.v.* **-ized, -iz·ing, -iz·es** To make or become slender or more slender.

**slender loris** *n.* A very small, tailless loris (*Loris gracilis*) of southern India and Sri Lanka, having large eyes with dark circles around them and very short fingers and toes.

**slept** (slĕpt) *v.* Past tense and past participle of **sleep.**

**sleuth** (slōōth) *n.* **1.** A detective. **2.** See **sleuthhound** (sense 1). ❖ *v.* **sleuthed, sleuth·ing, sleuths** —*tr.* To track or follow. —*intr.* To act as a detective. [Short for SLEUTHHOUND.]

*Word History* Tracking down the history of the word *sleuth* requires a bit of etymological sleuthing. The immediate ancestor of our word is the compound *sleuthhound,* "a dog, such as a bloodhound, used for tracking or pursuing." This term took on a figurative sense, "tracker, pursuer," which it is closely related to the sense "detective." From *sleuthhound* came the shortened form *sleuth,* recorded in the sense "detective" as early as 1872. The first part of the term *sleuthhound* means "track, path, trail," and is first recorded in a Middle English work written probably around 1200. The Middle English word, which had the form *sloth,* with *eu* representing the Scots development of the Middle English (ō), was a borrowing of the Old Norse word *slōdh,* "a track or trail."

**sleuth·hound** (slōōth′hound′) *n.* **1.** A dog used for tracking or pursuing, such as a bloodhound. Also called *sleuth.* **2.** A detective. [Middle English *sleuth,* animal track (from Old Norse *slōdh*) + HOUND.]

**slew**[1] also **slue** (slōō) *n. Informal* A large amount or number; a lot: *a slew of bills.* [Irish Gaelic *sluagh,* multitude, from Old Irish *slúag.*]

**slew**[2] (slōō) *v.* Past tense of **slay.**

**slew**[3] (slōō) *n.* Variant of **slough**[1].

**slew**[4] (slōō) *v. & n.* Variant of **slue**[1].

**slice** (slīs) *n.* **1a.** A thin broad piece cut from a larger object: *ate a slice of cheese; examined a slice of the diseased lung.* **b.** An often wedge-shaped piece cut from a larger, usually circular object: *ordered a slice of pie; shared a slice of pizza.* **2.** A portion or share: *a slice of the profits.* **3a.** A knife with a broad, thin, flexible blade, used for cutting and serving food. **b.** A similar implement for spreading printing ink. **4.** *Sports* **a.** The course of a ball that curves in the direction of the dominant hand of the player propelling it, as to the right of a right-handed player. **b.** A stroke that causes a ball to follow such a course: *a golfer with a bad slice.* **c.** A ball propelled on such a course. **d.** A stroke, as in tennis, in which the ball is struck with a downward motion with the open face of the racket in order to impart backspin. ❖ *v.* **sliced, slic·ing, slices** —*tr.* **1.** To cut or divide into slices: *slice a loaf of bread.* **2.** To cut from a larger piece: *slice off a piece of salami.* **3.** To cut through or across with or as if with a knife: *The harvester sliced the field.* **4.** To divide into portions or shares; parcel out. **5.** To spread, work at, or clear away with a bladed tool such as a slice bar. **6.** *Sports* To hit (a ball) with a slice. —*intr.* **1.** To move like a knife: *The destroyer sliced through the water.* **2.** *Sports* To hit a ball with a slice. [Middle English, splinter, from Old French *esclice,* from *esclicier,* to splinter, of Germanic origin.]—**slice′a·ble** *adj.*—**slic′er** *n.*

**slice bar** *n.* An iron tool with a broad flat end, used to loosen and clear out clinkers from furnace grates.

**slice of life** *n., pl.* **slices of life** An episode of actual experience represented realistically and with little alteration in a dramatic, fictional, or journalistic work. —**slice′-of-life′** (slīs′əv-līf′) *adj.*

**slick** (slĭk) *adj.* **slick·er, slick·est 1.** Smooth, glossy, and slippery: *sidewalks slick with ice.* See synonyms at **sleek. 2.** Deftly executed; adroit: *"as slick as a sonnet, but as dull as ditch water"* (Tallulah Bankhead). **3.** Shrewd; wily. **4.** Superficially attractive or plausible but lacking depth or soundness: *a slick writing style.* See synonyms at **glib.** ❖ *n.* **1.** A smooth or slippery surface or area. **2a.** A floating film of oil. **b.** A trail of floating material: *a garbage slick.* **3.** An implement used to make a surface slick, especially a chisel used for smoothing and polishing. **4.** *Informal* A magazine, usually of large popular readership, printed on high-quality glossy paper. **5.** A racing automobile tire with a smooth tread. **6.** *Slang* An unarmed military aircraft, especially a helicopter.

❖ *tr.v.* **slicked, slick·ing, slicks 1.** To make smooth, glossy, or oily. **2.** *Informal* To make neat, trim, or tidy: *slicked themselves up for the camera.* [Middle English *slike,* from Old English *-slice;* see **lei-** in Appendix I, v. Middle English *sliken,* from Late Old English *-slician, -slycian* (in *nigslycod,* freshly smoothed).] —**slick′ly** *adv.*—**slick′ness** *n.*

**slick·en** (slĭk′ən) *tr. & intr.v.* **-ened, -en·ing, -ens** To make or become slick. —**slick′en·er** *n.*

**slick·en·side** (slĭk′ən-sīd′) *n.* A polished, striated rock surface caused by one rock mass sliding over another in a fault plane. [Dialectal *slicken,* glossy (alteration of SLICK) + SIDE.]

**slick·er** (slĭk′ər) *n.* **1a.** A long water-repellant coat usually made of oilskin. **b.** A raincoat made of a glossy or shiny material, such as plastic or rubber. **2.** A tool for dressing hides. **3.** *Informal* A cheat; a swindler. **4.** *Informal* A person with stylish clothing and manners.

**slid** (slĭd) *v.* Past tense and past participle of **slide.**

**slid·den** (slĭd′n) *v. Archaic* Past participle of **slide.**

**slide** (slīd) *v.* **slid** (slĭd), **slid·ing, slides** —*intr.* **1.** To move over a surface while maintaining smooth continuous contact. **2.** To coast on a slippery surface, such as ice or snow. **3.** To pass smoothly and quietly; glide: *slid past the door without anyone noticing.* **4.** To go unattended or unacted upon: *Let the matter slide.* **5.** To lose a secure footing or positioning; shift out of place; slip: *slid on the ice and fell.* **6.** To move downward: *Prices began to slide.* **b.** To return to a less favorable or less worthy condition. **7.** *Baseball* To drop down and skid into a base to avoid being put out. —*tr.* **1.** To cause something to slide: *slid the glass down on the other end of the counter.* **2.** To place covertly or deftly: *slid the stolen merchandise into his pocket.* ❖ *n.* **1.** A sliding movement or action. **2.** A smooth surface or track for sliding, usually inclined: *a water slide.* **3.** A playground apparatus for children to slide on, typically consisting of a smooth chute mounted by means of a ladder. **4.** A part that operates by sliding, as the U-shaped section of tube on a trombone that is moved to change the pitch. **5.** An image on a transparent base for projection on a screen. **6.** A small glass plate for mounting specimens to be examined under a microscope. **7.** A fall of a mass of rock, earth, or snow down a slope; an avalanche or landslide. **8.** *Music* **a.** A slight portamento used in violin playing, passing quickly from one note to another. **b.** An ornamentation consisting of two grace notes approaching the main note. **c.** A small metal or glass tube worn over a finger or held in the hand, used in playing bottleneck-style guitar. **d.** The bottleneck style of guitar playing. [Middle English *sliden,* from Old English *slīdan.*]

*Synonyms* *slide, slip, glide, coast, skid, slither* These verbs mean to move smoothly and continuously over or as if over a slippery surface. *Slide* usually implies rapid easy movement without loss of contact with the surface: *coat that slid down a chute to the cellar. Slip* is most often applied to accidental sliding resulting in loss of balance or foothold: *slipped on a patch of ice. Glide* refers to smooth, free-flowing, seemingly effortless movement: *"four snakes gliding up and down a hollow"* (Ralph Waldo Emerson). *Coast* applies especially to downward movement resulting from the effects of gravity or momentum: *The driver let the truck coast down the incline. Skid* implies an uncontrolled, often sideways sliding caused by a lack of traction: *The bus skidded on wet pavement. Slither* can mean to slip and slide, as on an uneven surface, often with friction and noise: *"The detached crystals slithered down the rock face"* (H.G. Wells). The word can also suggest the sinuous gliding motion of a reptile: *An iguana slithered across the path.*

**slid·er** (slī′dər) *n.* **1.** One that slides: *The snowy hill was filled with young sliders.* **2.** *Baseball* A fast pitch released with the index and middle fingers close together and slightly off center so that it breaks in the same direction as a curve ball as it approaches the plate.

