IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-762-JJF |
| | ) | |
| DEXTER CHASSIS GROUP, INC., | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

**EXHIBIT 10 TO
PLAINTIFF LIPPERT COMPONENTS, INC.'S
<u>OPENING BRIEF ON CLAIM CONSTRUCTION</u>**

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Thomas C. Grimm (#1098)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        tgrimm@mnat.com

        *Attorneys for Plaintiff Lippert Components, Inc.*

OF COUNSEL:

Dean A. Monco
Brad R. Bertoglio
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562
(312) 876-1800

Originally Filed: September 14, 2007
Redacted Version Filed: September 14, 2007

# EXHIBIT 10

## FULLY REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Donald J. Detweiler
> Titania R. Mack
> GREENBERG TRAURIG, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 14, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL & HAND DELIVERY**

Donald J. Detweiler
Titania R. Mack
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
detweilerd@gtlaw.com
mackt@gtlaw.com

**BY E-MAIL**

George G. Matava
GREENBERG TRAURIG, LLP
matavag@gtlaw.com

Brian A. Carpenter
GREENBERG TRAURIG, LLP
carpenterb@gtlaw.com

Stephen B. Perkins
GREENBERG TRAURIG, LLP
perkinsst@gtlaw.com

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

759738