IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-762-JJF |
| DEXTER CHASSIS GROUP, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION AND ORDER OF
## DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1), Plaintiff Lippert Components, Inc. ("LCI") and Defendant Dexter Chassis Group, Inc. ("Dexter") jointly stipulate to the dismissal without prejudice of all pending claims, counter-claims and affirmative defenses in the present action.

The parties agree to bear their own costs and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
| /s/ Thomas C. Grimm | /s/ Donald J. Detweiler |
| Thomas C. Grimm (#1098)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302.658.9200<br>tgrimm@mnat.com<br>*Attorneys for Plaintiff* | Donald J. Detweiler (#3087)<br>Titania R. Mack (#4120)<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>302.661.7000<br>detweilerd@gtlaw.com<br>mackt@gtlaw.com<br>*Attorneys for Defendant* |
| OF COUNSEL: | OF COUNSEL: |
| Dean A. Monco<br>Brad R. Bertoglio<br>WOOD PHILLIPS<br>500 W. Madison Street, Suite 3800<br>Chicago, IL 60661-2562<br>312.876.1800 | George G. Matava<br>Brian A. Carpenter<br>GREENBERG TRAURIG, LLP<br>1200 17th Street, Suite 2400<br>Denver, CO 80202<br>303.572.6500 |

SO ORDERED this _____ day of November, 2007.

_____
United States District Court Judge

1314918