IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIPPERT COMPONENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-762-JJF |
| ) | |
| DEXTER CHASSIS GROUP, INC., ) | |
| ) | |
| Defendant. | |

**JOINT STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1), Plaintiff Lippert Components, Inc. ("LCI") and Defendant Dexter Chassis Group, Inc. ("Dexter") jointly stipulate to the dismissal without prejudice of all pending claims, counter-claims and affirmative defenses in the present action.

The parties agree to bear their own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          GREENBERG TRAURIG, LLP

/s/ *Thomas C. Grimm*                          /s/ *Donald J. Detweiler*

---
Thomas C. Grimm (#1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302.658.9200
tgrimm@mnat.com
*Attorneys for Plaintiff*

Donald J. Detweiler (#3087)
Titania R. Mack (#4120)
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302.661.7000
detweilerd@gtlaw.com
mackt@gtlaw.com
*Attorneys for Defendant*

OF COUNSEL:

Dean A. Monco
Brad R. Bertoglio
WOOD PHILLIPS
500 W. Madison Street, Suite 3800
Chicago, IL 60661-2562
312.876.1800

OF COUNSEL:

George G. Matava
Brian A. Carpenter
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
303.572.6500



RECEIVED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SO ORDERED this __16__ day of November, 2007.

_____
United States District Court Judge

1314918