**slide rule** *n.* A device consisting of two logarithmically scaled rules mounted to slide along each other so that multiplication, division, and other more complex computations are reduced to the mechanical equivalent of addition or subtraction.

**slide valve** *n.* A valve that slides back and forth over ports, especially one in the cylinder wall of a steam engine that permits the intake and outflow of steam to move the piston.

**slid·ing scale** (slī′dĭng) *n.* A scale in which indicated prices, taxes, or wages vary in accordance with another factor, as wages with the cost-of-living index or medical charges with a patient's income.

**sliding tackle** *n.* A tackle in soccer in which the defender leaps forward or slides and extends a leg in order to disrupt the play or get possession of the ball. At some levels of play, sliding tackles are illegal.

**sli·er** (slī′ər) *adj.* A comparative of **sly.**

**sli·est** (slī′ĭst) *adj.* A superlative of **sly.**

**slieve** (slēv) *n. Irish* A mountain. [Irish Gaelic *sliabh,* from Old Irish *slíab.*]

**slight** (slīt) *adj.* **slight·er, slight·est 1.** Small in size, degree, or amount: *a slight tilt; a slight surplus.* **2.** Lacking strength, substance, or solidity; frail: *a slight foundation; slight evidence.* **3.** Of small importance or consideration; trifling: *slight matters.* **4.** Small and slender in build or construction; delicate. ❖ *tr.v.* **slight·ed, slight·ing, slights 1.** To treat as of small importance; make light of. **2.** To treat with discourteous reserve or inattention. **3.** To do negligently or thoughtlessly; scant. ❖ *n.* **1.** The act or an instance of slighting. **2.** A deliberate discourtesy; a snub: *"It is easier to recount grievances and slights than it is to set down a broad redress of such grievances and slights"* (Elizabeth Kenny). [Middle English, slender, smooth, possibly of Scandinavian origin. See **lei-** in Appendix I.]—**slight′ness** *n.*

**slight·ing** (slī′tĭng) *adj.* Conveying or constituting a slight; belittling: *a slighting look.*—**slight′ing·ly** *adv.*

# EXHIBIT
# H

# Webster's Encyclopedic Unabridged Dictionary of the English Language



THUNDER BAY
P·R·E·S·S

Acknowledgments and Permissions

The "A Dictionary of the English Language" section of this book *(Webster's Encyclopedic Unabridged Dictionary)* is based on the second edition of *The Random House Dictionary of the English Language, the Unabridged Edition,* copyright 1993, 1987.

First published in 2001 by
Thunder Bay Press
An imprint of the Advantage Publishers Group
5880 Oberlin Drive, San Diego, CA 92121-4794
www.advantagebooksonline.com

Copyright © 1996 by Random House Value Publishing, Inc.

All rights reserved under International and Pan-American Copyright Conventions.

No part of this book may be reproduced or transmitted in any form or by any means electronic or mechanical including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the copyright holder.

All notations of errors or omissions should be addressed to Thunder Bay Press, editorial department, at the above address. All other correspondence (author inquires, permissions) concerning the content of this book should be addressed to Random House Value Publishing, a division of Random House, Inc. 280 Park Avenue, New York, New York 10017.
http://www.randomhouse.com/

ISBN 1-57145-691-0

Printed and bound in the United Sates of America

1 2 3 4 5

**slick**    1798    slip

out of work. **5.** slippery, esp. from being covered with or as if with ice, water, or oil. **6.** deftly executed and having surface appeal or sophistication, but shallow or glib in content; polished but superficial; glib: *a writer who has mastered every formula of slick fiction.* **7.** *Slang.* wonderful; remarkable; first-rate. —*n.* **8.** a smooth or slippery place or spot or the substance causing it: *oil slick.* **9.** *Informal.* **a.** a magazine printed on paper having a more or less glossy finish. **b.** such a magazine regarded as possessing qualities, as expensiveness, chic, and sophistication, that hold appeal for a particular readership, as one whose members enjoy or are seeking affluence. **c.** such a magazine regarded as having a sophisticated, deftly executed, but shallow or glib literary content. Cf. **pulp** (def. 6). **10.** any of various paddlelike tools for smoothing a surface. **11.** *Auto.* a wide tire without a tread, used in racing. **12.** *Mil. Slang.* a helicopter. —*adv.* **13.** smoothly; cleverly. [1300–50; ME *slike* (adj.); c. dial. D *sleek* even, smooth; akin to SLICK¹] —**slick′ly**, *adv.* —**slick′ness,** *n.*
—**Syn. 3.** wily, tricky, foxy, sharp.

**slick²** (slik), *v.t.* **1.** to make sleek or smooth. **2.** to use a slicker on (skins or hides). **3.** *Informal.* to make smart or fine; spruce up (usually fol. by *up*). —*n.* **4.** *Metall.* a small trowel used for smoothing the surface of the mold. **5.** any woodworking chisel having a blade more than 2 in. (5 cm) wide. [bef. 900; ME *slikien* (v.), OE *slīcian*; akin to ON *slīkja* to give a gloss to]

**slick·en·side** (slik′ən sīd′), *n. Geol.* a rock surface that has become more or less polished and striated by slippage along a fault plane. [1760–70; SLICK² + -EN³ + SIDE¹]

**slick·er¹** (slik′ər), *n.* **1.** a long, loose oilskin raincoat. **2.** any raincoat. **3.** *Informal.* **a.** a swindler; a sly cheat. **b.** See **city slicker.** [1880–85; SLICK¹ + -ER¹] —**slick′ered,** *adj.*

**slick·er²** (slik′ər), *n.* a tool, usually of stone or glass, for scraping, smoothing, and working tanning agents into a skin or hide. [1850–55; SLICK² + -ER¹]

**slick-rock** (slik′rok′), *n.* rock or a rock formation that is smooth and slippery. [SLICK¹ + ROCK¹]

**slick·ster** (slik′stər), *n. Slang.* a crafty and opportunistic or deceitful person; hustler; swindler. [1960–65; SLICK¹ + -STER]

**slide** (slīd), *v.,* **slid** (slid), **slid** or **slid·den** (slid′n), **slid·ing,** *n.* —*v.i.* **1.** to move along in continuous contact with a smooth or slippery surface: *to slide down a snow-covered hill.* **2.** to slip or skid. **3.** to glide or pass smoothly. **4.** to slip easily, quietly, or unobtrusively on or as if on a track, channel, or guide rail (usually fol. by *in, out, away,* etc.). **5.** to pass or fall gradually into a specified state, character, practice, etc., by decline or decrease: *Interest rates are beginning to slide.* **7.** *Baseball.* (of a base runner) to cast oneself, usually feet first, forward along the ground in the direction of the base being approached, to prevent less of a target for a baseman attempting to make a tag. —*v.t.* **8.** to cause to slide or coast, as over a surface or with a smooth, gliding motion. **9.** to hand, pass along, or slip (something) easily or quietly (usually fol. by *in, into,* etc.). **10.** **let slide,** to allow to deteriorate, pursue a natural course, etc., without intervention on one's part: *to let things slide.* —*n.* **11.** an act or instance of sliding. **12.** a smooth surface for sliding on, esp. a type of chute in a playground. **13.** an object intended to slide. **14.** *Geol.* **a.** a landslide or the like. **b.** the mass of matter sliding down. **15.** a single, transparency, object, or image for projection in a projector, as a lantern slide. **16.** *Photog.* a small positive color transparency mounted for projection on a screen or magnification through a viewer. **17.** a usually rectangular plate of glass on which objects are placed for microscopic examination. **18.** *Furniture.* a shelf sliding into the body of a piece when not in use. **19.** *Music.* **a.** an embellishment consisting of an upward or downward series of three or more tones, the last of which is the principal tone. **b.** a portamento. **c.** a U-shaped section of the tube of an instrument of the trumpet class, as the trombone, that can be pushed in or out to alter the length of the air column and change the pitch. **20.** a vehicle mounted on runners, for conveying loads, as of grain or wood, esp. over a level surface. **21.** (of a machine or mechanism) **a.** a moving part working on a track, channel, or guide rails. **b.** the surface, track, channel, or guide rails on which the part moves. **22.** any of various chutes used in logging, mining, or materials handling. **23.** a flat or very low-heeled, backless shoe or slipper that can be slipped on and off the foot easily. [bef. 900; ME *slīden* (v.), OE *slīdan;* c. MLG *slīden,* MHG *slīten;* akin to SLED] —**slid′a·ble,** *adj.* —**slid′a·ble·ness,** *n.*
—**Syn. 1.** slither. SLIDE, GLIDE, SLIP suggest movement over a smooth surface. SLIDE suggests a movement of one surface over another in contact with it to *slide downhill.* GLIDE suggests a continuous, smooth, easy, and (usually) noiseless motion: *a dancer gliding over the floor.* To SLIP is to slide in a sudden or accidental way: *to slip on the ice and fall.*

**slide-ac·tion** (slīd′ak′shən), *adj.* (of a rifle or shotgun) having a lever that when slid back and forth ejects the empty case and cocks and reloads the piece.

**slide′ fas′tener,** zipper (def. 2). [1935–40]

**slide′ gui′tar′,** bottleneck guitar (def. 3). [1965–70]

**slide′ knot′,** a knot formed by making two half hitches on the standing part of the rope, the second hitch being next to the loop, which can be tightened.

**Sli·dell** (sli del′), *n.* a town in SE Louisiana. 26,718.

**Slide′ Moun′tain,** a mountain in SE New York: highest peak of the Catskill Mountains. 4204 ft. (1280 m).

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b, blend of, blended; c, cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r., replacing; s., stem; sp., spelling, spelled; reps., respelling, respelled; trans., translation; ?, origin unknown; *, unattested; ‡, probably earlier than. See the full key inside the front cover.

*Baseball.* a fast pitch that curves slightly and sharply in front of a batter, away from the side from which it was thrown. **3.** any of several freshwater turtles of the genus *Chrysemys,* of North America, having a smooth shell usually olive brown with various markings above and yellow below: some, esp. C. *scripta,* are raised commercially and the young sold as pets, rarely surviving to adulthood. [1520–30; SLIDE + -ER¹]

**slide′ rule′,** a device for performing mathematical calculations, consisting essentially of a ruler having a sliding piece moving along it, both marked with graduated, usually logarithmic, scales: now largely replaced by the electronic calculator. [1655–65 for earlier sense; 1875–80 for current sense]

**slide′ trombone′.** See under **trombone.**

**slide′ valve′,** *Mach.* a valve that slides without lifting to open or close an aperture, as the valves of the ports in the cylinders of certain steam engines. [1795–1805]

**slide-way** (slīd′wā′), *n.* an inclined surface along which something can slide. [1855–60; SLIDE + WAY¹]

**slid·ing** (slī′ding), *adj.* **1.** rising or falling, increasing or decreasing, according to a standard or to a set of conditions. **2.** operated, adjusted, or moved by sliding: *a sliding door.* [bef. 900; ME; OE *slīdinge.* See SLIDE, -ING²] —**slid′ing·ly,** *adv.* —**slid′ing·ness,** *n.*

**slid′ing rule′,** (formerly) a slide rule. [1655–65]

**slid′ing scale′,** **1.** a variable scale, esp. of industrial costs, as wages, that may be adapted to changes in demand. **2.** a wage scale varying with the selling price of goods produced, the cost of living, or profits. **3.** a price scale, as of medical fees, in which prices vary according to the ability of individuals to pay. **4.** a tariff scale varying according to changing prices. [1700–10]

**slid′ing seat′,** a rower's seat that rides on wheels in metal tracks fastened to the boat's frame, allowing the seat to slide back and forth, thereby tapping the rower's leg strength to maximize the stroke. [1870–75]

**slid′ing vec′tor,** *Mech.* a vector having specified magnitude and lying on a given line. Also called **line vector.**

**sli·est** (slī′ist), *adj.* a superlative of **sly.**

**sli·est** (slī′ist), *adj.* a superlative of **sly.**

**slight** (slīt), *adj.,* **-er, -est,** *v., n.* —*adj.* **1.** small in amount, degree, etc.: *a slight increase; a slight odor.* **2.** of little importance, influence, etc.; trivial: *a slight cut.* **3.** slender or slim; not heavily built. **4.** frail; flimsy; delicate: *a slight fabric.* **5.** of little substance or strength. —*v.t.* **6.** to treat as of little importance. **7.** to treat (someone) with indifference; ignore, esp. pointedly or contemptuously; snub: *to be slighted by society.* **8.** to do negligently; scamp: *to slight one's studies.* —*n.* **9.** an act or instance of slighting indifference or treatment: *Slights marred his work.* **10.** a pointed and contemptuous discourtesy; affront: *She considered not being invited an unforgivable slight.* [1250–1300; ME (adj.) smooth, sleek, slender; cf. OE -slīht- in *north-slihtes* even with ground; c. G *schlicht,* ON *slēttr,* Goth *slaihts* smooth] —**slight′er,** *n.* —**slight′ly,** *adv.* —**slight′ness,** *n.* —**Syn. 2.** insignificant, trifling, paltry. **3.** See **slender. 4.** weak, feeble, fragile. **5.** unsubstantial, inconsiderable. **6.** disdain, scorn. SLIGHT, DISREGARD, NEGLECT, OVERLOOK mean to pay no attention or too little attention to someone or something. To SLIGHT is to give only superficial attention to something important: *to slight one's work.* To DISREGARD is to pay no attention to a person or thing: *to disregard the rules;* in some circumstances, to DISREGARD may be admirable: *to disregard a handicap.* To NEGLECT is to shirk paying sufficient attention to a person or thing: *to neglect one's correspondence.* To OVERLOOK is to fail to see someone or something (possibly because of carelessness): *to overlook a bill that is due.* **9.** neglect, disregard, inattention; disdain, scorn. **10.** See **insult.** —**Ant. 1.** considerable.

**slight-ing** (slī′ting), *adj.* derogatory and disparaging; belittling. [1605–15; SLIGHT + -ING²] —**slight′ing·ly,** *adv.*

**Sli·go** (slī′gō), *n.* **1.** a county in Connaught province, in the NW Republic of Ireland. 55,425; 694 sq. mi. (1795 sq. km). **2.** its county seat: a seaport. 18,609.

**sli·ly** (slī′lē), *adv.* slyly.

**slim** (slim), *adj.,* **slim·mer, slim·mest,** *v.,* **slimmed, slim·ming,** *n.* —*adj.* **1.** slender, as in girth or form; slight in build or structure. **2.** poor or inferior: *a slim chance; a slim excuse.* **3.** small or inconsiderable; meager; scanty: *a slim income.* **4.** sized for the thinner than average person. —*v.t.* **5.** to make slim. —*v.i.* **6.** to become slim. **7.** *Chiefly Brit.* to try to become more slender, esp. by dieting. **8. slim down,** *a.* to lose weight, esp. intentionally. *b.* (of a business) to reduce operating expenses; economize. —*v.t.* **9.** a garment sized for a thin person. [1650–60; < D *slim* sly, (earlier) crooked (c. G *schlimm* bad, (earlier) crooked)] —**slim′ly,** *adv.* —**slim′ness,** *n.*
—**Syn. 1.** thin. See **slender. 3.** insignificant, trifling, trivial, paltry. —**Ant. 1.** fat. **3.** considerable; abundant.

**slim′ disease′,** a form of AIDS common in Africa, marked by emaciation and fever. [1985–90]

**slime** (slīm), *n., v.,* **slimed, slim·ing.** —*n.* **1.** thin, glutinous mud. **2.** any ropy or viscous liquid matter, esp. of a foul kind. **3.** a viscous secretion of animal or vegetable origin. **4.** *Slang.* a repulsive or despicable person. —*v.t.* **5.** to cover or smear with or as if with slime. **6.** to remove slime from, as fish for canning. Def. 1000; ME *slyme,* OE *slīm;* c. D *slijm,* G *Schleim,* ON *slīm*]

**slime′ bacte′ria.** See **gliding bacteria.** [1955–60]

**slime′ mold′, 1.** any of numerous filamentous organisms belonging to the phylum Myxomycota, of the kingdom Protista (or the plant class Myxomycetes), characterized by a noncellular, multinucleate, creeping somatic phase and a propagative phase in which fruiting bodies are produced bearing spores that are covered by cell walls.

Acrasiomycota or class Acrasiomycetae), differing from the true slime molds in being cellular and amoeboid throughout the life cycle. [1875–80]

**slim-line** (slim′līn′), *adj.* **1.** slim in appearance pertaining to, or noting a long, slender shape or item. [SLIM + LINE¹]

**slim·mer** (slim′ər), *n. Brit.* a person who is trying to lose weight, esp. by dieting. [SLIM + -ER¹]

**slim·nas·tics** (slim nas′tiks), *n.* (*used with a singular or plural v.*) exercises to help someone lose weight. [1965–70; b. SLIM and GYMNASTICS]

**slim·sy** (slim′zē), *adj.* flimsy; frail. Also, **slimp′sy.** [1835–45, Amer.; b. SLIM and FLIMSY]

**slime** (slīm), *adj.,* **slim·i·er, slim·i·est. 1.** of, like, or covered with slime. **2.** abounding in or covered with slime. **3.** abounding in or covered with slime: *slimy foul or vile.* [1300–1400; ME; see SLIME, -Y¹] —**slim′i·ly,** *adv.* —**slim′i·ness,** *n.*

**sling¹** (sling), *n., v.,* **slung, sling·ing.** —*n.* **1.** a device for hurling stones or other missiles that consists typically, of a short strap with a long string at each end, that is operated by placing the missile in the strap, holding the ends of the strings in one hand, swinging the instrument around in a circle and releasing one of the strings to discharge the missile. **2.** a slingshot. **3.** a bandage used to suspend or support an injured part of the body, commonly a bandage suspended from the neck to support an injured arm or hand. **4.** a rope, chain, etc., forming a loop by which something is suspended or carried, as a strap attached to a rifle and passed over the shoulder. **5.** sling-back. **6.** an act of slinging. **7.** a rope, chain, net, etc., for holding or lifting or being hoisted. **8.** *Naut.* chains for supporting a hoisting yard. **b.** slings, the ropes, chains, etc., by which the hoisting yard to which main sails are attached and the middle of a hoisting yard. —*v.t.* **9.** to throw; hurl; fling, as from a sling. **10.** to hang loosely with a sling to raise or lower. **11.** to raise by such means. **12.** to hang by a sling or by the swing loosely; *to sling a rifle over one's shoulder.* **b.** to suspend: *to sling a hammock between two trees.* **c.** *Informal.* to serve as a waiter or waitress: *to sling hash, Slang.* to work as a waiter at a lunch counter or cheap restaurant. [1175–1225; ME *slyngen* < ON *slyngva* to sling, fling; c. OE slingan to wind, twist] —**sling′er,** *n.* [def. 3, slinger, in this sense "strap, hoist" may be of distinct orig.]

**sling²** (sling), *n.* an iced alcoholic drink, typically of liquor, usu. flavored and sweetened: *gin, water, sugar, and lemon or lime.* [1785–95, *Amer.;* of uncert. orig.]

**sling-back** (sling′bak′), *n.* **1.** Also called **slingback shoe.** a woman's shoe with an open back and a strap encircling the heel of the foot to keep the shoe on the foot. —*adj.* **2.** having such a strap or sling: *sling-back sandals.*

**sling′ chair′,** any of several varieties of chair having a seat and back formed from a single sheet of canvas, leather, or the like, hanging loosely in a frame.

**sling·er** (sling′ər), *n.* **1.** a person or thing that slings. **2.** *Mach.* flinger (def. 2). [1350–1400; ME; SLING¹ + -ER¹]

**sling′ psychrom′eter,** a psychrometer that the wet-bulb thermometer can be ventilated by whirling in the air.

**sling-shot** (sling′shot′), *n.* a Y-shaped elastic strip between the prongs for shooting small missiles. [1840–50, *Amer.; SLING]*

**slink** (slingk), *v.,* **slunk** or (*Archaic*) **slank**, **slink·ing.** *n., adj.* —*v.i.* **1.** to move or go in a sly manner, as from fear, cowardice, or shame, or move in a slow, sinuous, provocative way (esp. of cows) to bring forth (young) prematurely. **4.** a prematurely born calf or other animal born prematurely: *a slink calf.* [bef. 1000 (v.), OE *slincan* to creep, crawl; c. LG *schlinken*] —**slink′ing·ly,** *adv.*
—**Syn. 1.** skulk, sneak, lurk.

**slink·y** (sling′kē), *adj.,* **slink·i·er, slink·i·est.** characterized by or proceeding with slinking movements. **2.** made of soft, often clinging material that follows the figure closely and flatters the figure: *a slinky gown.* [1815–20; SLINK + -Y¹] —**slink′i·ly,** *adv.* —**slink′i·ness,** *n.*

**slip¹** (slip), *v.,* **slipped** or (*Archaic*) **slipt**, **slip·ping.** *n.* —*v.i.* **1.** to move, flow, pass, or go smoothly or easily; glide; slide: *Water slips off a smooth surface.* **2.** to slide suddenly or involuntarily; to lose one's footing or balance accidentally: *She slipped on the ice.* **3.** to move, slide, or pass gradually from a position; that *his hat had slipped over his eyes.* **4.** or become disengaged from a fastening. **5.** *The soap slipped from my hand.* **5.** to pass from one's grasp; to be lost. **6.** to pass quickly from memory or from the mind's consciousness. **7.** to elapse or pass quickly: *tibby (often fol. by away or by): The years seem to become involved or absorbed easily to slip into a way of life.* **9.** to move or go quietly, unobtrusively: *to slip out of a room.* **10.** to take off a garment easily or quickly: *She slipped into a new sweater.* **11.** to make a mistake or error: *I know, you haven't slipped once, standard or accustomed level, or to decrease or quality; decline; deteriorate: His work has slipped this year.* **13.** to be said or revealed inadvertently (fol. by *out*): *The secret slipped out.* *—v.t.* **14.** to cause or smear or make slip; cause to slide smoothly. **15.** *Aeron.* to study, consider, etc., without attention: *He slipped the most important part.* **15.** *Aeron.* to sideship. **16.** to cause to move, pass, go, etc., easy, or sliding motion. **17.** to cut, place, withdraw quickly or stealthily: *to slip a letter into someone's hand.* **18.** to put on or take off (a garment) easily or quickly: *He slipped the shirt over his head* or quickly: *He slipped the shirt over his head (something) slide out of a fastening etc.: I slipped the lock, and the door creaked open.*

# EXHIBIT
# I

# WEBSTER'S
# NEW
# TWENTIETH CENTURY
# DICTIONARY

## OF THE
## ENGLISH LANGUAGE

### UNABRIDGED

#### SECOND EDITION

BASED UPON THE BROAD FOUNDATIONS LAID DOWN BY

## Noah Webster

EXTENSIVELY REVISED BY THE PUBLISHER'S EDITORIAL STAFF UNDER THE GENERAL SUPERVISION OF

## JEAN L. McKECHNIE

INCLUDING ETYMOLOGIES, FULL PRONUNCIATIONS, SYNONYMS, AND AN ENCYCLOPEDIC SUPPLEMENT
OF GEOGRAPHICAL AND BIOGRAPHICAL DATA, SCRIPTURE PROPER NAMES, FOREIGN WORDS AND
PHRASES, PRACTICAL BUSINESS MATHEMATICS, ABBREVIATIONS, TABLES OF WEIGHTS AND MEASURES,
SIGNS AND SYMBOLS, AND FORMS OF ADDRESS

ILLUSTRATED THROUGHOUT



COLLINS ⬤ WORLD

1978

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1977 and 1975 by
William Collins+World Publishing Co., Inc.

Copyright © 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964, 1966, 1968, 1970
by The World Publishing Company

Previous edition Copyright © 1940, 1941, 1942, 1943,
1945, 1946, 1947, 1949, 1950, 1951, 1952, 1953, 1954
by the World Publishing Company

Copyright © by The World Syndicate Publishing Company 1936, 1938

Copyright © by Louise A. Cooper 1933, 1934, 1935

Copyright © by Geo. W. Ogilvie 1904, 1905, 1906, 1907, 1908,
1909, 1910, 1911, 1912, 1924, 1926

Full-Color Plates Copyright © 1972 by
The World Publishing Company

Copyright under the Universal Copyright Convention; the International
Copyright Union; Pan-American Conventions of Montevideo, Mexico, Rio de
Janeiro, Buenos Aires and Havana.

### ISBN #0-529-04852-3

PRINTED IN THE UNITED STATES OF AMERICA

Case 1:06-cv-00762-JJF    Document 25-3    Filed 09/14/2007    Page 22 of 28

ig

recurring con- 
-d mind, con- 
-nscious thou[g] 
a period of co[n]

[ sleep, as den 
, etc. 
, as of petal- 
-ant position.]

ping, *ppr.*]

-; to slumber; 
-ubling sleep; 
-rnation, etc. 
-ifferent positi[on]

ce where one 
-nt. 
-ncified kind o[f] 
-eep.' 
-: this inn sl[ee]

n sleeping; 
-y sleeping; 
nap. 
-agopogon p.[]

-al that asleep; 
-, the man [i]

-ontally, as 
-ing above [] 
track. [Brit[]

-nexpected 
-; in winter 
-not, certai[n]

-l fish. 
-hich usuall[y]

microscopi[c]

-w not exp[]

player wh[o] 
-nce rema[ins]

-sy miniatu[re] 
-te of bein[g]

-s, sleepin[g] 
-ping room 
-a sleepin[g]

bag mad[e] 
-shed with 
-hich pas[]

- [Brit.] 
-inguished 
-f profits 
-s diseas- 
-; that ar- 
-ies, espe- 
-rized by t 
-d finall[y]

-sed by [a] 
-drows[] 
-ephalit[is]

-used i[n] 
-] wake 
-thful 
-seve[r]

-r, 
-f birds 
-Myxin[e] 
-hypno[] 

-hypno[]

book[]

**sleep′walk″ẽr** (-wôk″), *n.* a somnambulist; one who walks in his sleep.

**sleep′walk″ing,** *n.* the act or practice of walking while asleep; somnambulism.

**sleep′wort′,** *n.* lettuce, especially the European wild variety, *Lactuca virosa,* from which lactucarium, a narcotic, is obtained.

**sleep′y,** *a.; comp.* sleepier; *superl.* sleepiest. 1. ready or inclined to sleep; needing sleep; drowsy.

2. characterized by an absence of activity; dull; idle; lethargic; as, a *sleepy* river town.

3. causing drowsiness; inducing sleep.

4. of or exhibiting drowsiness.

*sleepy duck;* the ruddy duck. [Dial.]

**sleep′y-head** (-hed), *n.* 1. one who is dull or sleepy.

2. the ruddy duck. [Dial.]

**sleet,** *n.* [ME. *slete;* long AS. *slete;* akin to G. *schlosse,* hail.]

1. partly frozen rain, or rain that freezes as it falls.

2. a mixture of rain with snow or hail.

3. the icy coating formed when rain freezes on trees, streets, etc.

**sleet,** *v.i.* to shower in the form of sleet.

**sleet′i-ness,** *n.* the quality or condition of being sleety.

**sleet′y,** *a.; comp.* sleetier; *superl.* sleetiest; characterized by, consisting of, or like sleet.

**sleeve,** *n.* [ME. *sleve, sleeve;* AS. *slefe, slyf,* from *slypan,* to slip.]

1. the part of a garment that is fitted to cover the arm or part of the arm; as, the *sleeve* of a coat.

2. in mechanics, a tube into which a rod or another tube is inserted.

3. a sleeve nut.

4. a short tube connection, usually with right and left threads.

5. a long, tubular cloth bag towed on a long line by an airplane, used as a target for antiaircraft gunnery practice: also *sleeve target.*

*to laugh in one's sleeve;* see under *laugh.*

*up one's sleeve;* hidden or secret but ready at hand.

**sleeve,** *v.t.;* sleeved, *pt., pp.;* sleeving, *ppr.* to furnish with sleeves; to put sleeves in.

**sleeve but′ton,** a button or stud to fasten the sleeve or wristband.

**sleeved,** *a.* fitted with sleeves: often in hyphenated compounds, as short-*sleeved.*

**sleeve′fish,** *n.* the penfish or squid.

**sleeve′less,** *a.* 1. having no sleeves.

2. futile; feeble; without pretext. [Dial.]

**sleeve nut,** a coupling with the threads cut in opposition, for connecting and tightening pipes or rods.

**sleeve valve,** a rotating, reciprocating sleeve between the piston and cylinder wall of some internal-combustion engines: the sleeve has two slots which open and close the fuel intake and exhaust ports in the cylinder wall.

**sleigh** (slā), *n.* [D. *slee,* a contr. form of *sleede,* as *sled* or *sledge.*] a light passenger vehicle mounted on runners, used for travel on snow or ice.

**sleigh,** *v.i.* to ride in or drive a sleigh.

**sleigh bell,** any of a number of small bells attached to a sleigh or to the harness of the animal drawing it.

**sleigh′ing,** *n.* 1. a riding or carrying in a sleigh.

2. the condition of the snow or ice in winter that makes this possible; as, good *sleighing.*

**sleight** (slīt), *n.* [ME. *slehthe;* Ice. *slœgth, slyness, cunning, from slœgr, sly.]

1. cunning or craft used in deceiving. [Rare or Archaic.]

2. a clever act of deception; a skillful trick or stratagem.

3. skill; deftness; dexterity.

**sleight′ful,** *a.* artful; cunningly dexterous.

**sleight′i-ly,** *adv.* craftily. [Obs.]

**sleight of hand,** 1. skill with the hands, especially in confusing or deceiving onlookers, as in magic; legerdemain.

2. a trick or series of tricks thus performed.

**sleight′y,** *a.* crafty; tricky. [Rare.]

**Sleip′nẽr,** *n.* in Norse mythology, the eight-legged steed on which Odin rode to the lower world.

**slen′dẽr,** *a.* [ME. *slendre, sclendre,* prob. from Anglo-Fr. *esclendre.*]

1. small in width or girth for the length or height; long and thin; slim.

2. small or limited in amount, size, extent, etc.; meager; as, *slender* earnings.

3. of little force or validity; having slight foundation; feeble; as, *slender* hope.

Mighty hearts are held in *slender* chains. 
　　　　　　　　　　　　　　　—Pope.

4. lacking volume or fullness, as sound.

5. in phonetics, thin; close; narrow.

Syn.—fragile, slight, slim, thin.

**slen′dẽr grass,** any grass with slender spikes, belonging to the genus *Leptochloa.*

**slen′dẽr-ize,** *v.t.* and *v.i.;* slenderized, *pt., pp.;* slenderizing, *ppr.* to make or become slender.

**slen′dẽr-ly,** *adv.* in a slender manner; so as to be slender.

**slen′dẽr-ness,** *n.* the quality or condition of being slender.

**slent,** *v.t.* to jest. [Obs.]

**slep,** *v.* obsolete past tense and past participle of *sleep.*

**slè-paz′** (-petz′), *n.* [Russ. *slyepets,* blind.] a molelike rodent, *Spalax typhlus,* of Europe.

**slept,** *v.* past tense and past participle of *sleep.*

**sleuth,** *n.* [ME. *sloth* (mod. sp. from northern dial.), form Ice. *sloth,* a track or trail.]

1. a sleuthhound.

2. a detective. [Colloq.]

**sleuth,** *v.i.* to act as a detective.

**sleuth′hound,** *n.* 1. a dog, especially a bloodhound, that can follow a trail by scent.

2. a detective. [Colloq.]

**slew,** *n., v.t.* and *v.i.* same as *slue* (turn).

**slew,** *n.* a slough; wet place.

**slew,** *v.* past tense of *slay.*

**slew,** *n.* a large number, group, or quantity; a lot: also spelled *slue.* [Colloq.]

**sley,** *v.* and *n.* in weaving, same as *slay.*

**slice,** *n.* [OFr. *esclice;* O.H.G. *slizan,* to break, split.]

1. a relatively thin, broad piece cut from an object having some bulk or volume; as, a *slice* of apple.

2. a part, portion, or share; as, he spent a large *slice* of his winnings.

3. any of various implements with a flat, broad blade, used for turning food in a skillet, serving fish, etc.

4. a spatula for spreading printing ink.

5. in golf, a sliced stroke.

6. in shipbuilding, a wedge to be driven between the timbers before planking.

**slice,** *v.t.;* sliced (slīst), *pt., pp.;* slicing, *ppr.* 1. to cut into slices.

2. (a) to cut as a slice or slices (with *off, from, away,* or *out);* (b) to cut across or through like a knife; as, the plow *sliced* the land.

3. to separate into parts or shares.

4. to use a slice (implement) or slice bar to work at, spread, remove, etc.

5. in golf, to cause (a ball) to curve to the right (for a right-handed player) or to the left (for a left-handed player) by hitting it with a glancing stroke.

**slice,** *v.i.* in golf, to slice a ball.

**slice bār,** an iron tool with a broad, thin end, used in a coal furnace for breaking clinkers and clearing out ashes, etc.

**slice gal′ley;** in printing, a galley, usually of wood, with a sliding bottom which facilitated the removal of composed types and from the stone. [Obs.]

**slī′cẽr,** *n.* 1. one who or that which slices.

2. a slightly concave circular saw used in gem cutting.

**slick,** *v.t.* [ME. *sliken,* prob. from AS. -*slician,* -lit.; to smooth by hammering, from *slic,* a mallet, hammer.]

1. to make sleek, glossy, or smooth.

2. to make smart, neat, or tidy (usually with *up).* [Colloq.]

**slick,** *a.* 1. sleek; glossy; smooth.

2. slippery; oily, as a surface.

3. accomplished; adept; clever; smart; ingenious.

4. clever in deception or trickery; deceptively plausible; smooth; as, a *slick* alibi. [Colloq.]

5. having or showing skill in composition or technique but little depth or literary significance; as, a *slick* book, a *slick* style of writing. [Colloq.]

6. excellent; fine; enjoyable; as, it was a *slick* meal. [Slang.]

7. having a pleasing appearance; attractive. [Slang.]

**slick,** *n.* 1. a smooth area on the surface of water, as resulting from a film of oil.

2. something used for smoothing and polishing, as a kind of broad, flat chisel.

3. a magazine printed on paper with a glossy finish: distinguished from *pulp.* [Slang.]

**slick,** *adv.* smoothly, cleverly, deftly, easily, etc.

**slick′ẽn,** *n.* slick; smooth. [Brit. Dial.]

**slick′ens,** *n. pl.* in mining, the dust made by a quartz mill; also, the light soil from a hydraulic mine. [Rare.]

**slick′ẽn-side,** *n. [often in pl.]* a smooth, polished rock surface produced by friction, pressure, or cleavage.

**slick′ẽr,** *n.* 1. a loose, waterproof coat made of oil-treated cloth. [Colloq.]

2. a tricky, cleverly deceptive person. [Colloq.]

**slid,** *v.* past tense and alternative past participle of *slide.*

**slid′den,** *v.* alternative past participle of *slide.*

**slid′dẽr-y,** *a.* slippery. [Dial.]

**slide,** *v.i.; pt.* slid, *pt.;* slid or slidden, *pp.;* sliding, *ppr.* [ME. *sliden,* from AS. *slidan,* to slide.]

1. to move along in constant frictional contact with some surface or substance; as, the boxes *slide* across the deck; the car *slid* to a stop.

2. to move in this manner on a sled, the feet, etc. in contact with a smooth surface, as ice.

3. to move quietly and smoothly; to glide.

4. to move stealthily or secretly; as, the cat *slid* around the corner.

5. to slip; as, the sword *slid* from his hand.

6. to slip or pass gradually into or out of some condition, habit, situation, etc.

7. in baseball, to drop down and slide along the ground toward a base to avoid being tagged out by the baseman.

8. in music, to pass from one tone to another without breaking the sound.

**slide,** *v.t.* 1. to cause to slide; to make move with a smooth, gliding motion.

2. to move, place, or introduce quietly or dexterously (usually with *in* or *into).*

**slide,** *n.* 1. an act of sliding.

2. a smooth, usually inclined track, surface, or trough used for sliding; a chute; as, the children made a *slide* on the snow bank.

3. something that operates by sliding; a sliding part.

4. a transparent plate bearing a picture for projection on a screen, as by a magic lantern.

5. a small glass plate used as a mounting for objects to be examined under a microscope.

6. (a) the fall of a mass of rock, snow, earth, etc. down a slope; (b) the mass that falls.

7. in music, (a) a portamento; (b) a U-shaped section of tubing which is moved to change the pitch of certain brass-wind instruments, especially the trombone; (c) a grace or ornamentation made up of two or more notes leading to a main note.

8. a brooch or clasp, as for a belt or chain.

9. the lower part of a ship's carronade or howitzer carriage, on which the top carriage rested and was run in and out. [Obs.]

10. the guide bars of a box or crosshead in a steam engine.

**slide box,** in electricity, a resistance box that uses a slide wire instead of a coil.

**slide bridge,** in electricity, a style of Wheatstone's bridge, a device for measuring resistances.

**slide car′ri-ẽr,** a device used in a stereopticon for inserting the slides and carrying them in front of the light.

**slide fās′ten-ẽr** (fäs′n-), a device used to fasten together or untasten two adjoining edges of material, as on the fly of a sweater, the placket of a dress, etc.: it consists of two rows of small interlocking tabs which, are joined or separated by the action of a part that slides up and down; also called *zipper.*

**slide′groat,** *n.* shuffleboard. [Obs.]

**slide knot** (not), a sliphknot.

**slide′lāthe,** a metalworker's lathe in which the tool rest slides on the bed from end to end.

**slīd′ẽr,** *n.* 1. one who slides.

2. the part of an instrument or machine that slides.

3. the potter or red-bellied terrapin, *Pseudemys rugosa,* of the United States.

**slī′ding,** *a.* sliding. [Obs.]

**slide rail,** 1. a switch rail.

2. a contrivance for transferring cars from

# EXHIBIT
# J

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

leather) in which articles may be rolled and fastened by straps or clasps ⟨jewelry ~⟩ **g** (1) : paper money folded or rolled into a wad (2) *slang* : BANKROLL **3** : something that performs a rolling action or movement : ROLLER **4** : a wheel for making decorative lines on book covers; *also* : a design impressed by such a tool

²**roll** *vb* [ME; fr. AF *rouler, roller,* fr. *roele* wheel, rowel & *roule* roll] *vt* (14c) **1** *a* : to impel forward by causing to turn over and over on a surface **b** (1) : to cause to revolve by turning over and over on or as if on an axis *c* (1) : to cause to move in a circular manner ⟨they ~ed their eyes at the absurdity⟩ *d* : to form into a mass by turning over and over *e* : to impel forward with an easy continuous motion **f** : to cause to move in a given direction by or as if by turning a crank ⟨~ed down the window⟩ **2 a** : to put a wrapping around : ENFOLD, ENVELOP **b** : to wrap round on itself : shape into a ball or roll ⟨~ed up the newspaper⟩; *also* : to produce by such shaping ⟨~ed his own cigarettes⟩ **3** : to press, spread, or level with a roller : make smooth, even, or compact ⟨hulled and ~ed oats⟩ ⟨~ paint⟩ — often used *with out* ⟨~ed out the dough⟩ **4** : to move on rollers or wheels ⟨~ed the patient into the operating room⟩ **b** : to cause to begin operating or moving ⟨~ the cameras⟩ **5 a** : to sound with a full reverberating tone ⟨~ed out the words⟩ **b** : to make a continuous beating sound upon : sound a roll upon ⟨~ed their drums⟩ *c* : to utter with a trill ⟨~ed his r's⟩ *d* : to play (a chord) in arpeggio style **6** : to combine so as to comprise one entity — used in the phrase *rolled into one* ⟨a shopping center, amusement park, and nightclub all ~ed into one⟩ **7** : to rob (a drunk, sleeping, or unconscious person) usu. by going through the pockets; *broadly* : ROB **8** : BOWL **~** *vi* **1** *a* : to move along a surface by rotation without sliding **b** (1) : to turn over and over ⟨the children ~ed in the grass⟩ (2) : to luxuriate in an abundant supply : WALLOW ⟨fairly ~ing in money⟩ **2 a** : to move onward or around as if by completing a revolution : ELAPSE, PASS ⟨the months ~ on⟩ **b** : to shift the gaze continually ⟨eyes ~ing in terror⟩ **c** : to revolve on an axis **3** : to move about : ROAM, WANDER **4** *a* : to go forward in an easy, gentle, or undulating manner ⟨the waves ~ed in⟩ **b** : to flow in a continuous stream : POUR ⟨money was ~ing in⟩ *c* : to flow as part of a stream of words or sounds ⟨the names ~ off your tongue⟩ *d* : to have an undulating contour ⟨~ing prairie⟩ **5** *a* : to be extended : STRETCH **5 a** : to travel in a vehicle ⟨~ing north on the highway⟩ **b** : to become carried on a stream *c* : to move on wheels **6 a** : to make a deep reverberating sound ⟨the thunder ~ed⟩ **b** : TRILL **7 a** : to swing from side to side ⟨the ship heaved and ~ed⟩ **b** : to walk with a swinging gait : sway **8 a** : to take the form of a cylinder or ball **b** : to respond to rolling in a specified way **9** *a* : to get under way : begin to move or operate **b** : to move forward : develop and maintain impetus ⟨the project finally got ~ing⟩; *esp* : to proceed or progress with notable ease or success ⟨the ball bounces ~ing⟩ **10** : to execute a somersault **11** *of a football quarterback* : to run toward one flank usu. parallel to the line of scrimmage esp. before throwing a pass — often used *with out* — roll the bones : to shoot craps — roll the dice : to assume a risk by taking action ⟨rolled the dice when they bought those stocks⟩ — roll with the punches **1** : to move so as to lessen the impact of blows **2** : to adjust to things as they happen

³**roll** *n* (1688) **1** *a* : a sound produced by rapid strokes on a drum **b** : a sonorous and often rhythmical flow of speech *c* : a heavy reverberatory sound ⟨the ~ of cannon⟩ **2** *a* : a rolling movement or an action or process involving such movement ⟨a ~ of the dice⟩ ⟨an airplane's takeoff ~⟩ *b* : a swaying movement of the body **b** : a side-to-side movement (as of a ship or train) *c* (1) : a flight maneuver in which a complete revolution about the longitudinal axis of an airplane is made with the horizontal direction of flight being approximately maintained (2) : the motion of an aircraft or spacecraft about its longitudinal axis *d* : a somersault executed in contact with the ground — on a roll : in the midst of a series of successes : on a hot streak — sometimes used with a modifier ⟨has been on a brilliant roll⟩

**roll-back** \ˈrōl-ˌbak\ *n* (1937) : the act or an instance of rolling back ⟨a government-ordered ~ of gasoline prices⟩

**roll back** *vt* (1942) **1** : to reduce (as a commodity price) to or toward a previous level on a national scale **2** : to cause to retreat or withdraw : push back **3** : RESCIND ⟨attempted to *roll back* antipollution standards⟩

**roll bar** *n* (ca. 1952) : an overhead metal bar on an automobile that is designed to protect the occupant in case of a rollover

**roll cage** *n* (1966) : a protective framework of metal bars encasing the driver of a vehicle (as a racing car)

**roll call** *n* (1775) **1** : the act or an instance of calling off a list of names (as for checking attendance); *also* : a time for a roll call **2** : LIST

¹**roll-er** \ˈrō-lər\ *n* (13c) **1 a** : a revolving cylinder over or on which something is moved or which is used to press, shape, spread, or smooth something **b** : a cylinder or rod on which something (as a shade) is rolled up **2 a** : a long heavy ocean wave **b** : TUMBLER **b 3** : one that rolls or performs a rolling operation **4** : a slowly rolling ground ball

²**roll-er** \ˈrō-lər\ *n* [G, fr. *rollen* to roll, reverberate, fr. MF *roller* — more at ROLL] (1678) **1** : any of various mostly brightly-colored nonpasserine Old World birds (family Coraciidae) that perform rolling aerial dives during courtship displays **2** : a canary having a song in which the notes are soft and run together

**roller bearing** *n* (1857) : a bearing in which the journal rotates in peripheral contact with a number of rollers usu. confined in a cage

**Roll-er-blade** \ˈrō-lər-ˌblād\ *trademark* — used for an in-line skate

**roll-er-coast-er** \ˈrō-lər-ˌkō-stər, ˈrō-lə-ˌkō-stər\ *adj* (1940) : marked by numerous ups and downs ⟨an entertainer's ~ career⟩

**roller coaster** *n* \ˈrō-lər-ˌkō-stər, ˈrō-lə-ˌkō-stər\ *n* (1884) **1** : an elevated railway (as in an amusement park) constructed with sharp curves and steep inclines on which cars roll **2** : something resembling a roller coaster; *esp* : behavior, events, or experiences characterized by sudden and extreme changes ⟨an emotional *roller coaster*⟩



roller bearing: 1 outer race, 2 cage, 3 roller, 4 inner race

**Roller Derby** *service mark* — used for an entertainment involving contest between two roller-skating teams on an oval track

**roller rink** *n* (1885) : RINK 1c

**roller skate** *n* (1863) : a shoe with a set of wheels attached for skating over a flat surface; *also* : a metal frame with wheels attached that can be fitted to the sole of a shoe — **roller-skate** *vi* — **roller skater** *n*

**roller towel** *n* (1836) : an endless towel hung from a roller

**Rolle's theorem** \ˈrōlz-, ˈrō̇lz-\ *n* [Michel *Rolle* †1719 Fr. mathematician] (ca. 1891) : a theorem in mathematics: if a curve is continuous, crosses the x-axis at two points, and has a tangent at every point between the two intercepts, its tangent is parallel to the x-axis at some point between the intercepts

**roll film** *n* (1895) : a strip of film for still camera use wound on a spool

**roll-ick** \ˈrä-lik\ *vi* [origin unknown] (1826) : to move or behave in a carefree joyous manner : FROLIC — **rollick** *n*

**rol-lick-ing** \ˈrä-li-kiŋ\ *adj* (1811) : boisterously carefree, joyful, or high-spirited ⟨a ~ adventure film⟩

**rolling hitch** *n* (ca. 1769) : a hitch knot for fastening a line to a spar or to the standing part of another line that will not slip when the pull is parallel to the spar or line — see KNOT illustration

**rolling mill** *n* (1787) : an establishment where metal is rolled into plates and bars

**rolling pin** *n* (1563) : a long cylinder for rolling out dough

**rolling stock** *n* (1853) : the wheeled vehicles owned and used by a railroad or motor carrier

**roll-neck** \ˈrōl-ˌnek\ *n, often attrib* (1943) *Brit* : TURTLENECK — **rollnecked** \-ˌnekt\ *adj*

**roll-off** \ˈrōl-ˌȯf\ *n* (1947) : a play-off match in bowling

**roll-out** \ˈrōl-ˌau̇t\ *n* (1952) **1** : the public introduction of a new craft; *broadly* : the widespread public introduction of a new product **2** : a football play in which the quarterback rolls to the left or right

**roll out** *vt* (1884) : to get out of bed — *vi* **1** : to introduce (as a new product) esp. for widespread sale to the public

**roll-over** \ˈrōl-ˌō-vər\ *n* (1945) **1** : the act or process of rolling over **2** : a motor vehicle accident in which the vehicle overturns

**roll over** *vt* (1949) **1 a** : to defer payment of (an obligation) **b** : to renegotiate the terms of (a financial agreement) **2** : to place (invested funds) in a new investment of the same kind ⟨*roll over* IRA funds⟩

**roll-over arm** *n* (ca. 1925) : a fully upholstered chair or sofa arm curved upward from the seat

**roll-top desk** \ˈrōl-ˌtäp-\ *n* (1887) : a writing desk with a sliding cover often of parallel slats fastened to a flexible backing



rolltop desk

**roll up** *vt* (1859) : to increase or acquire by successive accumulations : ACCUMULATE ⟨*rolled up* a huge majority⟩ — *vi* **1** : to become larger by successive accumulations **2** : to arrive in a vehicle

**ro-ly-po-ly** \ˌrō-li-ˈpō-lē, *adj* [redupl. of *roly*, fr. ⁴roll] (1820) : being short and pudgy : ROTUND

¹**roly–poly** *n, pl* **-lies** (1836) **1** : a roly-poly person or thing **2** *Brit* : a sweet dough spread with a filling, rolled, and baked or steamed — called also *roly-poly pudding*

¹**Rom** \ˈräm\ *n, pl* Rom *also* Roma \ˈrō-mä\ [Romany, married man, husband, male Gypsy, fr. Skt *ḍomba, ḍoma* low caste male musician] (1841) : GYPSY 1

²**Rom** *abbr* **1** Romania **2** Romans

**ROM** \ˈräm\ *n* (1966) : a usu. small computer memory that contains special-purpose information (as a program) which cannot be altered — compare RAM

**ro-ma-ic** \rō-ˈmä-ik\ *n* [ModGk *Rhōmaïkos,* fr. Gk *Rhōmaïkos* Roman, fr. *Rhōmē* Rome] (1813) : the modern Greek vernacular — **Romaic** *adj*

**ro-maine** \rō-ˈmān, rə-\ *n* [F, fr. fem. of *romain* Roman, fr. OF, fr. L *Romanus*] (1907) : a lettuce that belongs to a cultivar of garden lettuce (*Lactuca sativa*) and has long crisp leaves and columnar heads — called also *cos lettuce*

**ro-man** \rō-ˈmäⁿ\ *n* [F, fr. OF *romans* romance] (1765) : a metrical romance

¹**Ro-man** \ˈrō-mən\ *n* [partly fr. ME, fr. OE, fr. L *Romanus,* adj. & n., fr. *Roma* Rome; partly fr. ME *Romain,* fr. AF, fr. L *Romanus*] (bef. 12c) **1 a** : a native or resident of Rome **b** : a citizen of ancient Rome or of the Roman Empire **2** *often offensive* : ROMAN CATHOLIC **3** *not cap* : roman letters or type

²**Roman** *adj* (14c) **1** : of or relating to Rome or the people of Rome *specif* : characteristic of the ancient Romans ⟨~ fortitude⟩ **2** : LATIN **1a 3** : of or relating to the Latin alphabet **3** *not cap* : of or relating to a type style with upright characters — compare ITALIC **4** : of or relating to the see of Rome or the Roman Catholic Church **5** : having a semicircular intrados ⟨~ arch⟩ **6** : having a prominent slightly aquiline bridge ⟨a ~ nose⟩

**ro-man à clef** \rō-ˌmäⁿ-(ˌ)ä-ˈklā\ *n, pl* **romans à clef** \rō-ˌmäⁿ-(ˌ)ä-ˈklā\ [F, lit., novel with a key] (1893) : a novel in which real persons or actual events figure under disguise

**Roman candle** *n* (1833) : a cylindrical firework that discharges at intervals balls or stars of fire

¹**Roman Catholic** *n* (1581) : a member of the Roman Catholic Church

²**Roman Catholic** *adj* (1614) : of, relating to, or being a Christian church having a hierarchy of priests and bishops under the pope, a liturgy centered in the Mass, veneration of the Virgin Mary and saints, a clerical celibacy, and a body of doctrine including transubstantiation and papal infallibility

**Roman Catholicism** *n* (ca. 1823) : the faith, doctrine, or polity of the Roman Catholic Church

¹**ro-mance** \rō-ˈman(t)s, rə-\ *n* [ME *romauns,* fr. AF *romanz* French, narrative in French, fr. ML *Romanice* in a vernacular (as opposed to Latin), fr. LL *Romanus* Gallo-Romance speaker (as opposed to a Frank), fr. L *Romanus*] (14c) **1 a** (1) : a medieval tale based on legend, chivalric love and adventure, or the supernatural (2) : a prose narrative treating imaginary characters involved in events remote in time or place and usu. heroic, adventurous, or mysterious (3) : a love

# EXHIBIT
# K



**2 a :** to move onward or around as if by completing a revolution : <u>ELAPSE</u>, <u>PASS</u> <the months *roll* on> **b :** to shift the gaze continually <eyes *rolling* in terror> **c :** to revolve on an axis

**3 :** to move about : <u>ROAM</u>, <u>WANDER</u>

**4 a :** to go forward in an easy, gentle, or undulating manner <the waves *rolled* in> **b :** to flow in a continuous stream : <u>POUR</u> <money was *rolling* in> **c :** to flow as part of a stream of words or sounds <the names *roll* off your tongue> **d :** to have an undulating contour <*rolling* prairie> **e :** to lie extended : <u>STRETCH</u>

**5 a :** to travel in a vehicle <*rolling* north on the highway> **b :** to become carried on a stream **c :** to move on wheels

**6 a :** to make a deep reverberating sound <the thunder *rolls*> **b :** <u>TRILL</u>

**7 a :** to swing from side to side <the ship heaved and *rolled*> **b :** to walk with a swinging gait : <u>SWAY</u>

**8 a :** to take the form of a cylinder or ball **b :** to respond to **rolling** in a specified way

**9 a :** to get under way : begin to move or operate **b :** to move forward : develop and maintain impetus <the project finally got *rolling*>; *especially* : to proceed or progress with notable ease or success <the team was *rolling*>

**10 :** to execute a somersault

**11** *of a football quarterback* **:** to run toward one flank usually parallel to the line of scrimmage especially before throwing a pass -- often used with *out*

**- roll the bones :** to shoot craps

**- roll the dice :** to assume a risk by taking action <*rolled the dice* when they bought those stocks>

**- roll with the punches**
**1 :** to move so as to lessen the impact of blows
**2 :** to adjust to things as they happen

<u>Home</u>    <u>My Account</u>    <u>Contact Us</u>    <u>Privacy Policy</u>    <u>Site Help</u>    <u>Merriam-Webster Online</u>



© 2007 Merriam-Webster, Incorporated